B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Central Kansas Crude LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 94-3425639 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>413 South Main<br>Pratt, KS<br>ZIPCODE 67124 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Pratt | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☑ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

Limited Liability Company

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
  Crude Broker

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Central Kansas Crude LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:    NONE | Case Number: | Date Filed: |
| Location <br> Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** _____ <br>    Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Central Kansas Crude LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X   /s/ Nicholas R. Grillot
    Signature of Attorney for Debtor(s)

NICHOLAS R. GRILLOT 22054
Printed Name of Attorney for Debtor(s)

Redmond & Nazar, L.L.P.
Firm Name

245 N. Waco, Suite 402
Address

Wichita, KS 67202-1117

316-262-8361     ebn1@redmondnazar.com
Telephone Number            e-mail

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Charles Touchstone
    Signature of Authorized Individual

CHARLES TOUCHSTONE
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC _____   Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re    Central Kansas Crude LLC                                    Case No. _____
                        **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian."  Do not disclose the child's name.  See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | People's Checking Acct #009216 - CKC<br>Peoples A/P Checking Acct #013768 - CKC<br>UMB Checking - CKC #9871407780 | | 307<br>2,139<br>13 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | People's CD | | 1,000 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Family Insurance - Key Man Life Insurance | | Unknown |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K  - CKC Matches | | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC        Case No. _____

    **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable - TTTI<br>Accounts Receivalbe - Semcrude | | 200,000<br>8,500,000 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Administrative | | 8 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | DOT License<br>Motor Carrier License | | Unknown<br>Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Lists | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trucks & Trailers<br>See Attached Appraisel<br>Cross Collartized | | 3,757,630 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office | | 5,850 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC          Case No. _____

        **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Shop & Field Equipement | | 1,005,910 |
| 30. Inventory. | | Repair Parts & Supplies | | 42,500 |
| | | Debtor's Possession | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

             0         continuation sheets attached      Total    $     13,515,357

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____        Case No. _____
                **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

**In re** ___Central Kansas Crude LLC_____,          **Case No.** _____
 
                **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AGV Corp<br>P. John Eck<br>P.O. Box 377<br>Attica, KS 67009 | | | Lien: Commercial Security Agreement<br><br><br><br>VALUE $      717,654 | | | | 717,654 | 0 |
| ACCOUNT NO. 8888770<br><br>The Peoples Bank<br>Post Office Box 8<br>Pratt, KS 67124 | | | Incurred: 10/24/2008<br>Security: Cross Collaterized with loan# 890898<br><br>VALUE $     3,757,630 | | | | 731,727 | 0 |
| ACCOUNT NO. 890898<br><br>The Peoples Bank<br>Post Office Box 8<br>Pratt, KS 67124 | | | Incurred: 07/21/09<br>Security: Cross collateriazed with loan #8888770<br>Loan Renewal<br><br>VALUE $     3,757,630 | | | | 2,489,347 | 0 |

___0___ continuation sheets attached

                                        Subtotal ► | $ 3,938,728 | $ 0 |
(Total of this page)

                                       Total ► | $ 3,938,728 | $ 0 |
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re___Central Kansas Crude LLC_____,          Case No._____
                          Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

**B6E (Official Form 6E) (12/07) - Cont.**

In re___Central Kansas Crude LLC_____,      Case No._____
                                 Debtor                                                                      (if known)


☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

2
____ **continuation sheets attached**

In re  Central Kansas Crude LLC _____ ,    Case No. _____
_____ Debtor _____                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kansas Corporation Commission<br>1500 SW Arrowhead Road<br>Topeka, KS 66604-4027 | | | Incurred: 7/1 - 7/22 | | | | 9,061 | 9,061 | 0 |
| ACCOUNT NO.<br><br>Kansas Department of Revenue<br>Mineral Tax Return<br>915 SW Harrison Street<br>Topeka, KS 66625 | | | | | | | 350,912 | 307,295 | 43,617 |
| ACCOUNT NO.<br><br>Oklahoma Severance Taxes<br>2501 Lincoln Blvd<br>Oklahoma City, OK 73194 | | | Incurred: 7/01 to 7/22 | | | | 133,681 | 133,681 | 0 |
| ACCOUNT NO.<br><br>Robert W. Challquist<br>Kansas Department of Revenue<br>Legal Services<br>915 SW Harrison Street<br>Topeka, KS 66612-1588 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 493,654 | $ 450,037 | $ 43,617 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re ___Central Kansas Crude LLC_____,      Case No. _____
                  Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)  Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Steve Six <br> Attorney General <br> 2nd Floor Memorial Hall <br> 120 S.W. 10th Ave <br> Topeka, KS 66612-1597 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 0 | $      $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ 493,654 | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ 450,037    $ 43,617 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,  Case No. _____

        **Debtor**                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1989 Corp LTD<br>C/O Ruben Dreiling<br>6365 W. 6th Ave<br>Lakewood, KS 80214-2362 | | | Consideration: Lease Net | | | | 959 |
| ACCOUNT NO.<br><br>4-D Petroleum Consultants LLC<br>40351 NE 50th Ave<br>Preston KS 67583 | | | | | | | 1,701 |
| ACCOUNT NO.<br><br>54 Pickup<br>2600 E. 1st<br>Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br><br>A A Minerals LLC<br>PO Box 3357<br>Englewood CO 80155 | | | | | | | 41 |

___300___continuation sheets attached

        Subtotal ➤ | $ | 2,701

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342-

In re <u>Central Kansas Crude LLC</u> ,                    Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A Christopher Bouziden <br> PO Box 452 <br> Alva OK 73717 | | | | | | | 1,268 |
| ACCOUNT NO. <br><br> Marie A. Abbott <br> 4005 S. Cedar Place <br> Broken Arrow, OK 74011-2411 | | | | | | | 2 |
| ACCOUNT NO. <br><br> Abes Oilfield Service LLC <br> PO Box 43 <br> 220 Stanley <br> Spivey KS 67142 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Ackman Exploration LLC <br> C/O Edward J. Ackman <br> 1775 Sherman St. #1700 <br> Denver, CO 80203 | | | | | | | 1,215 |
| ACCOUNT NO. <br><br> AD & Geraldine A. Brown <br> 141174 SW 25th Ave. <br> Spivey, KS 67142 | | | | | | | 1,723 |

Sheet no. <u>1</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      4,208

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____ ,          Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AD Quest INC <br> RT 1 BOX 101 <br> 736 SW 120th Ave <br> Macksville KS 67557 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Adams Electric and Plumbing <br> PO Box 914 <br> Pratt KS 67124 | | | | | | | 107 |
| ACCOUNT NO. <br><br> Adeco Inc. <br> P.O. Box 873 <br> Hays, KS 67601 | | | | | | | 909 |
| ACCOUNT NO. <br><br> Adele M Kuhn Vonpoushental Trt <br> Walter N Allen Jr Trustee <br> 1233 Seidersville Road <br> Bethlehem, PA 18015-5540 | | | | | | | 424 |
| ACCOUNT NO. <br><br> Advantage Resources Inc. <br> 1775 Sherman St #1700 <br> Denver, CO 80203-4316 | | | | | | | 0 |

Sheet no. __2__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     1,440

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re ___Central Kansas Crude LLC_____,    Case No. _____
   **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Advantra RX | | | | | | | 51 |
| ACCOUNT NO. <br><br>After Prom Party Parents <br>co Jeni Jones <br>PO Box 68 <br>St John KS 67576 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Airgas Mid South <br>800 E 10th Street <br>Grent Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Airsouth Insurance <br>PO Box 6727 <br>Dothan AL 36305 | | | | | | | 0 |
| ACCOUNT NO. <br><br>AJAC Wash Bay <br>401 W Ave A <br>Attica KS 67009 | | | | | | | 0 |

Sheet no. __3__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 51

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____ ,     Case No. _____
       **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mitchell E. Aker<br>1931 Williams Street<br>Sturgis SD 57785 | | | | | | | 1 |
| ACCOUNT NO.<br><br>Al Emmons<br>18808 Michaelis Ter.<br>Russell, KS 67665 | | | | | | | 703 |
| ACCOUNT NO.<br><br>Alan Downing Trustee<br>RR 67<br>Moscow, KS 67952 | | | | | | | 463 |
| ACCOUNT NO.<br><br>ALB Inc.<br>Craig Biggs<br>P.O. Box 173<br>Great Bend, KS 67530 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Steven L. & Mary J. Albers<br>15140 SW 70th St.<br>Cunningham, KS 67035 | | | | | | | 701 |

Sheet no. __4__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,868

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
      **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Donald R Albers CPA <br> PO Box 39 <br> Cherokee OK 73728 | | | | | | | 0 |
| ACCOUNT NO. <br> Aleo Oil Company <br> 1749 NW 30 Ave. <br> Hoisington, KS 67544-9068 | | | | | | | 0 |
| ACCOUNT NO. <br> Alex Singer Royalty Trust #1 <br> George A Singer Successor Trst <br> Dept 130 <br> Tulsa OK 74182 | | | | | | | 477 |
| ACCOUNT NO. <br> Margaret S. Alexander <br> 2801 New Mexico Ave NW <br> Washington, DC 20007 | | | | | | | 12 |
| ACCOUNT NO. <br> Alfalfa Electric <br> P.O. Box 39 <br> Cherokee, OK 73728-0039 | | | | | | | 0 |

Sheet no. __5__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 489

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC_____,     Case No. _____
           **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> John Stephan Allexan <br> 5912 S. Dayton Court <br> Englewood, CO 80111 | | | | | | | 690 |
| ACCOUNT NO. <br> Allison Mackenzie Raggio Trust <br> Sharon Adams Trustee <br> 927 W 13th Street N <br> Wichita KS 67203 | | | | | | | 64 |
| ACCOUNT NO. <br> Alltel <br> PO Box 9001905 <br> Louisville KY 40290 | | | | | | | 0 |
| ACCOUNT NO. <br> American Family Insurance <br> PO Box 1603 <br> St Joseph MO 64502 | | | | | | | 0 |
| ACCOUNT NO. <br> American Family Life <br> Insurance Company <br> 305 S Main <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. __6__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal ➤    $         754

                        Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,      Case No. _____
          **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| American Red Cross Cannonball trail Chapter 114 N Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| American Sabre LLC 1973 14th Ave McPherson KS 67460 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| American Tank Service LLC PO Box 656 Hays KS 67601 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| American Trucking INC PO Box 54 Sawyer KS 67134 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Ampride Pratt, KS 67124 | | | | | | | 0 |

Sheet no. _7_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $              0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC_____ ,        Case No. _____
           **Debtor**                                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Amy C. Warren Rev Trust<br>444 Riverview lane<br>St. Charles, MO 63301-0053 | | | | | | | 19 |
| ACCOUNT NO.<br>Robert L. Anderson<br>1746 Cole BLVD, Stev 350<br>Lakewood, CO 80401-3295 | | | | | | | 784 |
| ACCOUNT NO.<br>Cheryl A. & Thomas G. Andrews<br>1112 Wedgewood Place<br>Newton, KS 67114 | | | | | | | 362 |
| ACCOUNT NO.<br>Edwina T. Andrews<br>143 Pond Street<br>Sharon, MA 02067-2049 | | | | | | | 2 |
| ACCOUNT NO.<br>Angus Measurments Services<br>PO Box 14440<br>Odessa TX 79768 | | | | | | | 19,879 |

Sheet no. __8__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   21,046

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,          Case No. _____
    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Anthony Farmers Coop<br>PO Box 111<br>Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Anthony Medical Center<br>1101 East Spring<br>Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Apollo Energies Inc<br>Jim Byers<br>10378 N 281 Hwy<br>Pratt Ks 67124 | | | | | | | 115,986 |
| ACCOUNT NO.<br><br>Appreciated Advertising INC<br>PO Box 837<br>Shawnee Mission KS 66201 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Aquila<br>PO Box 219703<br>Kansas City MO 64121 | | | | | | | 0 |

Sheet no. __9__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        115,986

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>,  Case No. _____

   **Debtor**           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Arch Associates Inc<br>12205 Fireside Court<br>Derby KS 67037 | | | | | | | 4,702 |
| ACCOUNT NO. <br><br>Argent Energy, Inc.<br>1313 N. Webb Rd. #210<br>Wichita, KS 67206 | | | | | | | 2 |
| ACCOUNT NO. <br><br>Ark Valley Electric<br>PO Box 1246<br>Hutchinson KS 67504 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Denai A. Armer<br>4500 Overland Dr. #209F<br>Lawrence, KS 66049 | | | | | | | 591 |
| ACCOUNT NO. <br><br>Dezert A. Armer-Abrams<br>5718 E. 41st North<br>Bel Aire, KS 67220 | | | | | | | 2,182 |

Sheet no. <u>10</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,477

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,   Case No. _____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Adeline Arnold 1085 W 6th Colby KS 67701 | | | | | | | 0 |
| ACCOUNT NO. Bill Arnold 694 SE 30th Rd Bluff City KS 67018 | | | | | | | 0 |
| ACCOUNT NO. Arthur N. Unruh Trust 2916 Ivy Drive N. Newton, KS 67117-8000 | | | | | | | 1,250 |
| ACCOUNT NO. Theresa L. Ash 15820 Plymouth Rd. Wichita, KS 67230-7507 | | | | | | | 8,791 |
| ACCOUNT NO. Thomas J. Ashley 1551 SW Westover Road Topeka, KS 66604-2575 | | | | | | | 54 |

Sheet no. __11__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 10,095

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| James C. Ashley Seperate Property Trust 28241 Crown Valley  PKWY #F-233 Laguna Niguel, CA 92677-4441 | | | | | | | 54 |
| ACCOUNT NO. | | | | | | | |
| Associated Business Forms 230 N Walnut Wichita KS 67203 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Chuck Astle 303 S. Buckeye Street Stafford, KS 67578 | | | | | | | 788 |
| ACCOUNT NO. | | | | | | | |
| ATT PO Box 650661 Dallas TX 75625 | | | | | | | 264 |
| ACCOUNT NO. | | | | | | | |
| Attica Gas Venture PO Box 377 Attica KS 67009 | | | | | | | 663,448 |

Sheet no. _12_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 664,554

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                      ,        Case No. _____
_____
            **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Attica Locker INC<br>PO Box 337<br>Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Attica Saddle Club<br>PO Box 372<br>Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Sally A. Attwater<br>415 S. Brookside<br>Wichita, KS 67218 | | | | | | | 24 |
| ACCOUNT NO. <br><br>Austin C. Widener Family Trust<br>1689 NE 80th Ave.<br>Hudson, KS 67545-9020 | | | | | | | 59 |
| ACCOUNT NO. <br><br>E. Fern Axman<br>1101 Kansas Ave, Apt #1102<br>Great Bend, KS 67530 | | | | | | | 1,760 |

Sheet no.  13  of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      1,843

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____ ,     Case No. _____
           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lawrence Axman 1220 Randy Drive Irving, TX 75060 | | | | | | | 587 |
| ACCOUNT NO. | | | | | | | |
| B & C Royalty 116 Eves Drive Russell, KS 67665 | | | | | | | 703 |
| ACCOUNT NO. | | | | | | | |
| B and B Hydraulics INC 2400 Line Rd PO Box 2973 Hutchinson KS 67504 | | | | | | | 408 |
| ACCOUNT NO. | | | | | | | |
| B S and W Solutions LLC PO Box 125 Woodward OK 73802 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Bachman Production Speciaties PO Box 96265 Oklahoma City OK 73143 | | | | | | | 1,704 |

Sheet no. _14_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     3,402

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
      **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Joe Baker <br> P.O. Box 931 <br> Andover, KS 67002 | | | | | | | 870 |
| ACCOUNT NO. <br><br> Nita Ballinger <br> 34379 Row River Rd. <br> Cottage Grove, OK 97424-8574 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Terry Bandy <br> P.O. Box 522 <br> Canton, KS 67428 | | | | | | | 2,544 |
| ACCOUNT NO. <br><br> Kenny Banks <br> 311 and One Half N Franklin <br> Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Barber County Fair & Rodeo | | | | | | | 0 |

Sheet no. __15__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 3,415

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                         ,          Case No. _____

         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Baringer Service INC <br> 1108 NW 60 Rd <br> Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Laura Jean Barlow <br> 119 E. 5th Street <br> Hoisington, KS 67544-2162 | | | | | | | 234 |
| ACCOUNT NO. <br><br> Barnes Distribution <br> Dept Ch 14079 <br> Palatine IL 60055 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Matt Barringer <br><br> Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Donley J. Barrow <br> 306 SE 110th Avenue <br> Ellinwood, KS 67526-9207 | | | | | | | 85 |

Sheet no. __16__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 319

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Barton County Treasurer <br> 1400 Main Room 208 <br> Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Barton County Treasurer <br> Acct for Anna Pfenninger <br> 1400 Main Room 208 <br> Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> BASS <br> Po Box 17900 <br> Montgomery AL 36141 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Chris Batchman <br> P.O. Box 415 <br> 244 SE 120th Ave <br> Ellinwood, KS 67526 | | | | | | | 1,234 |
| ACCOUNT NO. <br><br> Steven R. & Nancy E. Baumrucker <br> 3721 Country Lane <br> Hays, KS 67601-1524 | | | | | | | 4,348 |

Sheet no. __17__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,582
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,        Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Venita V. Baxter P.O. Box 117 Rye, CO 81069-0117 | | | | | | | 26 |
| ACCOUNT NO. | | | | | | | |
| Natalie Norris Beagley 430 S. Windsor Street Russell, KS 67665-2814 | | | | | | | 62 |
| ACCOUNT NO. | | | | | | | |
| Beall Corporation Mailstop LB 631030 PO Box 4687 Portland OR 97208 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Bear Petroleum PO Box 438 Haysville KS 67060 | | | | | | | 626 |
| ACCOUNT NO. | | | | | | | |
| Beaver Express Pratt, KS 67124 | | | | | | | 0 |

Sheet no. __18__ of __300__ continuation sheets attached                                    Subtotal▶   | $ | 714
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                           Total▶   | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,     Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Karen Keller Becker <br> 3800 19th Street <br> Great Bend, KS 67530-7411 | | | | | | | 94 |
| ACCOUNT NO. <br> Becker Tire <br> PO Box 268 <br> 904 Wahington <br> Great Bend KS 67530 | | | | | | | 5,408 |
| ACCOUNT NO. <br> Robert E. Beebe <br> P.O. Box 1281 <br> Boulder, CO 80306 | | | | | | | 477 |
| ACCOUNT NO. <br> Ben B. Brown Income Fund Trust <br> 777 Grant Street <br> Denver, CO 80203-3501 | | | | | | | 106 |
| ACCOUNT NO. <br> Ben B. Brown Trust <br> 777 Grant Street <br> Denver, CO 80203-3501 | | | | | | | 106 |

Sheet no. __19__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   6,191

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,        Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mary L. Bennett & Cynthia Don Carlos, JT 4674 S. Mapelwood Tulsa, OK 74135 | | | | | | | 1,864 |
| ACCOUNT NO. Barbara Bennett 8101 E. Dartmouth Ave. #73 Denver, CO 80231-4260 | | | | | | | 470 |
| ACCOUNT NO. Micheal Benson 11309 NE Prescott Street Prortland, OR 97220-2459 | | | | | | | 1 |
| ACCOUNT NO. Lisa Benson 8042 SW 56th Ave Portland, OR 97219-3221 | | | | | | | 1 |
| ACCOUNT NO. Berniece Spicer Life Estate 9984 SE Kochia Hazelton,KS 67601-9011 | | | | | | | 10,686 |

Sheet no. __20__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $ | 13,022

Total ➤   | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                    ,          Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Larry O Bernstorf 330 Wild Plum Road Derby, KS 67037-4241 | | | | | | | 178 |
| ACCOUNT NO. | | | | | | | |
| Thomas J Berscheidt 2107 Forest Street PO Box 550 Geart Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Bertha A. Schaffer Life Estate 2428 Dickens Ave Manhattan, KS 66502 | | | | | | | 22 |
| ACCOUNT NO. | | | | | | | |
| Better Built Portable Building and Toliver Enterprises 301 N Main Sapulpa OK 74464 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Clara Betterton 511 N. Glenn Street Ulysses, KS 67880-2124 | | | | | | | 84 |

Sheet no.  21   of 300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $         284

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Betty M Traffas Rev Trust 109 Abbe Circle Medicene Lodge KS 67104 | | | | | | | 11,633 |
| ACCOUNT NO. Betty Wood Trust RT 1 Box 120 Lewis, KS 67552 | | | | | | | 1,223 |
| ACCOUNT NO. Bettye L Rockhold Trust 1 Bettye and James Rockhold PO Box 698 Great Bend KS 67530 | | | | | | | 362 |
| ACCOUNT NO. Corrine Betz 100 West 36th Street Hays, KS 67601 | | | | | | | 3,707 |
| ACCOUNT NO. Wilbert E. Bevan 2737 T. Road Haviland, KS 67059-4713 | | | | | | | 1,735 |

Sheet no. __22__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   18,660

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                                    ,        Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Bever Dye LC  301 N Main Ste 600  Epic Center  Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO.  Bevo Production Co  113 W 18th Street  Amarillo TX 79101 | | | | | | | 66 |
| ACCOUNT NO.  Keith Bieberle  107 N. Main Street  St. John, KS 67576 | | | | | | | 29 |
| ACCOUNT NO.  Clarence J & Joann Bieberle  1310 N. Green Street  Hoisington, KS 67554-1532 | | | | | | | 2,147 |
| ACCOUNT NO.  67554-1532  Clarence J. Bieberle Revocable Trust  1310 N. Green Street  Hoisington, KS | | | | | | | 298 |

Sheet no.  23  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,540

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC_____ ,  Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Big Sky Mineral Trust P.O. Box 3788 Arlington, TX 76007-3788 | | | | | | | 4 |
| ACCOUNT NO. Robert G. Billings P.O. Box 3726 Lawrence, KS 66046 | | | | | | | 151 |
| ACCOUNT NO. Richard A. Billings P.O. Box 3726 Lawrence, KS 66046-0726 | | | | | | | 151 |
| ACCOUNT NO. Leona A. Birzer 1281 NE 50 Road Ellinwood, KS 67526 | | | | | | | 355 |
| ACCOUNT NO. Agnes Birzer co Rebecca A Hornung POA 323 O Road Offerle KS 67563 | | | | | | | 21 |

Sheet no.  24  of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 682

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,   Case No. _____
     **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Daryl Bishop <br> 510 Gardner Box 452 <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Charlus Bishop <br> P.O. Box 321 <br> Kingman, KS 67068 | | | | | | | 3 |
| ACCOUNT NO. <br><br> Black Mountain Royalty LP <br> 341 King Street Ste D <br> Charleston SC 29401 | | | | | | | 4 |
| ACCOUNT NO. <br><br> Black Sheep Roustabout LLC <br> PO Box 272 <br> Medicene Lodge KS 67104 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Black Stone Natural Resources <br> P.O. Box 201316 <br> Houston, TX 77216-1316 | | | | | | | 674 |

Sheet no. __25__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 681

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re ___Central Kansas Crude LLC_____,     Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

2342 - 33342 · Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Blackburn Oil and Gas Inc<br>49651 S 360th Road<br>Pawnee OK 74058 | | | | | | | 85 |
| ACCOUNT NO.<br><br>Donald Blackwell<br>12541 Sandalwood Lane<br>Garden Grove, CA 92840-5822 | | | | | | | 1 |
| ACCOUNT NO.<br><br>Merida W. Blackwell<br>P.O. Box 673<br>Conifer, CO 80433-0573 | | | | | | | 50 |
| ACCOUNT NO.<br><br>Roger D. Blasi<br>20047 NW 10th Street<br>Pratt, KS 67124-7721 | | | | | | | 47 |
| ACCOUNT NO.<br><br>David A. Blasi<br>20219 NW 10th Avenue<br>Pratt, KS 67124 | | | | | | | 47 |

Sheet no. __26__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      230

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Central Kansas Crude LLC</u> ,                    Case No. _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Block Marcus and Williams LLC 1700 Lincoln Ste 4000 Denver CO 80203 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Saundra Mae Blomenberg 9605 N. 500 W. Decatur, IN 46733-7834 | | | | | | | 59 |
| ACCOUNT NO. | | | | | | | |
| BMNW Resources LLC P.O. Box 180573 Dallas, TX 75218-0573 | | | | | | | 1 |
| ACCOUNT NO. | | | | | | | |
| Bob's Roustabout Service INC PO Box 204 Medicene Lodge KS 67104 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Bobcat Backhoe Service INC 1705 NE 20 Ave Hoisington KS 67544 | | | | | | | 0 |

Sheet no. <u>27</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 60

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,        Case No. _____
         **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Steve &/or Tonni Bodine JTWROS <br> 3624 21st St. <br> Great Bend, KS 67530 | | | | | | | 3,149 |
| ACCOUNT NO. <br><br> Bolen Office Supply INC <br> 114 S Main <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Ellen L. Boone <br> 1706 S. Baylor St <br> Perryton, TX 79070-4812 | | | | | | | 7 |
| ACCOUNT NO. <br><br> Doraine B. Bordeaux <br> 5847 Wolff Lane <br> Lincoln, NE 68521-1035 | | | | | | | 77 |
| ACCOUNT NO. <br><br> Robert D. Borrow <br> 572 NE 40 Rd <br> Great Bend, KS 67530 | | | | | | | 70 |

Sheet no. _28_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     3,303

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re   Central Kansas Crude LLC                          ,        Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sheila K. Bosch 3499 176th Street Gorham, KS 67640-9713 | | | | | | | 239 |
| ACCOUNT NO. Leroy & Rosemary Boswell 829 N. Sugar Kingman, KS 67068 | | | | | | | 447 |
| ACCOUNT NO. Rhett Bouziden P.O. Box 452 Alva, OK 73717 | | | | | | | 170 |
| ACCOUNT NO. Steve Bouziden P.O. Box 452 Alva, OK 73717-0452 | | | | | | | 2,145 |
| ACCOUNT NO. David Bouziden P.O. box 663 Ashland, KS 67831-0063 | | | | | | | 2,145 |

Sheet no. __29__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        5,146

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carole Hinckley Boven <br> 3521 Meadow Croft Street <br> Kalamazoo, MI 49004-3133 | | | | | | | 10 |
| ACCOUNT NO. <br><br> Chad M. Bowles <br> 13909 Long Street <br> Overland Park, KS 66221-4104 | | | | | | | 2,780 |
| ACCOUNT NO. <br><br> Ronald Boxberger <br> 114 N. Ash Street <br> Russell, KS 67665 | | | | | | | 15 |
| ACCOUNT NO. <br><br> Randall R. Boxberger <br> 2929 SE 133rd Ave <br> Portland, OR 97236 | | | | | | | 59 |
| ACCOUNT NO. <br><br> Donald Boxberger <br> 353 W. 14th Street <br> Russell, KS 67665-1521 | | | | | | | 25 |

Sheet no. __30__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  2,889

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC _____ ,    Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Tim Boxberger 418 N. Main Hoisington, KS 67544 |  |  |  |  |  |  | 703 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Timothy C. Boxberger 4701 Quail Creek Drive Great Bend, KS 67530 |  |  |  |  |  |  | 59 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Boxberger Automotive Repair INC 167 West First Hoisington KS 67544 |  |  |  |  |  |  | 0 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Monty Boyd 311 Alcide Zeirick KS 67663 |  |  |  |  |  |  | 0 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Loreta J. Brack 3218 26th Street Great Bend, KS 67530-7151 |  |  |  |  |  |  | 1,640 |

Sheet no.  31  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,402

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>                , Case No. _____

       **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brack Family Trust <br> Orville & Bernice Brack, TRSTE <br> 2501 McKinley St. <br> Great Bend, KS 67530 | | | | | | | 5,368 |
| ACCOUNT NO. <br><br> Bracken Operating LLC <br> P.O. Box 973128 <br> Dallas, TX 75397 | | | | | | | 16 |
| ACCOUNT NO. <br><br> Mae Braddock <br> c/o Elderly Housing <br> 100 Lincoln Blvd <br> Abington, MA 02351-1940 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Suzanne Lindsay Bradshaw <br> P.O. Box 7294 <br> Little Rock, AR 72217-7294 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Brain Kent & Valerie Kay Loesch JT <br> 545 Avenue R <br> Raymond, KS 67573-9628 | | | | | | | 2,407 |

Sheet no. <u>32</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      7,793

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,        Case No. _____
       **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kristina Bramwell 210 S Main Spivey KS 67142 | | | | | | | 0 |
| ACCOUNT NO. Bramwell Petroleum 15183 SW 25th AVE Spivey, KS 67142-9074 | | | | | | | 157,590 |
| ACCOUNT NO. Carl R. Brandt 221 W. 4th Street Lacrosse, KS 67548-9552 | | | | | | | 59 |
| ACCOUNT NO. Paul R. Brandt 3929 NW Brickyard  Road Topeka, KS 66618-3529 | | | | | | | 13 |
| ACCOUNT NO. Steven R. Braumrucker 3721 Country Lane Hays, KS 67601-1524 | | | | | | | 121,044 |

Sheet no.  33   of 300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          278,706

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____ ,     Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Jordan C. Braun <br> Rev Trust U/A DTD 10/5/94 <br> 100 N. Broadway Ste #3020 <br> Oklahoma City, OK 73102 | | | | | | | 33 |
| ACCOUNT NO. <br> William Robertson Breckinridge <br> P.O. Box 10 <br> Leonard, OK 74043-0010 | | | | | | | 68 |
| ACCOUNT NO. <br> Brenda Sue Breeden <br> 40655 Little River Lane <br> Aldie, VA 20105-1937 | | | | | | | 435 |
| ACCOUNT NO. <br> Ronald Dale Brehm <br> Rt 2 Box 75 <br> Shell City, MO 64783 | | | | | | | 926 |
| ACCOUNT NO. <br> Brian L. & Melissa A. Mitter JT <br> 220 NW 10th Ave <br> Hoisington, KS 67544 | | | | | | | 5,087 |

Sheet no. __34__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     6,549

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,     Case No. _____

      **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dean Britting <br> 13735 E. Pinnacle Drive <br> Wichita, KS 67230-1545 | | | | | | | 760 |
| ACCOUNT NO. <br><br> Oletha May Britton <br> P.O. Box 282 <br> Clayton, NM 88415-0282 | | | | | | | 7 |
| ACCOUNT NO. <br><br> Zu Dell Broadwater <br> 3403 Shadowbark Dr. <br> Houston, TX 77082-2343 | | | | | | | 128 |
| ACCOUNT NO. <br><br> Kimberly Elmore Brockman <br> P.O. Box 14913 <br> Shawnee Mission, KS 66215 | | | | | | | 90 |
| ACCOUNT NO. <br><br> Broken Spoke Trucking LLC <br> 602 NE 140 Rd <br> Harper KS 67058 | | | | | | | 0 |

Sheet no. <u>35</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      985

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                          ,          Case No. _____
        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lee Brooks<br>409 Sherwood Drive<br>Moore, OK 73160 | | | | | | | 387 |
| ACCOUNT NO.<br><br>Robert G. & Joann S. Brooks JTWROS<br>61149 S. HWY 97 #178<br>Bend, OR 97702 | | | | | | | 44 |
| ACCOUNT NO.<br><br>Carolyn E. Brower<br>2002 Westwood Drive<br>Norfolk, NE 68701-3304 | | | | | | | 222 |
| ACCOUNT NO.<br><br>Nancy Brown<br>2515 N. Main<br>Kingman, KS 67068 | | | | | | | 89 |
| ACCOUNT NO.<br><br>William H. & Shirley A. Brown<br>309 Maxwell Street<br>Ulysses, KS 67880-2332 | | | | | | | 4,487 |

Sheet no. __36__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 5,229

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

B6F (Official Form 6F) (12/07) - Cont.

In re    Central Kansas Crude LLC                                    ,        Case No. _____
                     **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Robert Brown 6930 Elephant Rd Lubbock, YX 79407 | | | | | | | 1,946 |
| ACCOUNT NO. | | | | | | | |
| Back & Vera Brown 8965 E. Fuston Street Wichita, KS 67207-5507 | | | | | | | 477 |
| ACCOUNT NO. | | | | | | | |
| Rodney Brown DBA MJT Oil Box 112 115 3rd St. Gorham, KS 67640 | | | | | | | 18,253 |
| ACCOUNT NO. | | | | | | | |
| Juanita Bryant Juanita Bryant Trustee 618 E. 4th Street Lacrosse, KS 67548 | | | | | | | 2,614 |
| ACCOUNT NO. | | | | | | | |
| Bucy Properties LLC 1775 Sherman St. #2950 Denver, CO 80203 | | | | | | | 400 |

Sheet no. __37__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         23,690

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                            ,        Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| R C Bufrer P.O. Box 98 Douglas, KS 67039-0098 | | | | | | | 830 |
| ACCOUNT NO. | | | | | | | |
| Bulldog Supply PO Box 251 Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Mary Buller P.O. Box 339 North Bend, NE 68649 | | | | | | | 14 |
| ACCOUNT NO. | | | | | | | |
| Bullseye Oilfield Service Inc Attn: Traci P.O. Box 8778 Pratt, KS 67124 | | | | | | | 2,961 |
| ACCOUNT NO. | | | | | | | |
| Breniss Leslie Burgher 2451 E. 40th St. Tulsa, OK 74105-8212 | | | | | | | 2 |

Sheet no. __38__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 3,807

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u> ,　　　Case No. _____
　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marilyn Lindsay Burgher<br>P.O. Box 14166<br>Tulsa, OK 74159-1166 | | | | | | | 5 |
| ACCOUNT NO.<br><br>Sam Bryan Burk IV<br>10305 Nolina CV<br>Austin, TX 78759 | | | | | | | 17 |
| ACCOUNT NO.<br><br>Richard K. & Georgia S. Burke<br>2200 Crescent Drive<br>Dodge City, KS 67801 | | | | | | | 682 |
| ACCOUNT NO.<br><br>Larry K. & Sonja C. Burke<br>506 EL Trigo<br>Dodge City, KS 67801 | | | | | | | 682 |
| ACCOUNT NO.<br><br>Dorothy P Burkhart<br>Epworth Towers<br>2800 Augusta Lane #203<br>Hays, KS 67601 | | | | | | | 17 |

Sheet no. <u>39</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,403

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,    Case No. _____
         **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maxine Burley<br>3507 W. Cholla St.<br>Phoenix, AZ 85029 | | | | | | | 639 |
| ACCOUNT NO.<br><br>Nina J. & Jerry L. Burns<br>JT Life Estate<br>5946 240 th St<br>Denver, CO 6441-8102 | | | | | | | 695 |
| ACCOUNT NO.<br><br>Artie L. Bush<br>1322 N. Kansas<br>Hastings, NE 68901 | | | | | | | 47 |
| ACCOUNT NO.<br><br>Marilyn J. Butler<br>5765 S. 250th E.<br>Peru, IN 46970 | | | | | | | 18 |
| ACCOUNT NO.<br><br>Charles & Marilyn Button<br>137 NE 20th Ave<br>Great Bend, KS 67530 | | | | | | | 1,194 |

Sheet no. __40__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,593

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,   Case No. _____
       **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Marry Lou Button 153 NE 20th Ave Great Bend, KS 67530 | | | | | | | 1,194 |
| ACCOUNT NO. | | | | | | | |
| Robert E. Button 1924 Van Buren Great Bend, KS 67530 | | | | | | | 1,194 |
| ACCOUNT NO. | | | | | | | |
| Carol Vesta Buxton 6797 W. 3rd Avenue Lakewood, CO 80226-1780 | | | | | | | 158 |
| ACCOUNT NO. | | | | | | | |
| James L. Byers 10378 N. 281 Highway Pratt, KS 67124 | | | | | | | 32,101 |
| ACCOUNT NO. | | | | | | | |
| Malinda Sue Byrd 21163 Mill Ranch Dr. Leesburg, VA 20175 | | | | | | | 435 |

Sheet no. __41__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      35,082

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,   Case No. _____
        **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Byron V. Voone Rev Trust<br>P.O. Box 630<br>Tulsa, OK 74101-0630 | | | | | | | 136 |
| ACCOUNT NO. | | | | | | | |
| C & A Oil, LLC<br>P.O. Box 639<br>Russellville, AL 35653 | | | | | | | 17,129 |
| ACCOUNT NO. | | | | | | | |
| C & J Plumbing LLP<br>1229 N. Main<br>Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| C A Tice<br>No Current Address | | | | | | | 2 |
| ACCOUNT NO. | | | | | | | |
| C and J Plumbing LLP<br>1229 N Main St<br>Pratt KS 67124 | | | | | | | 0 |

Sheet no. __42__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     17,267

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____ ,     Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C F Red Webb Living Trust<br>9407 Nashville Ave<br>Lubbock, TX 79423-3905 | | | | | | | 1,516 |
| ACCOUNT NO.<br><br>C M Propherode<br>1809 E. 18th Ave, Apt 4<br>Denver, CO 80218-1301 | | | | | | | 2 |
| ACCOUNT NO.<br><br>C T Operating<br>4214 N. Sweet Bay<br>Wichita, KS 67226 | | | | | | | 11,016 |
| ACCOUNT NO.<br><br>Jimmy S. Cain<br>150 NE 20 Road<br>Great Bend, KS 67530 | | | Incurred: | | | | 15,722 |
| ACCOUNT NO.<br><br>Bonnie Cain<br>23875 3rd Ave<br>Siren, WI 54872-8108 | | | | | | | 72 |

Sheet no. __43__ of __300__ continuation sheets attached                        Subtotal ► | $ | 28,328
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                               Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
              **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>California Contractors Supplies<br>7729 Burnet Ave<br>Van Nuys CA 91405 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Thomas W. Campbell<br>HCR 60 Box 73A<br>Springer, OK 73458-9722 | | | | | | | 9 |
| ACCOUNT NO.<br><br>Casey Campbell<br>Wilson State Bank<br>P.O. box 707<br>Russell, KS 67665 | | | | | | | 2,675 |
| ACCOUNT NO.<br><br>Campbells Tire and Service<br>515 N LL and G Ave<br>Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Cannonball Trail Chapter<br>American Red Cross<br>114 N Main Ste B<br>Pratt KS 67124 | | | | | | | 0 |

Sheet no. __44__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      2,684

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,        Case No. _____
                    **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Canyon Exploration Comp. P.O. Box 15205 Amarillo, TX 79105 | | | | | | | 83 |
| ACCOUNT NO. Cara Ventures Inc. C/O Paul Carageannis P.O. Box 771189 Wichita, KS 67277-1189 | | | | | | | 6,063 |
| ACCOUNT NO. Vaughn Carter 1524 Regency Dr. Lincoln, NE 68506 | | | | | | | 6 |
| ACCOUNT NO. Eldin Carter 435 N. Stark Weather Pampa, TX 79065 | | | | | | | 6 |
| ACCOUNT NO. Donald Carter 4591 S. Cedardale Ave Wichita, KS 67216-2904 | | | | | | | 727 |

Sheet no. __45__ of _300_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          6,885

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC _____ ,     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cameron Carter<br>635 Highland Avenue<br>Salina, KS 67401-4216 | | | | | | | 33 |
| ACCOUNT NO.<br><br>Willard R. Carter<br>733 East 12th<br>Russell, KS 67665 | | | | | | | 91 |
| ACCOUNT NO.<br><br>Donald & Louise Carter<br>Irrevocable Trust DTD 1/1/07<br>P.O. Box 800<br>Salina, KS 67401 | | | | | | | 79 |
| ACCOUNT NO.<br><br>Cascade Energy, LP<br>P.O. Box 7849<br>Dallas, TX 75209 | | | Incurred: | | | | 1,059 |
| ACCOUNT NO.<br><br>Brandon Cates | | | | | | | 0 |

Sheet no. __46__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 　　　 1,262

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dustin Cates<br>215 N Hamilton<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Barbara E Caughron<br>9615 South Rock Road<br>Valley Center KS 67147 | | | | | | | 189 |
| ACCOUNT NO.<br>CDS<br>620 N Main<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Michael Cekosky<br>917 British<br>Grand Prairie, TX 75050 | | | | | | | 7,041 |
| ACCOUNT NO.<br>Robert Cekosky<br>P.O. Box 534<br>Defuniak Springs, FL 32435 | | | | | | | 7,041 |

Sheet no. __47__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  14,271

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
            **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Paul J. Cella Jr. 1658 Ivy Street Denver, CO 80220 | | | | | | | 183 |
| ACCOUNT NO. | | | | | | | |
| Central Fuel and Services INC PO Box 396 Coldwater KS 67029 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Central Truck Equipment INC 10213 Lake Road Pratt KS 67124 | | | | | | | 391 |
| ACCOUNT NO. | | | | | | | |
| Chain Land & Cattle Co Ralph Chain - President RT 1 P.O. Box 159 Canton, OK 73724 | | | | | | | 1,755 |
| ACCOUNT NO. | | | | | | | |
| Bill Chapin co Helen Abt PO Box 121 Medicene Lodge Ks 67104 | | | | | | | 47 |

Sheet no. __48__ of __300__ continuation sheets attached              Subtotal ➤ | $ | 2,376
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                       Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                   ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dwight Chapin <br> P.O. Box 121 <br> Medicine Lodge, KS 67104 | | | | | | | 47 |
| ACCOUNT NO. <br><br> Troy Chapman <br> 1006 W. 1st <br> Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Charles L. Cherry & Associates <br> 12084 Nectar Lane <br> Brookwood, AL 35444-3752 | | | | | | | 195 |
| ACCOUNT NO. <br><br> Chesapeake Energy Marketing <br> Attn: Jeff Harris <br> P.O. Box 18496 <br> Oklahoma City, OK 73154 | | | | | | | 1,705,735 |
| ACCOUNT NO. <br><br> Chevron HRSC <br> PO Box 382064 <br> Pittsburgh KS 15251 | | | | | | | 0 |

Sheet no.  49   of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,705,977
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
      **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Chieftain Oil Company, Inc.<br>P.O. Box 124<br>Kiowa, KS 67070-0124 | | | | | | | 3,027,375 |
| ACCOUNT NO. <br><br>Chieftain Supply Co<br>PO Box 124<br>Kiowa KS 67070 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Laverne S. Childers<br>26870 Augusta Drive<br>Sun City, CA 92586-2903 | | | | | | | 493 |
| ACCOUNT NO. <br><br>Chisholm Energy, LTD<br>P.O. Box 25313<br>Dallas, TX 75225 | | | | | | | 22 |
| ACCOUNT NO. <br><br>Choctaw Energy LTD<br>P.O. Box 6387<br>San Antonio, TX 78209 | | | | | | | 459 |

Sheet no. _50_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $ 3,028,349

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                          ,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Robert W. Christensen <br> P.O. Box 148 <br> Medicine Lodge, KS 67104 | | | | | | | 94 |
| ACCOUNT NO. <br> Clarence R. Christians <br> 1961 NE 40th Ave <br> Hoisington, KS 67554-1532 | | | | | | | 1,087 |
| ACCOUNT NO. <br> Albert Earl Christians <br> 220 W. McPherson <br> Lindsborg, KS 67456 | | | | | | | 1,087 |
| ACCOUNT NO. <br> Alan Christians <br> PO Box 386 <br> Lindsborg KS 67456 | | | | | | | 362 |
| ACCOUNT NO. <br> Bradley D. Christians & Kathy L. JT <br> 79 Lost Pond Circle <br> The Woodlands, TX 77381 | | | | | | | 362 |

Sheet no. __51__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        2,992

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,  Case No. _____
    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Shirley Nelson Christiansen <br> 22 Grandview Ct. <br> Lake Ozark, MO 65049-6310 | | | | | | | 148 |
| ACCOUNT NO. <br> Dimitrios Christie <br> 6614 Redding Road <br> Houston, TX 77036 | | | | | | | 85 |
| ACCOUNT NO. <br> Steve Christie <br> P.O. Box 741763 <br> Houston, TX 77274 | | | | | | | 113 |
| ACCOUNT NO. <br> Alvera C. Chvilicek <br> 206 North A <br> Marienthal, KS 67863-5040 | | | | | | | 147 |
| ACCOUNT NO. <br> Cimarron Health Center <br> 2340 E Main <br> Cushing OK 74023 | | | | | | | 0 |

Sheet no. _52_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 493

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____ ,    Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cirgina Lee Elliott Family TR C/O Omega Bank, Trust Dept P.O. Box 298 State College, PA 16804-0298 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| City of Pratt PO Box 519 Claflin KS 67525 | | | | | | | 260 |
| ACCOUNT NO. | | | | | | | |
| City of Russell Electronic Department PO Box 112 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Anne C. Clack 201 Catharine Morganville, KS 67468-9104 | | | | | | | 1 |
| ACCOUNT NO. | | | | | | | |
| Claflin Golf Course Inc. Claflin, KS 67525 | | | | | | | 0 |

Sheet no. __53__ of __300__ continuation sheets attached          Subtotal ➤ | $ | 261
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                    Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Claflin Pump and Supply PO Box 519 Claflin KS 67525 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Clara Barton and Russell Clinics 252 W 9th Street Hoisington KS 67544 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Clark County Treasurer PO Box 185 Ashland KS 67831 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Clearwater Truck Company 5650 N. Broadway Street Park City, KS 67219 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Cliff Keller Dirt Construction PO Box 442 Pratt KS 67124 | | | | | | | 0 |

Sheet no. __54__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stephen E. Cline<br>2704 Derenda Drive<br>Hutchinson, KS 67502 | | | | | | | 148 |
| ACCOUNT NO.<br>Lloyd D. Clothier<br>241 Old Oaks<br>Kerrville, TX 78028 | | | | | | | 893 |
| ACCOUNT NO.<br>Coast of Colorado<br>6803 E 47th Ave Unit G<br>Denver CO 80216 | | | | | | | 0 |
| ACCOUNT NO.<br>Cobra Petroleum Company<br>P.O. Box 136355<br>FT. Worth, TX 76136-0355 | | | | | | | 83 |
| ACCOUNT NO.<br>Gary Cole<br>23502 S Andre Road<br>Langdon KS 67583 | | | | | | | 0 |

Sheet no. __55__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,124

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,    Case No. _____
     **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ruth K. Collingwood<br>4949 E. Orme Street<br>Wichita, KS 67218 | | | | | | | 19 |
| ACCOUNT NO.<br><br>Bernard G Collins<br>1201 W River Blvd Apt 206<br>Wichita KS 67203 | | | | | | | 117 |
| ACCOUNT NO.<br><br>Colorado Dept of Revenue<br>Severance Tax Section<br>Denver CO 80261 | | | | | | | 0 |
| ACCOUNT NO.<br><br>State of Colorado Oil and Gas<br>Conservation Commission<br>1120 Lincoln Street Ste 801<br>Denver CO 80203 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Colorado Plains Medical Center<br>1000 Lincoln Street CS 4200<br>Fort Morgan CO 80701 | | | | | | | 0 |

Sheet no. __56__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 136

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Colorado Public Utilites Commission PO Box 2327 Englewood CO 80150 | | | | | | | 0 |
| ACCOUNT NO.  Columbine II LTD Partners A S Pollack P.O. Box 22854 Denver, CO 22854 | | | | | | | 604 |
| ACCOUNT NO.  Deborah L Conway 1749 Wildfire Road Estes Park, CO 80517 | | | | | | | 19 |
| ACCOUNT NO.  Adeline B. Cook 50333 Red Arrow HWY Lawrence, MI 49064-8782 | | | | | | | 57 |
| ACCOUNT NO.  Charles W. Cook 6248 S. Niagra Court Englewood, CO 80111-4442 | | | | | | | 229 |

Sheet no. __57__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 909
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cooper Tire of Pratt INC<br>1202 E 1st Street<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Coot Oil Company<br>1614 Cypress Point drive<br>Lawrence, KS 66044 | | | | | | | 94 |
| ACCOUNT NO.<br><br>Constance S. Corcoran<br>1307 Luther Street<br>Emporia, KS 66801-6038 | | | | | | | 2,243 |
| ACCOUNT NO.<br><br>Corlena Production Co<br>619 Tyler Ste. #210<br>Amarillo, TX 79101 | | | | | | | 83 |
| ACCOUNT NO.<br><br>Corporate Estimated Tax<br>KS Dept of Revenue<br>915 SW Harrison<br>Topeka KS 66625 | | | | | | | 0 |

Sheet no. _58_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,420

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
       **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Corporate Resource Service <br> 11318 N May Ste C <br> Oklahoma City OK 73120 | | | | | | | 0 |
| ACCOUNT NO. <br> Larry Coss <br> 510 N. Thompson Street <br> Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br> Russell County Treasurer <br> Acct for Fannie N Goodnow <br> PO Box 855 <br> Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. <br> Michael B. Cox <br> 201 Wilcrest Apt 504 <br> Houston, TX 77042 | | | | | | | 1 |
| ACCOUNT NO. <br> Cox Communications <br> PO Box 22142 <br> Tulsa OK 74121 | | | | | | | 113 |

Sheet no. _59_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal ➤    $            114

                                                Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re ___Central Kansas Crude LLC_____ ,   Case No. _____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Marvin M. Cox Jr. <br> 8809 Clubside Ct. <br> Wichita, KS 67206 | | | | | | | 191 |
| ACCOUNT NO. <br> R. Gene Craig <br> 217 W. 15th <br> Hays, KS 67601 | | | | | | | 3,086 |
| ACCOUNT NO. <br> Ward D. Craig <br> DBA Craig Oil Company <br> 15 South Main <br> Russell, KS 67665 | | | | | | | 196,577 |
| ACCOUNT NO. <br> Joseph D. & Julianne J. Craig <br> J/TS/ OR <br> 2502 Woodward Blvd <br> Tulsa, OK 74114 | | | | | | | 387 |
| ACCOUNT NO. <br> Merwyn & Donna Crandell JTWROS <br> P.O. Box 639 <br> Russelville, AL 35653 | | | | | | | 535 |

Sheet no. __60__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $       200,776

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re ___Central Kansas Crude LLC_____ ,       Case No. _____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Creative Apparel <br> 101 S. Coats St <br> Sawyer, KS 67134 | | | | | | | 152 |
| ACCOUNT NO. <br><br> Crestveiw Country Club <br> 1000 N 127th Street East <br> Wichita KS 67206 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Larry L & Jean L. Croissant <br> 4936 Wild County Road 83 <br> Briggsdale, CO 80611 | | | | | | | 17,256 |
| ACCOUNT NO. <br><br> Larry Cross <br> 510 N Thompson Street <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Laveda I. Cross <br> P.O. Box 375 <br> Lewis, KS 67552-0375 | | | | | | | 175 |

Sheet no. _61_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    17,583

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,　　　Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Crosseyed Customs Jason and Michelle Fahring 134 West Ave A Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Tina Crump 289 Jupiter Drive Littleton, CO 80124 | | | | | | | 1,946 |
| ACCOUNT NO. | | | | | | | |
| CT Operating Company 4214 N. Sweet Bay Wichita, KS 67226 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Cloyd D. Cully 1214 S. Oliver Road South Haven, KS 67140 | | | | | | | 468 |
| ACCOUNT NO. | | | | | | | |
| Cunningham Ready Mix and Const LLC PO Box 64 Cunningham KS 67035 | | | | | | | 0 |

Sheet no. __62__ of __300__ continuation sheets attached　　　　　　　Subtotal ➤ | $ | 2,414
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　　Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,      Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Phillip L. Curtis 1403 W. Broadway #41 Apache Junction, AZ 85220 | | | | | | | 208 |
| ACCOUNT NO. Thomas Curtis 347 SE 80th Ave Ellinwood, KS 67525 | | | | | | | 1,218 |
| ACCOUNT NO. Lee Curtis Rt 2 Box 163 St. John, KS 67576-9401 | | | | | | | 146 |
| ACCOUNT NO. CWB Company P.O. Box 186 Hays, KS 67601 | | | | | | | 35,175 |
| ACCOUNT NO. D and M Investments LLC PO Box 184 Hays KS 67601 | | | | | | | 0 |

Sheet no. _63_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 36,747

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC                                    ,        Case No. _____
        **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** D D & B Farm Corp, Inc. C/O Leroy Donovan P.O. Box 894 Great Bend, KS 67530-0894 | | | | | | | 4,843 |
| **ACCOUNT NO.** D S & W Well Servicing Inc. 403 W. Front Street Claflin, KS 67525 | | | | | | | Notice Only |
| **ACCOUNT NO.** Dallas Crude Oil Association Dallas, TX | | | | | | | 0 |
| **ACCOUNT NO.** Damar Development Co P.O. Box 70 Hays, KS 67601-0070 | | | | | | | 1,075 |
| **ACCOUNT NO.** Cortney J. Damm 5548 Oil Center Road Great Bend, KS 67530 | | | | | | | 3,467 |

Sheet no. __64__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,385
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC                                              ,          Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maurice J. Damm 5845 Hemlock Great Bend, KS 67530 | | | | | | | 788 |
| ACCOUNT NO. | | | | | | | |
| Dana Properties/ A Partnership P.O. Box 68 Dumont, CO 80436-0068 | | | | | | | 27 |
| ACCOUNT NO. | | | | | | | |
| Joan Daniel 9810 W. Murdock Street Wichita, KS 67212-4456 | | | | | | | 73 |
| ACCOUNT NO. | | | | | | | |
| Terri W. Danielson 2212 Warren Avenue N. Seattle, WA 98109 | | | | | | | 38 |
| ACCOUNT NO. | | | | | | | |
| Dans Safe and Lock Service 10257S Hwy 281 PO Box 173 Pratt KS 67124 | | | | | | | 0 |

Sheet no. __65__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 926

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Darby Production Co. <br> 3939 S. Troost Avenue <br> Tulsa, OK 74105 | | | | | | | 58 |
| ACCOUNT NO. <br><br> Dark Horse Oil Company <br> 34861 Forest Park Drive <br> Elizabeth, CO 80107-7879 | | | | | | | 2,651 |
| ACCOUNT NO. <br><br> Dark Oil Company <br> PO Box 246 <br> Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Darks Landing <br> 137 W Ave C <br> Attica KS 67009 | | | | | | | 254 |
| ACCOUNT NO. <br><br> Dartmouth Sand and Gravel <br> 120 East 11th <br> Hoisington KS 67544 | | | | | | | 0 |

Sheet no. __66__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        2,963

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,     Case No. _____

       **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. David L. Wesseler Rev Trust P.O. Box 19 Lorraine, KS 67549-0019 | | | | | | | 1,259 |
| ACCOUNT NO. Catherine L. Davis 11902 Stepping Stone Lane Houston, TX 77024-5009 | | | | | | | 80 |
| ACCOUNT NO. Alan F Davis 1324 N Fieldcrest Wichita KS 67230 | | | | | | | 59 |
| ACCOUNT NO. Drake Davis 21 Briar Hollow Lane #209 Houston, TX 77027 | | | | | | | 56 |
| ACCOUNT NO. Danny S. Davis 5005 Riverway Drive S-440 Houston, TX 77056 | | | | | | | 16,127 |

Sheet no. <u>67</u> of <u>300</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal ➤   $     17,581

                    Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
                **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| LD Davis 7 SW 26th Ave Great Bend, KS 67530 | | | | | | | 11,008 |
| ACCOUNT NO. | | | | | | | |
| Marian Legge Davis 7000 Soldiers Road Penngrove, CA 94951-9739 | | | | | | | 9 |
| ACCOUNT NO. | | | | | | | |
| Warren Davis P.O. Box 404 Pratt, KS 67124 | | | | | | | 379 |
| ACCOUNT NO. | | | | | | | |
| Davis and Davis Company PO Box 9922 Denver CO 80209 | | | | | | | 3,938 |
| ACCOUNT NO. | | | | | | | |
| Davis Chiropractic Center 122 E 3rd Pratt KS 67124 | | | | | | | 70 |

Sheet no. __68__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          15,404

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____ ,     Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dawson-Markel Exploration P.O. Box 2446 Oklahoma City, OK 73101-2446 | | | | | | | 0 |
| ACCOUNT NO. Daylight Donuts 310 S Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Dewey Dean 707 S. Knoxville Ave Tulsa, OK 74112-3841 | | | | | | | 182 |
| ACCOUNT NO. Mary Ann Dean C/O Janet Crane 4615 Camelot Dr. E. Great Bend, KS 67530 | | | | | | | 14 |
| ACCOUNT NO. Lawrence L. & Shelby Debes 805 W. 4th Larned, KS 67550 | | | | | | | 2,749 |

Sheet no. __69__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 2,945

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re  Central Kansas Crude LLC                          ,          Case No. _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Charles K. DeForest<br>1211 Davis Court<br>El Dorado, KS 67042 | | | | | | | 49 |
| ACCOUNT NO.<br>Richard L. Deforest<br>726 N. Yale<br>Wichita, KS 67208 | | | | | | | 24 |
| ACCOUNT NO.<br>Malcolm Deisenroth Jr.<br>P.O. Box 2558<br>Broken Arrow, OK 74103-2558 | | | | | | | 94 |
| ACCOUNT NO.<br>Tom Denning<br>DBA TDI Oil Operations<br>1310 Bison Road<br>Hays, KS 67601-9696 | | | | | | | 585 |
| ACCOUNT NO.<br>Dennis J. Michaelis Life Estate<br>445 Silver Bluff Road<br>Aiken, SC 29803-7889 | | | | | | | 91 |

Sheet no. __70__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          843

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,  Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kansas Dept of Revenue<br>Severance Tax Section<br>915 SW Harrison St<br>Topeka KS 66625 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Lenatta Deutsch<br>Charles Gustin POA<br>1976 NW 100th Ave<br>Olmitz, KS 67564 | | | | | | | 153 |
| ACCOUNT NO.<br><br>Deutsch Oil Company<br>8100 E. 22nd St. North, Building 600<br>Wichita, KS 67226 | | | | | | | 737 |
| ACCOUNT NO.<br><br>Barney L. Deweese<br>6333 Carson Dr.<br>Olive Branch, MS 39654-8743 | | | | | | | 89 |
| ACCOUNT NO.<br><br>DHP Investments LTD<br>212 Old Grande Blvd, Ste C100<br>Tykler, TX 75703 | | | | | | | 81,994 |

Sheet no. __71__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 82,973

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____ ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Diamond J Trucking LLC 714 N Franklin Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. Diamondback Exploration P.O. Box 51242 Amarillo, TX 79159 | | | | | | | 46 |
| ACCOUNT NO. Verla J. & William T. Dickey 35444 W. 52nd Orrick, MO 64077 | | | | | | | 362 |
| ACCOUNT NO. Gertrude M. Dietz 4400 W. 115th #253 Leawood Park, KS 66221 | | | | | | | 85 |
| ACCOUNT NO. Connie S. Dietz 624 Terrace Drive Pratt, KS 67124 | | | | | | | 382 |

Sheet no. __72__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 875

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rose F. Dietz<br>6735 W. 108th Terr<br>Shawnee Mission, KS 66211 | | | | | | | 85 |
| ACCOUNT NO.<br><br>Carla Y. Dillard<br>1525 W. Maple<br>Durant, OK 74701 | | | | | | | 2 |
| ACCOUNT NO.<br><br>Dillion's<br>1108 E. 1st Street<br>Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Leroy A. Dinges<br>1113 Stonecrest Road<br>Hays, KS 67601-9752 | | | | | | | 17 |
| ACCOUNT NO.<br><br>Norman G. Dinges<br>3181 SE Sam Jackson Park Road<br>Portland, OR 97201 | | | | | | | 24 |

Sheet no. __73__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $              128

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC_____,      Case No. _____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jason Dinges DBA J & D Investments 1584 Smoky Hill River Hays, KS 67601 | | | | | | | 18 |
| ACCOUNT NO. | | | | | | | |
| District Court of Russell Co Acct Casey Campbell PO Box 429 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Diversfield Operating Corp 1500 West 6th Ave #102 Golden, CO 80401 | | | | | | | 2,354,182 |
| ACCOUNT NO. | | | | | | | |
| Steve Dixon 4300 Rock Canyon Road Edmond, OK 73003-2934 | | | | | | | 223 |
| ACCOUNT NO. | | | | | | | |
| DNO LLC P.O. Box 372 Hays, KS 67601 | | | | | | | 5,561 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

Sheet no. __74__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,359,984

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Central Kansas Crude LLC _____ ,  Case No. _____

       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dobbins Family Trust Mary F. Robbins, Trustee 4160 Jade Street #63 Capitola, CA 95010 | | | | | | | 33 |
| ACCOUNT NO. | | | | | | | |
| Dalene Dohm 11076 SE Walstead Sharon, KS 67138 | | | | | | | 1,636 |
| ACCOUNT NO. | | | | | | | |
| Don C. Stabb Attorney at Law 1301 Oak Street Hays, Kansas 67601 | | | Represents K & B Norton Oil & Investments LLC Case# 08 CV 149 | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Donald A. Wilkens Trust #1 ME Wilkens/ C A Miller 1201 Aylward Ave Ellsworth, KS 67439 | | | | | | | 217 |
| ACCOUNT NO. | | | | | | | |
| Donald D. Karst Rev Trust DTD 12/8/92 Todd Templeton P.O. Box 863 Russell, KS 67665 | | | | | | | 6,173 |

Sheet no. _75_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      8,059

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re  Central Kansas Crude LLC                    ,          Case No. _____
                    **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Doonan Oil Inc.<br>P.O. Box 1466<br>Great Bend, KS 67530-1466 | | | | | | | 82,195 |
| ACCOUNT NO.<br><br>Doonan Peterbilt of Great Bend<br>PO Box 1286<br>Great Bend KS 67530 | | | | | | | 8,710 |
| ACCOUNT NO.<br><br>Doonan Trailer LLC<br>36 NE Hwy 156 Bldg B<br>Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO.<br><br>James V. Doran<br>P.O. Box 335<br>St. John, KS 67576-0335 | | | | | | | 2,694 |
| ACCOUNT NO.<br><br>Dorchester Minerals LP<br>P.O. Box 840127<br>Dallas, TX 75284-0127 | | | | | | | 1,349 |

Sheet no. __76__ of __300__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 94,948

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
                **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dorothy I Brinson LVG Trust DTD 11/28/08 1198 NE 160 Rd Claflin, KS 67525-9193 | | | | | | | 4,422 |
| ACCOUNT NO. | | | | | | | |
| Doug Reh Chevrolet 1501 E 1st Street Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Winifred Dove 312 S. Gray Street St. John, KS 67576 | | | | | | | 323 |
| ACCOUNT NO. | | | | | | | |
| Dr Chris D Hawthorn DDS 120 East Broadway Cushing OK 74023 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Dr. Bernard Dreiling 1500 E. Woodrow Wilson Avenue Jackson, MS 39216-5116 | | | | | | | 532 |

Sheet no. __77__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      5,277

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re ___Central Kansas Crude LLC_____,     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dreiling Living Trust Date 3 Mulligan Court Ocala, FL 34472-5010 | | | | | | | 5,561 |
| ACCOUNT NO. Dreiling, Bieker & Hoffman LLP Robert Diehl 111 West 13th Street P.O. Box 579 Hays, Kansas 67601 | | | Represents Earl Tom Pyle dba Pyle Petroleum and DHP Investments, LTD Case# 09 CV 9 | | | | Notice Only |
| ACCOUNT NO. Duckwall and Company PO Box 580187 Tulsa OK 74158 | | | | | | | 0 |
| ACCOUNT NO. Merle Dumler 2340 33rd Ave Greeley, CO 80634-7523 | | | | | | | 6 |
| ACCOUNT NO. Calvin F. Dumler 5606 Navajo Road Great Bend, KS 67530 | | | | | | | 29 |

Sheet no. __78__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   5,596

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                ,          Case No. _____
                    **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Robert R. Dumler 9513 Ketstone Dr. Lees Summit, MO 64086-9719 | | | | | | | 9 |
| ACCOUNT NO. | | | | | | | |
| David M. Dumler 9809 Howard Road Lees Summit, MO 64086-9539 | | | | | | | 14 |
| ACCOUNT NO. | | | | | | | |
| Charles Duncan Jr. & Ruth L. Family Trust-Survivors Trust Inn At The Park 10 Marquette, Apt 118 Irvine, CA 92612 | | | | | | | 10,928 |
| ACCOUNT NO. | | | | | | | |
| Bernadette A. Duto Randolp, UT 5060 | | | | | | | 2 |
| ACCOUNT NO. | | | | | | | |
| DXP Enterprises INC PO Box 201791 Dallas TX 75320 | | | | | | | 0 |

Sheet no. __79__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          10,953

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   Central Kansas Crude LLC                                ,          Case No. _____
                   **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> E & V Oil Company Inc. <br> 122 NW 130 Road <br> Hoisington, KS 67544 | | | | | | | 2,752 |
| ACCOUNT NO. <br><br> E I A LLC <br> 18144 E Weaver Drive <br> Aurora KS 80016 | | | | | | | 0 |
| ACCOUNT NO. <br><br> E K Haggerty Rev Trust <br> 2303 Oak River Court <br> Troy, MI 48098-5413 | | | | | | | 78 |
| ACCOUNT NO. <br><br> E L A Incorporated <br> 208 West A Street <br> Ellinwood KS 67526 | | | | | | | 0 |
| ACCOUNT NO. <br><br> E.D.J. Inc. <br> P.O. Box 1005 <br> Great Bend, KS 67530 | | | | | | | 3,955 |

Sheet no. __80__ of __300__ continuation sheets attached           Subtotal ➤  | $           6,785
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                          Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,       Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dolores Y. Earnest <br> 629 E. Margaret Street <br> Russell, KS 67665-3110 | | | | | | | 375 |
| ACCOUNT NO. <br><br> Edith G. Vansyckle Family Trust <br> P.O. Box 840738 <br> Dallas, TX 75284-0738 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Robert Catlett Edmiston <br> P.O. Box 1001 <br> Kellyville, OK 74039 | | | | | | | 9 |
| ACCOUNT NO. <br><br> Almond A. Edward <br> 368 Orange Lane <br> Tampa, FL 33610-9368 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Edward County Treasurer <br> Acct for Blackburn Oil and Gas <br> PO Box 246 <br> Kinsley KS 67547 | | | | | | | 0 |

Sheet no. __81__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                   Subtotal ➤    $       386

                         Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,        Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Edward Lee Markewell Jr REV Lifetime Trust 6/3/97 P.O. Box 2446 Oklahoma City, OK 73101.2446 | | | | | | | 25,846 |
| ACCOUNT NO. | | | | | | | |
| Edwin & Mary Mermis Rev LVG Trust P.O. Box 33 Gorham, KS 67640 | | | | | | | 3,582 |
| ACCOUNT NO. | | | | | | | |
| Edwin H. Organ Estate Larry Helsep Exec. 1109 Vanscoy Drive Gillette, WY 82718-6222 | | | | | | | 251 |
| ACCOUNT NO. | | | | | | | |
| Egging Roustabout Service PO Box 8642 Pratt KS 67124 | | | | | | | 382 |
| ACCOUNT NO. | | | | | | | |
| Dwayne Ehrlich 1919 Lime Tree Drive Edgewater, FL 32141-3903 | | | | | | | 49 |

Sheet no. __82__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     30,110

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
         **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Randolph A. Ehrlich 19409 4-Corners Rd Bunker Hill, KS 67626 | | | | | | | 260 |
| ACCOUNT NO. | | | | | | | |
| Chad Ehrlich 3510 21st Street Great Bend, KS 67530 | | | | | | | 788 |
| ACCOUNT NO. | | | | | | | |
| Shirley Lynn Ehrlich 3600 Darwin Dr. Fremont, CA 94555-3328 | | | | | | | 149 |
| ACCOUNT NO. | | | | | | | |
| EIA llC 18144 E Weaver Drive Aurora KS 80016 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| EIV Petroleum Interests LLC P.O. Box 961207 Fort Worth, TX 76161-0207 | | | | | | | 613 |

Sheet no.  83   of  300   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,810

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| EL Paso E&P Company LP P.O. Box 200682 Houston, TX 77216-0682 | | | | | | | 258 |
| ACCOUNT NO. | | | | | | | |
| Elaine J. Brinson LVG Trust DTD 10/31/08 7301 Waverly Ave Kansas City , KS 66109-2465 | | | | | | | 4,422 |
| ACCOUNT NO. | | | | | | | |
| Elfrieda Woydziak Trust Trust DTD 1/4/06, Trustees P.O. Box 464 Claflin, KS 67525 | | | | | | | 632 |
| ACCOUNT NO. | | | | | | | |
| Elinor M. Walton Trust % Greg Alexander 16 Circle Drive Mulvane, KS 67110 | | | | | | | 416 |
| ACCOUNT NO. | | | | | | | |
| Elizabeth Schreiner Rev Trust 209 N. Main Sharon, KS 67138 | | | | | | | 6,591 |

Sheet no. __84__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 12,319

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____

　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ellinwood Oil Reclaiming<br>210 E. 7th<br>St. John, KS 67576 | | | | | | | 27,849 |
| ACCOUNT NO.<br>Paul Charles Ellison<br>4308 N. Interstate 20<br>Trent, TX 79561 | | | | | | | 45 |
| ACCOUNT NO.<br>John R. Elmore III<br>P.O. box 3733<br>Lawrence, KS 66046-0733 | | | | | | | 90 |
| ACCOUNT NO.<br>Enbridge Pipelines Ozarks<br>5465 Paysmere Circle<br>Chicago IL 60674 | | | | | | | 0 |
| ACCOUNT NO.<br>Energy Projects Inc.<br>7476 Nuthatch Circle<br>Parker, CO 80134 | | | | | | | 124,940 |

Sheet no. __85__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $　152,924

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                         ,        Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Energy Royalties, LLC 5100 Westheimer, Ste 200 Houston, TX 77056 | | | | | | | 56 |
| ACCOUNT NO. Bruce L. & Sharon R. Engelland 1109 N. Nickerson Road Nickerson, KS 67561 | | | | | | | 123 |
| ACCOUNT NO. Barbara Erickson 205 Rehobeth Way Fayetteville, GA 30214 | | | | | | | 323 |
| ACCOUNT NO. Marsha Erway 1504 R. Road Larned, KS 67550 | | | | | | | 253 |
| ACCOUNT NO. T R Esfeld 314 SW 50th Ave Great Bend, KS 67530 | | | | | | | 788 |

Sheet no. 86 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        1,543

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC_____ ,     Case No. _____
         **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mike Eslinger <br> 756 W Hwy 2 <br> Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. <br> Estate of Henry L. Donley <br> Elsie E. Donley Executor <br> 621 E. Lyon Street <br> Lyons, KS 67554-2905 | | | | | | | 144 |
| ACCOUNT NO. <br> Estate of Marjorie Sue Hassell Amis <br> 555 Republic Drive #200 <br> Plano, TX 75074 | | | | | | | 12,775 |
| ACCOUNT NO. <br> Estate of Ruth M. Conley <br> John F. Conely Jr. Executor <br> 3419 58th Street <br> Lubbock, TX 79413-4724 | | | | | | | 727 |
| ACCOUNT NO. <br> Esther F. Adams Trust <br> Commerce Bank, Trustee <br> P.O. Box 3480 <br> Oil & Gas Department <br> Omaha, NE 68103 | | | | | | | 1 |

Sheet no. __87__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      13,647

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____ ,  Case No. _____

            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Moshe I. & Ruth Ettinger<br>Trustees Ettinger Family Trust<br>1304 Colony Plaza<br>Newport Beach, CA 92660 | | | | | | | 2,761 |
| ACCOUNT NO.<br><br>Evans Tank Service<br>PO Box 813<br>Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO.<br><br>F Judson Hipps Rev Trust<br>F Judson Hipps Trustee<br>494 Pine Shore Drive<br>Brevard, NC 28712 | | | | | | | 547 |
| ACCOUNT NO.<br><br>Farm and Ranch Hand LLC<br>9 NW 10th Ave<br>Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Farmers Co Operatice Union<br>PO 159<br>Sterling KS 67579 | | | | | | | 2,034 |

Sheet no. 88 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        5,342

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC_____ ,       Case No. _____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Farmers Cooperative Equity Co PO Box 978 Isabel KS 67065 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Lottie E. Farr 806 Ada Street Scott City, KS 67871-1369 | | | | | | | 379 |
| ACCOUNT NO. | | | | | | | |
| Adrian M. Farver 1595 27th Road Little River, KS 67457-9027 | | | | | | | 178 |
| ACCOUNT NO. | | | | | | | |
| Fastenal Company PO Box 978 Winona MN 55987 | | | | | | | 107 |
| ACCOUNT NO. | | | | | | | |
| Marguerite Feist 810 N. Humbolt Ave Ellinwood, KS 67526-1106 | | | | | | | 434 |

Sheet no. _89_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 1,098

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Greg Feist <br> PO Box 16 <br> Claflin KS 67525 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Christine M. Ferguson <br> 31219 Northwoods Circle <br> Buena Vista, CO 81211-8708 | | | | | | | 6 |
| ACCOUNT NO. <br><br> Darwin Ferguson <br> 5949 Anchor Way <br> Great Bend, KS 67530 | | | | | | | 788 |
| ACCOUNT NO. <br><br> Wayne or Mary Ann Fetherston <br> 1501 N. Alexander <br> Hoisington, KS 67544 | | | | | | | 1,376 |
| ACCOUNT NO. <br><br> Fields and Sons INC <br> 2500 E First <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. __90__ of _300_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $           2,170

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,     Case No. _____
          **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda Finch<br>P.O. Box 50732<br>Midland, TX 79710-0732 | | | | | | | 90 |
| ACCOUNT NO.<br><br>Charles A. Fincham<br>110 S. Tarabury Lane<br>Wichita, KS 67209 | | | | | | | 1,799 |
| ACCOUNT NO.<br><br>Gilbert W. Finley<br>3418 Meadowlark Lane<br>Winfield, KS 67156 | | | | | | | 59 |
| ACCOUNT NO.<br><br>First Insurance Funding Corp<br>8075 Innovation Way<br>Chicago IL 60682 | | | | | | | 0 |
| ACCOUNT NO.<br><br>First Publications INC<br>316 Main Street<br>Spearville KS 67876 | | | | | | | 0 |

Sheet no. __91__ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,948

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
           **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. First State Bank of Spearman C/O Lenis Simpson P.O. Box 9955 Amarillo, TX 79105 | | | | | | | 83 |
| ACCOUNT NO. Lee Fischer 1325 160th Ave Larned, KS 67550-9803 | | | | | | | 711 |
| ACCOUNT NO. Robert P. Fischer 725 W. 15th Hutchinson, KS 67502 | | | | | | | 915 |
| ACCOUNT NO. Charlene Fischer-Crask 106014 W. 31st Street North Wichita, KS 67205 | | | | | | | 1,729 |
| ACCOUNT NO. Anthony M Fisher 204 W 17th Hays KS 67601 | | | | | | | 0 |

Sheet no.  92  of 300  continuation sheets attached          Subtotal ➤  | $          3,438
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                          Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brian G. Fisher <br> 5762 N. Charles <br> Wichita, KS 67204 | | | | | | | 127 |
| ACCOUNT NO. <br><br> Flame Royalties, Inc <br> P.O. Box 702281 <br> Tulsa, OK 74170-2281 | | | | | | | 1,323 |
| ACCOUNT NO. <br><br> Flatwork Specialist <br> 11716 SW 80th Street <br> Spivey KS 67142 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Eleanor Jones Florance <br> 400 E. Parkswood Ave. Apt 170 <br> Friendswood, TX 77546-5161 | | | | | | | 49 |
| ACCOUNT NO. <br><br> The Flower Shop <br> 201 E 4th Street <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. __93__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          1,499

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC_____,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Floyd A. Blasi Revocable Trust Floyd & Marcella Blasi, Trustee 607 W. 10th Street Pratt, KS 67124 | | | | | | | 13 |
| ACCOUNT NO. | | | | | | | |
| Foley Tractor | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Charles J. Folz No Current Address | | | | | | | 8 |
| ACCOUNT NO. | | | | | | | |
| Katie June Forbes 7771 Ladore Street Commerce, CO 80022-1028 | | | | | | | 17 |
| ACCOUNT NO. | | | | | | | |
| Marc A. Forman 552 Mill Street Middeltown, IN 47356 | | | | | | | 546 |

Sheet no.  94   of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          584

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                    ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fortis | | | | | | | 0 |
| ACCOUNT NO.<br><br>Coena L. Foster<br>14200 E. Boston Street<br>Wichita, KS 67230 | | | | | | | 64 |
| ACCOUNT NO.<br><br>Mary W. Foster<br>C/O Lorna Matthieson<br>P.O. Box 23265<br>Oklahoma City, OK 73132 | | | | | | | 55 |
| ACCOUNT NO.<br><br>Fred Bowman Inc.<br>P.O. Box 58<br>Kenedy, TX 78119 | | | | | | | 850 |
| ACCOUNT NO.<br><br>Edward L. & Janetta K. Freeman<br>615 S. Jackson St.<br>Pratt, KS 67124 | | | | | | | 867 |

Sheet no.  95  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          1,836

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                          ,     Case No. _____
         **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> T A Freund <br> 4134 State Hwy 86 <br> Ridgedale, MO 65739 | | | | | | | 426 |
| ACCOUNT NO. <br> Walter P. Friend <br> RR School St. <br> East Greenwich, RI 2818 | | | | | | | 9 |
| ACCOUNT NO. <br> David Funk <br> 331 North Brooks <br> Russell, KS 67665 | | | | | | | 3,086 |
| ACCOUNT NO. <br> GA Consultants INC <br> PO Box 8 <br> Hoisington KS 67544 | | | | | | | 0 |
| ACCOUNT NO. <br> Geraldine A. Kirby A. Gardner JTWROS <br> 3503 N. Halstead <br> Hutchinson, KS 67502 | | | | | | | 756 |

Sheet no. 96 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,277

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,        Case No. _____
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Thomas Garner Trenton L. Teager JTWROS 305 E. 7th St. John, KS 67576 | | | | | | | 16,724 |
| ACCOUNT NO. | | | | | | | |
| Norma Garrett 3920 Bayou Wood Lane Lake Charles, LA 70605 | | | | | | | 521 |
| ACCOUNT NO. | | | | | | | |
| Carol Garwood 629 Brook Meadow Drive St. Louis, MO 63021 | | | | | | | 28 |
| ACCOUNT NO. | | | | | | | |
| Gary's Glass Service 1916 W Jones Ave Garden City KS 67846 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| J. Gaut 4211 I-40 West #204 Amarillo, TX 79106 | | | | | | | 30 |

Sheet no.  97   of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 17,303

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____,  Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gee Oil Service PO Box 453 St John KS 67576 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| GEFCO Valves and Automation 1224 W 6th Ave El Dorado KS 67042 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Gary Gensch 224 S. Crestway St. Wichita, KS 67218 | | | | | | | 743 |
| ACCOUNT NO. | | | | | | | |
| Genuine Parts Company PO Box 848033 Dallas TX 75284 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Jeannette Clift George C/O JP Morgan Chase Bank TTEE P.O. Box 99084 Fort Worth, TX 76199-0084 | | | | | | | 70 |

Sheet no. 98 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 813

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re  Central Kansas Crude LLC_____,        Case No. _____
       **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shirley George <br> P.O. Box 27368 <br> Houston, TX 77227 | | | | | | | 201 |
| ACCOUNT NO. <br><br> Gerald Michaelis Oil <br> 979 NW 230th Road <br> Russell, KS 67665 | | | | | | | 5,257 |
| ACCOUNT NO. <br><br> Giant Communications INC <br> PO Box 231 <br> Holton KS 66436 | | | | | | | 9 |
| ACCOUNT NO. <br><br> Giant Holdings LLC <br> 223 W. 4th St. <br> Hutchinson, KS 67501 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Cindy Fosdick Bowery Gibbons <br> C/O A. Fosdick <br> 6140 Bartonsville Road <br> Frederick, MD 21704 | | | | | | | 158 |

Sheet no.  99  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal ➤  $  5,625

                                       Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> R. William Gilbert <br> 87 Cunningham Drive <br> New Smyrna Beach, FL 32168-5905 | | | | | | | 743 |
| ACCOUNT NO. <br> David F. Gillen <br> 1507 N. Lark Lane <br> Wichita, KS 67212-1261 | | | | | | | 43 |
| ACCOUNT NO. <br> Lynda Gillen <br> 4530 Westlake Ct. <br> Bel Aire, KS 67220 | | | | | | | 36 |
| ACCOUNT NO. <br> Ginn Manufacturing Co <br> 921 S K49 <br> Caldwell KS 67022 | | | | | | | 0 |
| ACCOUNT NO. <br> Globe Exploration, Inc. <br> P.O. Box 12 <br> Great Bend, KS 67530-0012 | | | | | | | 94 |

Sheet no. __100__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   916

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re    Central Kansas Crude LLC                                    ,          Case No. _____
             **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Linda Burke & Greg Goff 1914 Lamesa Drive Dodge City, KS 67801 | | | | | | | 682 |
| ACCOUNT NO. Goldking Energy Partners I, LP 910 Louisana St, Ste 5030 Houston, TX 77002 | | | | | | | 107 |
| ACCOUNT NO. Good Ole Boys Hot Oil Treating INC 201 E Ave B Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Dean A. Goodheart 2820 N. Range Ae Colby, KS 67701-9124 | | | | | | | 8 |
| ACCOUNT NO. Edith M. Goodwin 1334 Main Street Tewksbury, MA 01876-2044 | | | | | | | 2 |

Sheet no.  101  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                799

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                          ,          Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Juanita M. Green 220 W. Douglas Suite #110 Wichita, KS 67202 | | | | | | | 177 |
| ACCOUNT NO. | | | | | | | |
| Jerry & Susan Green JTWRS 4350 Keystone Hays, KS 67601 | | | | | | | 443 |
| ACCOUNT NO. | | | | | | | |
| Robert I Greenberg C/O Greenwold Oil Co 1240 Glenbrook Drive Oklahoma City, OK 73118-1033 | | | | | | | 356 |
| ACCOUNT NO. | | | | | | | |
| Louise B. Greene P.O. Box 520639 Longwood, FL 32752-0639 | | | | | | | 356 |
| ACCOUNT NO. | | | | | | | |
| Greensburg Oilfield Services 715 E Kansas Ave Greensburg KS 67054 | | | | | | | 0 |

Sheet no. __102__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,332

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,     Case No. _____
      **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Greenwoods Collection PO Box 188 957 N Meridian Street Sunman IN 47041 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Gregory L. Bauer Bauer, Pike, Pike & Johnson, Chartered 1310 Kansas Ave. P.O. Box 1349 Great Bend, KS 67530-1349 | | | Represents Thomas Gardner & Trenton L. Teager Case# 08 CV 133 | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Griffin Management LLC P.O. Box 670 Byers, CO 80103 | | | | | | | 3,688 |
| ACCOUNT NO. | | | | | | | |
| Fred Grunder DBA Grunder Oil 122 S. Main St. John, KS 67576-2117 | | | | | | | 53,099 |
| ACCOUNT NO. | | | | | | | |
| Celeste C. Grynberg 5299 DTC Blvd #500 Greenwood Village, CO 80111 | | | | | | | 59,534 |

Sheet no. __103__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    116,321

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Grynberg Oil Company <br> 5299 OTC Blvd <br> Greenwood Village, CO 80111 | | | | | | | 419,015 |
| ACCOUNT NO. <br><br> Jill K. Guggisberg <br> 2558 Claiborn Circle <br> Wichita, KS 67226 | | | | | | | 193 |
| ACCOUNT NO. <br><br> Guitar One <br> PO Box 5620 <br> Harlan IA 51593 | | | | | | | 33 |
| ACCOUNT NO. <br><br> Guitar Player <br> PO Box 291807 <br> Kettering OH 45429 | | | | | | | 33 |
| ACCOUNT NO. <br><br> H & W Oil Company <br> 875 Petersburg <br> Munjor, KS 67601 | | | | | | | 384,088 |

Sheet no. __104__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 803,362

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| H2E, LLC C/O Steve Hirsch 124 S. Penn Ave Oberlin, KS 67749-2243 | | | | | | | 45,017 |
| ACCOUNT NO. | | | | | | | |
| Anna Heinz Habiger 265 Ave C Box 53 Bushton KS 67427 | | | | | | | 55 |
| ACCOUNT NO. | | | | | | | |
| Anna Lee Habiger 601 1st Street P.O. box 163 Bushton, KS 67427-0163 | | | | | | | 140 |
| ACCOUNT NO. | | | | | | | |
| Dewey Dean Haddon Rt 2 box 30 Great Bend, KS 67530 | | | | | | | 283 |
| ACCOUNT NO. | | | | | | | |
| Randy & Jimalene Haddon JT 535 SE 50th Ave Ellinwood, KS 67526 | | | | | | | 141 |

Sheet no.  105  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        45,636

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u> ,    Case No. _____
　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| D.L. Hale Jr. P.O. Box 2478 Pampa, TX 79066-2478 | | | | | | | 62 |
| ACCOUNT NO. | | | | | | | |
| Leo J. & Jane F. Hall 1754 NE 20th Ave Great Bend, KS 67530 | | | | | | | 1,576 |
| ACCOUNT NO. | | | | | | | |
| Eric Hamilton Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Angela J and Keith D Hammeke 410 N Wilhelm Ave Ellinwood KS 67526-1531 | | | | | | | 292 |
| ACCOUNT NO. | | | | | | | |
| Hampel Oil Distributors PO Box 875477 Kansas City MO 64187 | | | | | | | 0 |

Sheet no. <u>106</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,930

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____ ,  Case No. _____

Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Candis Suzanne Hancock 11300 S. Lynn Lane Road Broken Arrow, OK 74011-4015 | | | | | | | 552 |
| ACCOUNT NO. Delores Hanhardt P.O. Box 316 120 East Pine Bison, KS 67520-0316 | | | | | | | 19 |
| ACCOUNT NO. Harbor Real Asset Fund LP J Martin Tate 7659 South 700 West Midvale UT 84047 | | | | | | | 0 |
| ACCOUNT NO. Deborah Cox Hardin 1522 North Plum Creek Dr. Spring, TX 77386 | | | | | | | 1 |
| ACCOUNT NO. Harnden Backhoe and Ditching 520 East Ave E Attica KS 67009 | | | | | | | 0 |

Sheet no.  107  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  572

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Harold E. Thomas Trust 9/3/82 Edward R. Brill Trustee 15 Elm Street Jamestown, OH 45335-1567 | | | | | | | 35 |
| ACCOUNT NO. Harper County Treasurer County Court House 201 Jennings Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. Wynn & Mary Harrell 16947 Buffalo Valley Path Monument, CO 80132 | | | | | | | 54 |
| ACCOUNT NO. Robert D. Harris 407 W. 37th St Apt. B. Hays, KS 67601-2713 | | | | | | | 51 |
| ACCOUNT NO. Veloris N. Harrison | | | | | | | 13 |

Sheet no. __108__ of __300__ continuation sheets attached                     Subtotal ▶ | $ | 153
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                            Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC_____,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Catherine Hart<br>RR # 1<br>St. John, KS 67576 | | | | | | | 123 |
| ACCOUNT NO.<br><br>Hart Energy LLC<br>Attn: Bill hart<br>6903 S. 78th East Avenue<br>Tulsa, OK 74133 | | | | | | | 33,171 |
| ACCOUNT NO.<br><br>Haskins PTO<br>901 School Street<br>Pratt, KS 67124 | | | | | | | 250 |
| ACCOUNT NO.<br><br>Haydock Land Company LLC<br>P.O. Box 56<br>Ashland, KS 67821-0056 | | | | | | | 4,886 |
| ACCOUNT NO.<br><br>Hays Body Shop<br>2601 E 1st<br>Pratt KS 67124 | | | | | | | 0 |

Sheet no. __109__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 38,430

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____
     **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Hays Daily News<br>PO Box 857<br>Hays KS 67601 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Hays Mack Sales and Service<br>1595 Chetolah Gold Road<br>Hays KS 67601 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Hays Medical Center<br>PO Box 8110<br>Hays KS 67601 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Winifred A. Healy<br>116 Chandller St.<br>Boston, MA 02116-6015 | | | | | | | 2 |
| ACCOUNT NO.<br><br>Heartland Pathology<br>PO Box 26343<br>Oklahoma City OK 73126 | | | | | | | 0 |

Sheet no. <u>110</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $        2

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____ ,     Case No. _____
          **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Don Hein <br> No Current Address | | | | | | | 319 |
| ACCOUNT NO. <br><br> Ed Williams Heirs <br> Manager agent Mary Jane Stepp | | | Injection Point Lease Agreement | | | | 0 |
| ACCOUNT NO. <br><br> Patricia Lou Hellstrom <br> 8349 Stonybridge Cir. <br> Highlands Ranch, CO 80126-7012 | | | | | | | 32 |
| ACCOUNT NO. <br><br> Steve Henke <br> 120 S Pine <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> David Hensley <br> 101 N Pine <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no.  111  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  351

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,      Case No. _____
          **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lezlie F. Hensley 2119 Dove Road Bennington, KS 67422 | | | | | | | 9 |
| ACCOUNT NO. Cassandra E. Herbert 1200 Humboldt St. #906 Denver, CO 80218 | | | | | | | 393 |
| ACCOUNT NO. Alvin Herdt 1506 Cason Trail Murfreesboro, TN 37128-6751 | | | | | | | 53 |
| ACCOUNT NO. Michelle L. Herdt 5433 Royal Lytham Rd Keller, TX 76248 | | | | | | | 37 |
| ACCOUNT NO. William E. Herdt 5433 Royal Lytham Road Keller, TX 76248 | | | | | | | 37 |

Sheet no. __112__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        529

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Moris Herl Trustee of the Firma Herl Trust 1 1809 E 26th Street Hays KS 67601 | | | Incurred: 2006 Injection Point Lease Agreement | | | | 0 |
| ACCOUNT NO. Danny Herrman 10561 112th Road Dodge City, KS 67801 | | | | | | | 1,376 |
| ACCOUNT NO. Hess Services Inc 2670 E 9th St PO Box 843 Hays KS 67601 | | | | | | | 0 |
| ACCOUNT NO. Orville Jack Hickman 244 Indian Hill Blvd Livingston, TX 77351-1283 | | | | | | | 446 |
| ACCOUNT NO. Hickman Revocable Trust Michael C. Hickman & Gary 201 Ridgefield Street Bentonville, AR 72712 | | | | | | | 446 |

Sheet no. 113 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,268

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC _____ ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| High Sierra Crude Oil & Marketing LLC 400 N. Woodlawn Ste#25 Wichita, KS 67208 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Brett A. Hildebrand 1104 Nixon Drive Norton, KS 67654 | | | | | | | 2,651 |
| ACCOUNT NO. | | | | | | | |
| Partick &/or Elaine Hilger JTWROS 207 Amber Drive Russell, KS 67665-9317 | | | | | | | 5,561 |
| ACCOUNT NO. | | | | | | | |
| Mark Hill P.O. Box 2446 Oklahoma City, OK 73101-2446 | | | | | | | 193 |
| ACCOUNT NO. | | | | | | | |
| Hireright Solutions Inc 23883 Network Place Chicago IL 60673 | | | | | | | 0 |

Sheet no. __114__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,405

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____ ,     Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Marilyn Hitz 404 S. Main P.O. Box 23 Hudson, KS 67545 | | | | | | | 566 |
| ACCOUNT NO. | | | | | | | |
| HJehle Energy Group C/O/ Gary P. Schneider 100 Creekwood Ct Southlake, TX 76092-9437 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Arthur Scott Hodge 8201 North Poiunt Blvd Pensucola, FL 32514 | | | | | | | 39 |
| ACCOUNT NO. | | | | | | | |
| Alan J. & Kathyleen A. Hoffman 1492 NW 10th Ave Hoisington, KS 67544 | | | | | | | 1,376 |
| ACCOUNT NO. | | | | | | | |
| Carol M. Hoffman 40 Des Moines Ave South Hutchinson, KS 67505 | | | | | | | 46 |

Sheet no. __115__ of __300__ continuation sheets attached          Subtotal ➤ | $ | 2,027
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                 Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wayne V. Or Melanine Hoffman<br>975 Road 1100<br>Red Cloud, NE 68970 | | | | | | | 1,376 |
| ACCOUNT NO. | | | | | | | |
| Gene W. Holland<br>202 S. Pine<br>Pratt, KS 67124 | | | | | | | 2,181 |
| ACCOUNT NO. | | | | | | | |
| Nancy Holland<br>P.O. Box 206<br>Russell, KS 67665-0206 | | | | | | | 1,121 |
| ACCOUNT NO. | | | | | | | |
| Home Lumber and Supply Co<br>803 N Main<br>Pratt KS 67124 | | | | | | | 1,474 |
| ACCOUNT NO. | | | | | | | |
| Home Oil amnd Supply Inc<br>PO Box 673<br>Hays KS 67601 | | | | | | | 0 |

Sheet no. __116__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        6,152

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re  Central Kansas Crude LLC                                    ,          Case No. _____
         **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Louise Hinckley Hood | | | | | | | 14 |
| ACCOUNT NO.<br><br>Virlinda M. Hoon<br>400 Lave Avenue NE #E405<br>Largo, FL 33771 | | | | | | | 9 |
| ACCOUNT NO.<br><br>Cody Hopkins<br>624 N Ninnescah<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Horiba Intrusments Inc<br>17671 Armstrong Ave<br>Irvine CA 92614 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Barbara Hornbuckle<br>35 Harvest lane<br>Hutchinson, KS 67502 | | | | | | | 631 |

Sheet no. _117_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        654

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,  Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Connie Hoss<br>3326 Meadowlark Lane<br>Great Bend, KS 67530 | | | | | | | 28 |
| ACCOUNT NO.<br><br>Rodger House<br>1115 NE Falcon<br>Medicine Lodge, KS 67104 | | | | | | | 46 |
| ACCOUNT NO.<br><br>Robert Householter<br>416 W Kansas<br>Medicene Lodge KS 67104 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Casey J. Hubble<br>249 Sunrise Lane<br>McGregor, TX 76657 | | | | | | | 125 |
| ACCOUNT NO.<br><br>Dennis Huebner<br>204 Circle Drive<br>Hays, KS 67601-1639 | | | | | | | 72 |

Sheet no. <u>118</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 271

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                        ,          Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Irene W. Huebner<br>P.O. Box 203<br>Bushton, KS 67427 | | | | | | | 256 |
| ACCOUNT NO. | | | | | | | |
| Huebner Family Trust DTD 2/5/92<br>Ronald & Sherry Heubner, Trustee<br>7909 W. County Gables Drive<br>Peoria, AZ 85831-4331 | | | | | | | 72 |
| ACCOUNT NO. | | | | | | | |
| Beverly J. Huff<br>257 North Moreland Ave<br>Monroe Falls, OH 44262-1721 | | | | | | | 429 |
| ACCOUNT NO. | | | | | | | |
| Rhonda K. Hughes<br>3204 Forrest<br>Great Bend, KS 67530 | | | | | | | 323 |
| ACCOUNT NO. | | | | | | | |
| Stephen R. Hughs<br>C/O Capital Federal Savings<br>P.O. Box 678<br>Shawnee Mission, KS 66201-0678 | | | | | | | 234 |

Sheet no. __119__ of __300__ continuation sheets attached　　　　　　　　Subtotal ▶ | $ | 1,314
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　　　Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re __Central Kansas Crude LLC_____,   Case No. _____
              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cheryl Ann Hutchinson <br> 116 Eves Drive <br> Russell, KS 67665-2808 | | | | | | | 62 |
| ACCOUNT NO. <br><br> Gary L. Hutchinson <br> 855 Swandyke Drive <br> Castle Rock, CO 80108 | | | | | | | 256 |
| ACCOUNT NO. <br><br> Hutchinson Clinic <br> 2101 N. Waldron <br> Hutchinson, KS 67502 | | | | | | | 9 |
| ACCOUNT NO. <br><br> Hydro Chem Spray Services <br> PO Box 843 <br> Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> I 70 Truck Repair <br> PO Box 921 <br> Hays KS 67601 | | | | | | | 40 |

Sheet no. __120__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        367

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> IBEX Resources Co., LLC <br> Attn: Revenue Section <br> 1021 NW Grand Blvd <br> Oklahoma City, OK 73118 | | | | | | | 103 |
| ACCOUNT NO. <br><br> Independent Red Book <br> Oil and Gas Directory of Kansas <br> 226 N Emporia <br> Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Betty Ingram <br> Acct 01 1001 3245 <br> 908 Davis Drive <br> Manhattan KS 66502 | | | | | | | 6,674 |
| ACCOUNT NO. <br><br> Insurance Planning Inc <br> PO Box 430 <br> Great Bend KS 67530 | | | | | | | 18,388 |
| ACCOUNT NO. <br><br> Intelligent Direct Inc <br> Po Box 119 <br> Wellsboro PA 16901 | | | | | | | 0 |

Sheet no. __121__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     25,165

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                ,        Case No. _____
        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue Service <br> Department of Treasury <br> Cincinnati OH 45999 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> Marsha K Waterbury <br> Ste 3000 Mailstop 5131 <br> 271 W Third Street N <br> Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Charles Leroy Isaacs <br> 6516 Almaden Road <br> San Jose, CA 95120 | | | | | | | 91 |
| ACCOUNT NO. <br><br> Edward Isern Jr <br> P.O. Box 535 <br> Attica, KS 67526-0535 | | | | | | | 14 |
| ACCOUNT NO. <br><br> J and J Pumping and Weed Spraying <br> 30401 SW 90th Street <br> Coats KS 67028 | | | | | | | 0 |

Sheet no. 122 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 105

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. J and K Automobile LLC 405 North Myrtle Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. J H R Corporation 533 Washington Ave Ste #100 Pittsburg, PA 15017-2015 | | | | | | | 51,448 |
| ACCOUNT NO. The Jack Olsta Co 810 IH 45 N Huntsville TX 77320 | | | | | | | 5,000 |
| ACCOUNT NO. Rosalyn M. Jackson 12 Via Empanada Rancho Sta Margarit, CA 92688 | | | | | | | 391 |
| ACCOUNT NO. Edgar J. James 4732 South Elizabeth Court Cherry Hills Villag, CO 80110 | | | | | | | 161 |

Sheet no. 123 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            57,000

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| James S. Jameson 11611 Campos Drive Houston, TX 77065-2702 | | | | | | | 37 |
| ACCOUNT NO. | | | | | | | |
| Sherry Jean Janke 5159 Overland Drive Apt C Roanoke, VA 24014-5650 | | | | | | | 625 |
| ACCOUNT NO. | | | | | | | |
| Cynthia M. Janssen 1580 Clermont Drive #202 Naples, FL 34019 | | | | | | | 59 |
| ACCOUNT NO. | | | | | | | |
| David E. Janssen 328 S. Terrace Drive Wichita, KS 67218-1404 | | | | | | | 59 |
| ACCOUNT NO. | | | | | | | |
| Royce C. Janssen 845 Chisholm Rd Inman, KS 67546-8076 | | | | | | | 59 |

Sheet no. __124__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 839

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC_____,          Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jason Oil P.O. Box 701 Russell, KS 67665 | | | | | | | 24,695 |
| ACCOUNT NO. Jayhawk Oilfield Supply Inc PO Box 7 Spivey KS 67142 | | | | | | | 0 |
| ACCOUNT NO. Jehle Energy Group C/O Gary P. Schneider 100 Creekwood Ct. Southlake, TX 76092-9437 | | | | | | | 89 |
| ACCOUNT NO. Jene C. Darmstetter 138 Courtleigh Wichita, KS 67218 | | | | | | | 6,043 |
| ACCOUNT NO. Joseph W. & Cheryl Jeter JTWRS 1117 Oakmont Hays, KS 67601 | | | | | | | 177 |

Sheet no. _125_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      31,004

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re Central Kansas Crude LLC _____ ,  Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jimlo Glass Center Inc <br> 1205 Kansas Street <br> Pratt KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> JJ Keller and Associates Inc <br> PO Box 548 <br> Neeah WI 54957 | | | | | | | 0 |
| ACCOUNT NO. <br><br> JO Ann Foods <br> 7115 N. Bridlewood Ct <br> Richmond, TX 77469 | | | | | | | 128 |
| ACCOUNT NO. <br><br> John O. Farmer IV Rev Trust <br> P.O. Box 352 <br> Russell, KS 67665 | | | | | | | 117 |
| ACCOUNT NO. <br><br> John's Shoe Repair <br> 502 S Main <br> Pratt KS 67124 | | | | | | | 283 |

Sheet no. _126_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   528

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,   Case No. _____
        **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Anna M. Johns<br>3122 S. Hiram Ave.<br>Wichita, KS 67217-2026 | | | | | | | 734 |
| ACCOUNT NO.<br>Vernon Johnson<br>1263 Country Club Road 40<br>Auburn, IN 46706-9543 | | | | | | | 24 |
| ACCOUNT NO.<br>Donald R. Johnson<br>1800 Burr Parkway<br>Dodge City, KS 67801 | | | | | | | 84 |
| ACCOUNT NO.<br>Dale F. Johnson<br>1975 W. 16th Street<br>Marion, IN 46953-1251 | | | | | | | 5 |
| ACCOUNT NO.<br>Mary E. Johnson<br>2517 Mathews<br>Ft. Collins, CO 80525 | | | | | | | 548 |

Sheet no. __127__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

        Subtotal ►  $      1,395

        Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,    Case No. _____
           **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wayne E. Johnson<br>2524 Fox Point<br>Quinlan, TX 75474-9047 | | | | | | | 84 |
| ACCOUNT NO.<br><br>Polly Schroeder Johnson<br>26785 Camino Seco<br>Temecula, CA 92590-3518 | | | | | | | 55 |
| ACCOUNT NO.<br><br>Rex E. Johnson<br>2910 North County Rd 50 West<br>Columbia CIty, IN 46725 | | | | | | | 6 |
| ACCOUNT NO.<br><br>Brian K. Johnson<br>303 S. Broadway<br>Denver, CO 80209 | | | | | | | 2 |
| ACCOUNT NO.<br><br>Kent A. Johnson<br>7862 S. Valentia Way<br>Englewood, CO 80112-2762 | | | | | | | 229 |

Sheet no. __128__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      376

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Max L. Johnson<br>903 W. US Highway 40<br>Cloverdale, IN 46120-9644 | | | | | | | 2 |
| ACCOUNT NO.<br>Raymond Earl Johnson<br>P.O. Box 477<br>Sutter Creek, CA 95685-0477 | | | | | | | 592 |
| ACCOUNT NO.<br>Mary Ann Johnston<br>P.O. Box 40<br>Langley, OK 74350 | | | | | | | 521 |
| ACCOUNT NO.<br>Johnston and Eisenhauer<br>PO Drawer 825<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Mary F. Joiner<br>2507 Russell PKWY<br>Great Bend, KS 67530-2421 | | | | | | | 10,966 |

Sheet no. __129__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                     12,081

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                        ,          Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Marian Lea Jones 10 Maple Court Unit A Orange City, FL 32763 | | | | | | | 18 |
| ACCOUNT NO.  Steve & Jeni Jones 112 N. Grey St. John, KS 67576-1923 | | | | | | | 59,043 |
| ACCOUNT NO.  Mary Ellen Jones 234 N. Broadview Wichita, KS 67208 | | | | | | | 67 |
| ACCOUNT NO.  Aimee Jones 321 S. Park McPherson, KS 67460 | | | | | | | 205 |
| ACCOUNT NO.  Betty H. Jones 5911 Ballina Canyon Lane Houston,TX 77041 | | | | | | | 85 |

Sheet no. __130__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    59,418

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re  Central Kansas Crude LLC                                    ,         Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Anne Marie Jones 640 N Rock Road Unit 17 Wichita KS 67206 | | | | | | | 108 |
| ACCOUNT NO. | | | Represents Diversified Operating Corporation Case# 08 CV 757 | | | | |
| Joseph & Hollander, P.A. Ross A. Hollander Michael A. Priddle 500 N. Market Street Wichita, KS 67214 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Junction Service and MFG PO Box 1032 Pratt Ks 67124 | | | | | | | 174 |
| ACCOUNT NO. | | | | | | | |
| K & B Norton Oil Investments P.O. Box 572 Hays, KS 67601-0572 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| K and G Electric P.O. Box 448 Pratt, KS 67124 | | | | | | | 0 |

Sheet no. __131__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 282

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>K and S Tire Inc<br>P.O. Box 6<br>Alva, OK 73717 | | | | | | | 48 |
| ACCOUNT NO.<br><br>Kansas Bar Foundation<br>1200 SW Harrison Street<br>Topeka, KS 66612 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Kansas City Peterbilt<br>8915 Woodend Rd<br>Kansas City KS 66111 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Kansas CMB LLC<br>6100 S. Yale, Suite 2010<br>Tulsa, OK 74136 | | | | | | | 13,204 |
| ACCOUNT NO.<br><br>Kansas Corp Commision<br>1500 SW Arrowhead Rd<br>Topeka KS 66604 | | | | | | | 0 |

Sheet no. __132_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,252

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,        Case No. _____
                 **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kansas Corporate Tax<br>915 SW Harrison<br>Topeka KS 66699 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Kansas Department of Revenue<br>Motor Carrier Services Bureau<br>PO Box 12003<br>Topeka KS 66612 | | | | | | | 8,779 |
| ACCOUNT NO.<br><br>Kansas Dept of Health and Enviroment<br>Storage Tank Section<br>1000 SW Jackson Ste 410<br>Topeka KS 66612 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Kansas Dept of Revenue<br>915 SW Harrison St<br>Topeka KS 66625 | | | | | | | 329,796 |
| ACCOUNT NO.<br><br>Kansas Dept of Revenue<br>Division of Prop Valuation<br>R B Docking Office Bldg<br>Topeka KS 66612 | | | | | | | 0 |

Sheet no. 133 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 338,575

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
      **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kansas Dept of Revenue <br> Division of Property Valuation <br> 915 SW Harrison Street <br> Topeka KS 66612 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Kansas Dept of Revenue <br> Division of Taxation Mineral Tax Bureau <br> 915 SW Harrison St <br> Topeka KS 66601 | | | | | | | 329,795 |
| ACCOUNT NO. <br><br> Kansas Dept of Revenue <br> Motor Fuel Tax <br> 915 SW Harrison Street <br> Topeka KS 66625 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Kansas EMP Security Fund <br> KS Dept of Revenue <br> PO Box 400 <br> Topeka KS 66601 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Kansas Employment Security Fund <br> PO Box 400 <br> Topeka KS 66601 | | | | | | | 0 |

Sheet no. __134__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     329,795

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

B6F (Official Form 6F) (12/07) - Cont.

In re    Central Kansas Crude LLC                              ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kansas Franchise Tax 915 SW Harrison Topeka KS 66699 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Kansas Gas Service PO Box 3535 Topeka KS 66601 | | | | | | | 41 |
| ACCOUNT NO. | | | | | | | |
| Kansas Geological Society 212 N Market Ste 100 Wichita KS 67203 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Kansas Manufactures Directory 1633 Central St Evanston IL 60201 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Kansas Motor Carriers ASN Association PO Box 1673 Topeka KS 66601 | | | | | | | 0 |

Sheet no. _135_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $           41

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Kansas Oil and Gas Resource Fund <br> PO Box 757 <br> Wichita KS 67201 | | | | | | | 0 |
| ACCOUNT NO. <br> Kansas Payment Center <br> PO Box 758599 <br> Topeka KS 66675 | | | | | | | 0 |
| ACCOUNT NO. <br> Kansas Secretary of State <br> Corporation Division <br> 120 SW 10th Ave Room 100 <br> Topeka KS 66612 | | | | | | | 0 |
| ACCOUNT NO. <br> Kansas Secretary of State <br> Memorial Hall 1st Floor <br> 120 SW 10th Ave <br> Topeka KS 66612 | | | | | | | 0 |
| ACCOUNT NO. <br> Kansas Turnpike Authority <br> Electronic Toll Collections <br> PO Box 780007 <br> Wichita KS 67278 | | | | | | | 0 |

Sheet no. __136_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
　　　　　**Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kanza Corp <br> PO Box 175 <br> Iuka KS 67066 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Patricia Karns <br> 7216 NE 46th Street <br> Kansas City, MO 64117 | | | | | | | 73 |
| ACCOUNT NO. <br><br> Alber H Jr. & Janet Kasishke <br> 7236 S. Birmingham Ave. <br> Tulsa, OK 74136-5509 | | | | | | | 364 |
| ACCOUNT NO. <br><br> Violet Kasselman <br> 604 N. Wilhelm Ave <br> Ellinwood, KS 67526-1335 | | | | | | | 59 |
| ACCOUNT NO. <br><br> Kaw Pipe Line Company <br> PO Box 1404 <br> McPherson KS 67460 | | | | | | | 0 |

Sheet no. __137__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                496

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u> ,      Case No. _____
    **Debtor**          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KBW Oil & Gas Company <br> 625 S. 10th <br> P.O. Box 124 <br> Kiowa, KS 67070-0124 | | | | | | | 39,326 |
| ACCOUNT NO. <br><br> Larry E. Keenan <br> P.O. box 459 <br> Great Bend, KS 67530-0459 | | | | | | | 94 |
| ACCOUNT NO. <br><br> Robert F. Keenan <br> P.O. Box 459 <br> Great Bend, KS 67530-0459 | | | | | | | 94 |
| ACCOUNT NO. <br><br> Keith Rickert Estate <br> Vickie Sue Schuckman & Connie <br> Degoering, CO-Adm <br> 1329 Oaklane Street <br> McPherson, KS 67460 | | | | | | | 575 |
| ACCOUNT NO. <br><br> Keller Tank Services II, Inc <br> 620 EE Road <br> Zurich KS 67663 | | | | | | | 0 |

Sheet no. <u>138</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

         Subtotal ➤ | $ | 40,089
         Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC_____,        Case No. _____
                          **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bruce D. Kelso P.O. Box 209 Chase, KS 67524 | | | | | | | 3,808 |
| ACCOUNT NO. Curtis D. Kelso P.O. Box 209 Chase, KS 67524 | | | | | | | 4,575 |
| ACCOUNT NO. Mike Kelso P.O. Box 209 Chase, KS 67524 | | | | | | | 201,377 |
| ACCOUNT NO. Kessler Construction | | | | | | | 64,297 |
| ACCOUNT NO. Larry Douglas Key 227 Henning Drive Camano Island, WA 98282-7339 | | | | | | | 543 |

Sheet no. __139__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    274,600

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>,          Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clara M. Belden Kilbourn<br>26818 West 69th Avenue<br>Sterling, KS 67579 | | | | | | | 60 |
| ACCOUNT NO.<br><br>Doris King<br>130 Banklick Sta Road<br>Independence, KY 41051 | | | | | | | 2 |
| ACCOUNT NO.<br><br>Kingman County Treasurer<br>130 N Spruce Street<br>Kingman KS 67068 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Kiowa Co Memorial Hospital<br>PO Box 616<br>Greensburg, KS 67054 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Kiowa Supply LLC<br>PO Box 25<br>100 S Main<br>Mullinville KS 67109 | | | | | | | 0 |

Sheet no. <u>140</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          62

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re    Central Kansas Crude LLC                                              ,        Case No. _____
                    **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Loren Kiser<br>120 State Ave #1467<br>Olympia, WA 98501 | | | Incurred: | | | | 523 |
| ACCOUNT NO.<br>Kits Manufacturing<br>10172 Bluestem Blvd<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Audrey Michaelis Klassmeyer<br>10924 W. 100th St.<br>Overland Park, KS 66214 | | | | | | | 1,946 |
| ACCOUNT NO.<br>Ralph Klaus<br>10501 E. 35th Circle South<br>Wichita, KS 67210 | | | | | | | 13,704 |
| ACCOUNT NO.<br>Elvin B. Klein<br>4901 W. 85th Street<br>Prairie Village, KS 66207-1815 | | | | | | | 207 |

Sheet no.  141  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 16,380
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re ___Central Kansas Crude LLC_____,   Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Richard E. Klepper 1248 NE 40th Road Ellinwood, KS 67526-9801 | | | | | | | 117 |
| ACCOUNT NO. William R. Klepper 208 Galvin Drive Sequin, TX 78155 | | | | | | | 143 |
| ACCOUNT NO. Lawrence A. Klepper 344 NE 130th Ave Ellinwood, KS 67526 | | | | | | | 117 |
| ACCOUNT NO. Norman Klepper 344 NE 130th Ave Ellinwood, KS 67526 | | | | | | | 130 |
| ACCOUNT NO. Marilyn Klepper 5810 4th Street Great Bend, KS 67530 | | | | | | | 73 |

Sheet no. __142__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 580

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kenneth Klepper 5810 4th Street Great Bend, KS 67530 | | | | | | | 143 |
| ACCOUNT NO. Klima Oil, Inc. P.O. Box 48 Great Bend, KS 67530-0048 | | | | | | | 116,163 |
| ACCOUNT NO. Klima Well Service, Inc. P.O. Box 48 Great Bend, KS 67530 | | | | | | | 145,240 |
| ACCOUNT NO. Scott J. or Leslie L. Klug 511 N. Maple St. Hoisington, KS 67544 | | | | | | | 1,376 |
| ACCOUNT NO. Kansas Department of Revenue KMCA PO Box 1673 Topeka KS 66601 | | | | | | | 0 |

Sheet no. 143 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 262,922

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,  Case No. _____
  **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Patsy L. Knox 3723 HWY 283 Lenora, KS 67645 | | | | | | | 62 |
| ACCOUNT NO. Norma Louise Kober 4205 Hallmont Sr. Grapevine, TX 76051-6505 | | | | | | | 120 |
| ACCOUNT NO. Linda A. Koch 6822 5th Avenue Kenosha, WI 53143 | | | | | | | 148 |
| ACCOUNT NO. Jeri Koch KS | | | | | | | 0 |
| ACCOUNT NO. Marcia D. Koeppen 201 N. Logan Attica, KS 67009 | | | | | | | 260 |

Sheet no. __144__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  590

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____ ,        Case No. _____
      **Debtor**                                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Thomas W. Kolosik <br> 4206 N. 113 Court <br> Kansas City, KS 66109 | | | | | | | 1 |
| ACCOUNT NO.  <br> Virginia McFarlane Kolter <br> 1123 Enclave SQ W <br> Houston, TX 77077-7612 | | | | | | | 73 |
| ACCOUNT NO.  <br> Roberta H. Konda <br> 217 E 113th St. Apt 16 <br> Kansas City, MO 64114-5453 | | | | | | | 147 |
| ACCOUNT NO.  <br> Donald G. & Collen Kopfman <br> 875 Petersburg <br> Hays, KS 67601 | | | | | | | 2,218 |
| ACCOUNT NO.  <br> Darrell J. Kozisek <br> 170 Neeley Road <br> Fayatteville, GA 30214 | | | | | | | 185 |

Sheet no. __145__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

     Subtotal ➤  $     2,624

     Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC _____ ,          Case No. _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ark Kramer<br>108 10th Street<br>Eneseo KS 67444 | | | | | | | 0 |
| ACCOUNT NO.<br>Bryan N. Kramer<br>1901 Patton Rd.<br>Great Bend, KS 67530 | | | | | | | 420 |
| ACCOUNT NO.<br>Paul D. Krehbiel<br>2589 SE 70th Street<br>Kingman, KS 67068 | | | | | | | 74 |
| ACCOUNT NO.<br>Tom &/or Shirley Krier<br>12001 McKee<br>Excelsior Springs, KS 64024 | | | | | | | 2,477 |
| ACCOUNT NO.<br>Darryl Krier<br>309 E. 2nd Street<br>Ellinwood, KS 67526 | | | | | | | 703 |

Sheet no. __146_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        3,674

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Roger Krier<br>P.O. Box 763<br>Great Bend, KS 67530-0763 | | | | | | | 29,284 |
| ACCOUNT NO.<br>Kroff Oil<br>PO Box 595<br>Coldwater KS 67029 | | | | | | | 0 |
| ACCOUNT NO.<br>Donald & Sanda Krug<br>710 Main<br>Russell, KS 67665 | | | | | | | 251 |
| ACCOUNT NO.<br>Richard D. Krug<br>P.O. box 587<br>Russell, KS 67665-0587 | | | | | | | 1,658 |
| ACCOUNT NO.<br>Steven H. &/or Connie K. Krug JT<br>P.O. Box 468<br>Russell, KS 67665 | | | | | | | 454 |

Sheet no. <u>147</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 31,647
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,        Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kendall L. Krugg Katrina Hess JTWROS 2203 Cantebury Drive Hays, KS 67601-2341 | | | | | | | 3,106 |
| ACCOUNT NO. | | | | | | | |
| KS Independent Oil and Gas Association 105 S Broadway #500 Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| KS Motor Carriers Assn PO Box 1673 2900 SW Topeka Blvd Topeka KS 66601 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| KS Univ Endownment Assoc P.O. Box 928 Lawrence, KS 66044 | | | | | | | 95 |
| ACCOUNT NO. | | | | | | | |
| KTs Signs by Design LLc 10510 W US Hwy 54 Pratt KS 67124 | | | | | | | 0 |

Sheet no. __148__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   3,201

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Central Kansas Crude LLC</u>,      Case No. _____
       **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Donna Jean Kuhn<br>P.O. Box 285<br>Gorham, KS 67640-0285 | | | | | | | 779 |
| ACCOUNT NO.<br>Kuhn Oil Company Inc<br>P.O. Box 129<br>Timber Lake, SD 57656 | | | | | | | 1,311 |
| ACCOUNT NO.<br>L-10 Aggri-Venture Partnership<br>1404 NE 120th Avenue<br>Claflin, KS 67525-9190 | | | | | | | 1,607 |
| ACCOUNT NO.<br>Sheila Lahmann<br>2321 SW Madrid Court<br>Blue Springs, MO 64015 | | | | | | | 375 |
| ACCOUNT NO.<br>Patricia Lake<br>2418 SW Golf View Drive<br>Topeka, KS 66614 | | | | | | | 6 |

Sheet no. <u>149</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $     4,078

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re    Central Kansas Crude LLC                                    ,          Case No. _____

         **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Larry Stephen Landers<br>7428 NW 103rd Terrace<br>Oklahoma City, OK 73162-4400 | | | | | | | 3,478 |
| ACCOUNT NO.<br><br>Rosemary Aley Landon<br>1505 Alamo Ave<br>Colorado Springs, CO 80907-7303 | | | | | | | 43 |
| ACCOUNT NO.<br><br>Palla & Kenneth Lang Sr.<br>2110 Antler Ridge<br>Garden City, KS 67846 | | | | | | | 568 |
| ACCOUNT NO.<br><br>Larned Lube and Tire<br>224 Broadway<br>Larned KS 67550 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Larry Gene & Jamee Dannebohm<br>628 N. Main<br>Ellinwood, KS 67526 | | | | | | | 364 |

Sheet no.  150  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $         4,453

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Larry Haynes as assigned to Standard Royalty Corp 4160 Burning Lane South Jacksville, FL 32223 | | | | | | | 4 |
| ACCOUNT NO. | | | | | | | |
| Larry Michaelis c/o Aleo Oil Co 5907 W. Broadway Great Bend, KS 67530 | | | | | | | 19,821 |
| ACCOUNT NO. | | | | | | | |
| Larrys Oil PO Box 537 Johnson City KS 67855 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Donna Mae & Ivan W Larson TIC 925 North County Road 13 Berthoud, KS 80513 | | | | | | | 273 |
| ACCOUNT NO. | | | | | | | |
| David B. Lawrence Jr. 13507 Alchester Lane Houston, TX 77079-7105 | | | | | | | 30 |

Sheet no. __151_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    20,128

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                      ,        Case No. _____
             **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| David Lawson 421 S 7th Street Kiowa KS | | | | | | | 10,972 |
| ACCOUNT NO. | | | | | | | |
| Lawson Products Inc 2689 Paysphere Circle Chicago IL 60674 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Marian Aley Layher 206 E. 20th St. Hays, KS 67601-3231 | | | | | | | 43 |
| ACCOUNT NO. | | | | | | | |
| Daniel W. Leavitt 685 Washington Street Whitman, MA 02382-1313 | | | | | | | 1 |
| ACCOUNT NO. | | | | | | | |
| Leblanc Living Trust DTD 6/10/06 2349 N. Stoneybrook Court Wichita, KS 67226 | | | | | | | 384 |

Sheet no. __152__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      11,400

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -*

In re _Central Kansas Crude LLC_____,  Case No. _____
  **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dan Lebovics 2021 Ocean Ave #303 Santa Monica, CA 90405-1050 | | | | | | | 273 |
| ACCOUNT NO. Jerry Leclair P.O. Box 574 Eldon, MO 65026 | | | | | | | 188 |
| ACCOUNT NO. Legacy Resources, LLC 15625 Bald Cypress Cove Edmond, OK 73013 | | | | | | | 15 |
| ACCOUNT NO. Laura Lensgraf P.O. Box 2446 Oklahoma City, OK 73101 | | | | | | | 193 |
| ACCOUNT NO. Leo Michaelis Trust Agreement 5907 W. Broadway Great Bend, KS 67530 | | | | | | | 9,477 |

Sheet no. _153_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,146

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re  Central Kansas Crude LLC                                    ,          Case No. _____
       **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ronnie L. Linda S. Leonard<br>P.O. Box 289<br>Holcomb, KS 67851 | | | | | | | 758 |
| ACCOUNT NO.<br>Marshall W. Levitt<br>14 Hougton Lane<br>Littleton, MA 0160-1978 | | | | | | | 1 |
| ACCOUNT NO.<br>Ann Scott Licholat<br>1714 Robb St. #305<br>Lakewood, CO 80215 | | | | | | | 893 |
| ACCOUNT NO.<br>Lies Exploration LLC<br>17 Stonebridge Circle<br>Wichita, KS 67230 | | | | | | | 18 |
| ACCOUNT NO.<br>Lies Ready Mix LLC<br>255 W Sherman<br>Kingman KS 67068 | | | | | | | 0 |

Sheet no.  154  of 300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          1,670

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                              ,          Case No. _____
  **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lifeline Family Medicene P A Prairie Star Family Practice Daniel J Sanchez MD PA 300 South Colorado Plainville KS 67663 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Lillian S. Baker Trust 5325 East 51st Street, Ste #115 Tulsa, OK 74135 | | | | | | | 884 |
| ACCOUNT NO. | | | | | | | |
| Beverly Holmes Lindsay 7212 S. gary Ave. Tulsa, OK 74136-5900 | | | | | | | 3 |
| ACCOUNT NO. | | | | | | | |
| Linweld Inc 1844 S Florence CT Wichita KS 67209 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Lisa Ralls Schriefer Rev Trust L & B Schreifer Rev Trust 8424 E. Tipperary Street Wichita, KS 67206-1839 | | | | | | | 3,478 |

Sheet no.  155  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $            4,365

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                          ,          Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> John P Little <br> 10514 Sw Sunflower Dr <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br> LJP Holdings LLC <br> 4168 W 12600 South #300 <br> 3rd Floor <br> Riverton UT 84096 | | | | | | | 0 |
| ACCOUNT NO. <br> Locust Grove Oil Company <br> 2169 Locust Grove Rd. <br> Hays, KS 67601 | | | | | | | 0 |
| ACCOUNT NO. <br> Herman Loeb <br> P.O. Box 524 <br> Lawrenceville, IL 62439 | | | | | | | 283 |
| ACCOUNT NO. <br> Ruth Logan <br> 105 Chestnut Road <br> Warner Robins, GA 31088-5549 | | | | | | | 108 |

Sheet no. __156__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  391

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Leslie D. And/Or Barbara Logan 211 8th Street Claflin, KS 67525 | | | | | | | 185 |
| ACCOUNT NO. Linda S Long 12980 K-177 Hwy Alta Vista, KS 66834 | | | | | | | 24 |
| ACCOUNT NO. Marlene Longnecker 214 Pioneer PL Mulvane, KS 67110-1116 | | | | | | | 260 |
| ACCOUNT NO. Loretta Tindall Test Trust Shirley Shellenberger, Trustee 6005 SW Shady Ridge Road Topeka, KS 66610-9666 | | | | | | | 91 |
| ACCOUNT NO. Lorraine George Estate JP Morgan Chase Bank, N.A. P.O. Box 99084 Fort Worth, TX 76199-0084 | | | | | | | 70 |

Sheet no. _157_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 630

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC_____ ,          Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lorranie I. Krug Rev Trust 527 W. Jewell Russell, KS 67665-8832 | | | | | | | 3,316 |
| ACCOUNT NO. | | | | | | | |
| Lost Creek Energy, LP 341 King St, STE D. Charleston, SC 29401 | | | | | | | 18 |
| ACCOUNT NO. | | | | | | | |
| Bernard W Lounsbury PO Box 369 Andover KS 67002 | | | | | | | 1,520 |
| ACCOUNT NO. | | | | | | | |
| Loves 1 Street Pratt KS 6724 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Lucas Living Trust DTD 3/21/02 22595 W. 151st Street South Kellyville,OK 74039 | | | | | | | 9 |

Sheet no. __158_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         4,863

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lucky Seven Inc<br>601 W. 93rd Street N.<br>Valley Center, KS 67147-7810 | | | | | | | 74 |
| ACCOUNT NO.<br><br>Bobby Luibbers<br>890 N Hwy 14<br>PO Box 66<br>Harper KS 67058 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Teddy G. Vickie J. Lukens<br>507 N. Cedar St.<br>Medicine Lodge, KS 67104 | | | | | | | 3,947 |
| ACCOUNT NO.<br><br>Luman Energy Corp<br>10001 W. 54 HWY<br>Pratt, KS 67124 | | | | | | | 62,186 |
| ACCOUNT NO.<br><br>Keith Lumpkins<br>P.O. Box 1304<br>Great Bend, KS 67530 | | | | | | | 517 |

Sheet no. __159__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      66,724

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re   Central Kansas Crude LLC                                    ,                  Case No. _____
                    **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dannie G. Luthi 7804  S E Gerland Hazelton, KS 67061 | | | | | | | 56 |
| ACCOUNT NO. | | | | | | | |
| Cassie Luthi 848 N. Broadview St. Wichita, KS 67208 | | | | | | | 1,781 |
| ACCOUNT NO. | | | | | | | |
| Lynde Royalty Company 15 W. 6th Street #2505 Tulsa, OK 74119 | | | | | | | 145 |
| ACCOUNT NO. | | | | | | | |
| Lyons & Lyons P.O. Box 14148 Tulsa, OK 74159 | | | | | | | 23,827 |
| ACCOUNT NO. | | | | | | | |
| Lyons Truck and Trailer Wash Inc PO Box 413 Lyons KS 67554 | | | | | | | 0 |

Sheet no.  160  of 300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  |  25,809

Total ➤  |  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
           **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> M and M Trucking <br> 260 SW 15th Ave <br> Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. <br><br> MAC Clet Electric <br> 1110 Paxanne Drive <br> PO Box 411 <br> Great Bend KS 67530 | | | | | | | 4,968 |
| ACCOUNT NO. <br><br> D. Michael Macleod <br> 9 Calle Francesca <br> Santa Margarita, CA 92688 | | | | | | | 158 |
| ACCOUNT NO. <br><br> Magdalene L. Hott Family Trust <br> P.O. Box 1203 <br> Great Bend, KS 67530-1203 | | | | | | | 40 |
| ACCOUNT NO. <br><br> Scott Magill <br> 318 SW Eyerly Ave <br> Port St. Lucie, FL 34983 | | | | | | | 170 |

Sheet no. 161 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          5,336

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                           ,        Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Larry G. & Judith E. Mans P.O. Box 341 Attica, KS 67009 | | | | | | | 8,549 |
| ACCOUNT NO. | | | | | | | |
| Melinda Manson 100309 SE 10th Ave Sawyer KS 67134 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Theodore & Paula Maple Rt, 404 E. Pawnee Ulysses, KS 67880 | | | | | | | 382 |
| ACCOUNT NO. | | | | | | | |
| Marcelene R. Proffitt Trust Marcelene R. Proffitt Trustee 4002 Jupiter Hills Drive Hutchinson, KS 67502-8075 | | | | | | | 2,942 |
| ACCOUNT NO. | | | | | | | |
| Marcella Blasi Revocable Trust Floyd & Marcella Blasi, Trustee 607 W. 10th Street Pratt, KS 67124 | | | | | | | 2 |

Sheet no.  162  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 11,875

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   Central Kansas Crude LLC                              ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary Ann Marchand<br>3939 Ellston Pl<br>Colorado Springs, CO 80907-4140 | | | | | | | 236 |
| ACCOUNT NO.<br><br>Richard R. Marchand<br>542 Schwarz Rd.<br>Lawrence, KS 66049-4225 | | | | | | | 314 |
| ACCOUNT NO.<br><br>Margaret C. Wilke Trust<br>13736 Cherokee Trail<br>Middlesburg Heights, OH 44130 | | | | | | | 1,370 |
| ACCOUNT NO.<br><br>Marian Isern Trust C<br>AMG National Trust Bank, TTE<br>P.O. Box 339<br>Boulder, CO 80306-0339 | | | | | | | 14 |
| ACCOUNT NO.<br><br>Marian Isern Trust D<br>Edward D. Jones Co. Trustee<br>P.O. Box 3480<br>Mineral MGMT. Dept<br>Omaha, NE 68103-0480 | | | | | | | 14 |

Sheet no.  163  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          1,948

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
          **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Marianne E. Boyd Trust 3/7/89 C/O Bruno Mark Financial 2881 S. Valley View Blvd #8 Las Vegas, NV 89102-0172 | | | | | | | 484 |
| ACCOUNT NO. Randy Marintzer 1621 Emmerman Road Hays, KS 67601 | | | | | | | 355 |
| ACCOUNT NO. Daryl Markel 224 S. Collingwood Pretty Prairie, KS 67570 | | | | | | | 205 |
| ACCOUNT NO. Markus Williams Young and Z 1700 Lincoln Street #4000 Denver CO 80203 | | | | | | | 0 |
| ACCOUNT NO. Edward Lee Markwell III P.O. Box 2446 Oklahoma City, OK 73101-2446 | | | | | | | 96 |

Sheet no. __164__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $       1,140

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,  Case No. _____
  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MARMAX LLC <br> 100 N. Main Ste 700 <br> Wichita, KS 67202-1384 | | | | | | | 63 |
| ACCOUNT NO. <br><br> Paula M. Marteney <br> 431 Spring Meadow Dr. <br> Moody, TX 76557 | | | | | | | 639 |
| ACCOUNT NO. <br><br> Martha Bay Black Rev Trust <br> Martha Bay Black, Trustee <br> 1655 S. Georgetown St. Apt #118 <br> Wichita, KS 67218-4120 | | | | | | | 19 |
| ACCOUNT NO. <br><br> Robert Martin <br> 100 N. Broadway St Ste #500 <br> Wichita, KS 67202-2205 | | | | | | | 175 |
| ACCOUNT NO. <br><br> Mary Dolores Collins Crum Trust <br> Mary Delores Crum Trustee <br> 6201 E. 8th Street North <br> Wichita, KS 67208-3609 | | | | | | | 96 |

Sheet no. __165__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    992

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
         **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Keith W. Mason 327 SE 100th Street Saywer, KS 67134 | | | | | | | 1,063 |
| ACCOUNT NO. | | | | | | | |
| Mastercard Box B Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Max A. McReynolds Rev Trust 10750 240th Rd Chanute, KS 66720-6450 | | | | | | | 66 |
| ACCOUNT NO. | | | | | | | |
| Rita L. Mayhew Box 3161 Estes Park, CO 80517 | | | | | | | 19 |
| ACCOUNT NO. | | | Incurred: | | | | |
| Douglas B. McCallum 191 University Blvd #839 Denver, CO 80206-4613 | | | | | | | 45 |

Sheet no.  166  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                1,193

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re  Central Kansas Crude LLC                           ,          Case No. _____
           **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| McCulliss Resources Co Inc. P.O. Box 3248 Littleton, CO 80161-3248 | | | | | | | 44 |
| ACCOUNT NO. | | | | | | | |
| McDonald Tank and Equipment Co PO Box 1265 Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Betty McFadden 803 Gilman Ave Dodge City, KS 67801-5820 | | | | | | | 84 |
| ACCOUNT NO. | | | | | | | |
| Mary Helen McFarlane 4109 Firstview Drive Austin, TX 78731-3903 | | | | | | | 86 |
| ACCOUNT NO. | | | | | | | |
| Joe R. McFarlane Jr Nix Professional Bldg #400 414 Navarro Street San Antonio, TX 78205-2516 | | | | | | | 73 |

Sheet no.  167  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 287

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MCGE Inc.<br>P.O. Box 885<br>Great Bend, KS 67530 | | | | | | | 8,484 |
| ACCOUNT NO.<br><br>Vincent D. McGuire<br>215 N. Basque<br>Fullerton, CA 92833 | | | | | | | 296 |
| ACCOUNT NO.<br><br>Colin McGuire<br>2926 Cardington Court<br>Wichita, KS 67205 | | | | | | | 598 |
| ACCOUNT NO.<br><br>Sheila McGuire<br>4430 Haskell Ave<br>Encino, CA 91436 | | | | | | | 7 |
| ACCOUNT NO.<br><br>Aaron D. McGuire<br>4862 Hamer Dr.<br>Placentia, CA 92870 | | | | | | | 208 |

Sheet no. __168__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 9,593

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,      Case No. _____
      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Michael John McGuire<br>9682 SE Pleasant Hill Rd.<br>Sharon, KS 67138 | | | | | | | 260 |
| ACCOUNT NO.<br>Ruth A. McGuire<br>C/O Sharon McGuire Buske<br>13765 Woodlawn Rd.<br>Byhalia, MS 38611 | | | | | | | 52 |
| ACCOUNT NO.<br>McJunkinred Man<br>PO Box 676316<br>Dallas TX 75267 | | | | | | | 5,090 |
| ACCOUNT NO.<br>McKee Generation Skip Trust<br>5051 Lincoln #9-H<br>Wichita, KS 67218 | | | | | | | 47 |
| ACCOUNT NO.<br>Ted B. McKinley | | | | | | | 39 |

Sheet no. __169__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                          Subtotal ➤ | $ | 5,488

                                          Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,     Case No. _____
      **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David E. Or Peggy A. McMillon<br>South Highway 281<br>Hoisington, KS 67544 | | | | | | | 1,376 |
| ACCOUNT NO.<br>McNeil Energy Holdings LLC<br>2508 N. Rosemont Street<br>Wichita, KS 67228 | | | | | | | 7 |
| ACCOUNT NO.<br>Mead Lumber<br>PO Box 1007<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Mead Rental Center<br>1502 East First<br>PO Box 1007<br>Pratt KS 67124 | | | | | | | 21 |
| ACCOUNT NO.<br>Charles G. Meckfessel<br>Living Trust % Meckfessel<br>3763 #. 48th St.<br>Tulsa, OK 74135-1930 | | | | | | | 1,765 |

Sheet no. __170_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            3,169

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____
      **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Medicene Lodge Chamber of Comm Oil and Gas Tourney Sponsorship Box 274 Medicene Lodge KS 67104 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Stephanie A. Meis 9722 Adelaide Ct. Highlands Ranch, CO 80130 | | | | | | | 393 |
| ACCOUNT NO. | | | | | | | |
| Melvin O. Nuss Trust 1 Mor R Nuss, J Adams Co. TRTTEE P.O. Box 2080 Great Bend, KS 67530-2080 | | | | | | | 40 |
| ACCOUNT NO. | | | | | | | |
| Cleta M. Menard C/O Anita Tiesher 14192 Fennsberry Dr. Tampa, FL 33627 | | | | | | | 24 |
| ACCOUNT NO. | | | | | | | |
| Loretta Mentlick 1100 Terrace Drive Colby, KS 67701 | | | | | | | 11 |

Sheet no. <u>171</u> of <u>300</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      468

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Chris Merriman 704 Countrywood Drive Franklin, TN 37064 | | | | | | | 1 |
| ACCOUNT NO. Nancy Hardy Merry P.O. Box 29855 Bellingham, WA 98228 | | | | | | | 416 |
| ACCOUNT NO. Lynden M. Messenger 14600 SE 70th Ave Zenda, KS 67159 | | | | | | | 1,703 |
| ACCOUNT NO. Messenger Petroleum 525 S. Main Kingman, KS 67068 | | | | | | | 250,052 |
| ACCOUNT NO. Messenger Ranch Inc C/O WC Messenger P.O. Bpx 449 Westcliffe, CO 81252 | | | | | | | 745 |

Sheet no. __172__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    252,917

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                              ,        Case No. _____
                  **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> R D Messinger <br> 12100 E. 29th Street North <br> Wichita, KS 67226 | | | | | | | 4,199 |
| ACCOUNT NO. <br><br> Marilyn L. Messinger <br> 12100 East 29th Street North <br> Wichita, KS 67226 | | | | | | | 522 |
| ACCOUNT NO. <br><br> Metal Edge <br> 806 S Pearl <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Metco Inc <br> 305 S 102nd Street <br> Enid OK 73701 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Metrosoft LLC <br> 71559 S 230 Rd <br> Wagner OK 74467 | | | | | | | 0 |

Sheet no. _173_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 4,721

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____

        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Meyer Living Trust DTD 6/4/93 1710 N. 3rd Garden City, KS 67846 | | | | | | | 121 |
| ACCOUNT NO. | | | | | | | |
| Michael Savage Credit Shelter Martha Savage & Jean Atkins TR 2858 Trelaway Dr. Clarkville, TN 37043 | | | | | | | 12 |
| ACCOUNT NO. | | | | | | | |
| Corry Michaelis 1111 Loula Olathe, KS 66214 | | | | | | | 1,946 |
| ACCOUNT NO. | | | | | | | |
| Larry Michaelis 1309 E. 47th Street Texarkana, AR 71854 | | | | | | | 4,509 |
| ACCOUNT NO. | | | | | | | |
| Michael D. Michaelis 1601 E. Maine Enid, OK 73701 | | | | | | | 552 |

Sheet no. <u>174</u> of <u>300</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $     7,140

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alma Michaelis<br>18740 Michaelis Road<br>Russell, KS 67665-8830 | | | | | | | 76 |
| ACCOUNT NO.<br><br>Tonya Michaelis<br>212 Hoisington Street<br>Susank, KS 67580 | | | | | | | 971 |
| ACCOUNT NO.<br><br>Kevin Michaelis<br>255 W. 3rd Street<br>Hoisington, KS 67544 | | | | | | | 1,946 |
| ACCOUNT NO.<br><br>Arnold C. & Amelia G. Michaelis<br>3799 183rd St.<br>Russell, KS 67665-8712 | | | | | | | 1,982 |
| ACCOUNT NO.<br><br>Arnold Michaelis<br>3799 183rd St.<br>Russell, KS 67665-8712 | | | | | | | 844 |

Sheet no. __175__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      5,819

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re Central Kansas Crude LLC                                    ,          Case No. _____
                  **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brenda Michaelis<br>407 E. 12th St.<br>Grand Island, NE 68801-3825 | | | | | | | 19 |
| ACCOUNT NO.<br><br>Dennis J. Michaelis<br>445 Silver Bluff Road<br>Aiken, SC 29803-7889 | | | | | | | 319 |
| ACCOUNT NO.<br><br>Dorothy Michaelis<br>5241 Ridgegate Way<br>Fair Oaks, CA 95268-3648 | | | | | | | 234 |
| ACCOUNT NO.<br><br>Reatha Michaelis<br>5907 W. Broadway<br>Great Bend, KS 67530 | | | | | | | 1,121 |
| ACCOUNT NO.<br><br>Rusty Michaelis<br>7205 Shadow Brook<br>Texarkanna, TX 75503 | | | | | | | 1,946 |

Sheet no. __176__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,639
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Central Kansas Crude LLC_____,     Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ricky Michaelis <br> P.O. Box 182 <br> Genoa, AR 71840 | | | | | | | 1,946 |
| ACCOUNT NO. <br><br> Dwane Michaelis <br> P.O. Box 184 <br> Quinlan, TX 75474 | | | | | | | 316 |
| ACCOUNT NO. <br><br> Mid American Financial Inc <br> 9434 Old katy Road Ste 210 <br> Houston, TX 77055 | | | | | | | 24 |
| ACCOUNT NO. <br><br> Mid Continent LP Service Inc <br> PO Box 369 <br> Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Mid West Oilfield Service LLC <br> PO Box 150 <br> Medicene Lodge KS 67104 | | | | | | | 0 |

Sheet no. __177_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　　2,286

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,  Case No. _____
    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Midco Exploration Inc. 414 Plaza Drive Suite 204 Westmont, IL 60559-1265 | | | | | | | 4,147 |
| ACCOUNT NO. | | | | | | | |
| Midco Kansas Ventrure 11-79 414 Plaza Drive Suite 204 Westmont, IL 60559-1265 | | | | | | | 8,841 |
| ACCOUNT NO. | | | | | | | |
| Midwest Energy Inc PO Box 898 Hays KS 67601 | | | | | | | 136 |
| ACCOUNT NO. | | | | | | | |
| Marlene K. Mighell P.O. Box 406 Russell, KS 67665-0406 | | | | | | | 5,638 |
| ACCOUNT NO. | | | | | | | |
| Mikes Service and Alignment 412 N Fowler Ave Medicene Lodge KS 67104 | | | | | | | 91 |

Sheet no. __178__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     18,853

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                              ,     Case No. _____
             **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mildred F. Yoder Trustee<br>900 S. Pleasant Ridge Rd<br>Bloomington. IN 47401-4236 | | | | | | | 76 |
| ACCOUNT NO.<br>Max R. Miller<br>2011 Fleming Street<br>Garden City, KS 67846 | | | | | | | 238 |
| ACCOUNT NO.<br>Ann Miller<br>Bristow Road<br>Independence, KY 41051 | | | | | | | 2 |
| ACCOUNT NO.<br>Robert M. Miller<br>P.O. Box 217<br>Ellinwood, KS 67526-0217 | | | | | | | 86 |
| ACCOUNT NO.<br>Loretta Kay Miller<br>RR #3, Box 82B<br>Great Bend, KS 67530 | | | | | | | 918 |

Sheet no. 179 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 1,320

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                   ,          Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Miriam Zela Trust Celeste Grynberg Trustee 303 17th Ave Suite 600 Denver, CO 80203 | | | | | | | 59,533 |
| ACCOUNT NO. | | | | | | | |
| Misco Industries, Inc c/o Mid America Coach 8809 E. 350 Raytown, MO 64133-5621 | | | | | | | 90 |
| ACCOUNT NO. | | | | | | | |
| Tammy Mitchell 1066 N. Ash Russell, KS 67665 | | | | | | | 290 |
| ACCOUNT NO. | | | | | | | |
| MKJ Oil Company LLC Kenneth Bergman 57 NW 80 Road Harper, KS 67058 | | | | | | | 25,994 |
| ACCOUNT NO. | | | | | | | |
| Mobile Oil Corporation P.O. Box 951082 Dallas, TX 75395 | | | | | | | 7,490 |

Sheet no. _180_ of _300_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 93,397

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
            **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Moeder Oil Co Inc <br> PO Box 653 <br> Great Bend KS 67530 | | | | | | | 19,983 |
| ACCOUNT NO. <br><br> Susan C. Dumler Moffatt <br> 5059 Donovan Drive <br> Alexandria, VA 22304-7759 | | | | | | | 9 |
| ACCOUNT NO. <br><br> Molz Oil Company <br> 19159 SW Clairmont <br> Kiowa, KS 67070 | | | | | | | 505,182 |
| ACCOUNT NO. <br><br> Monica M. Hendricks Living Trust <br> RL & M Hendricks CO Trustee <br> 4654 SE Catalpa Road <br> Sharon, KS 67138 | | | | | | | 2,242 |
| ACCOUNT NO. <br><br> Montgomery Petroleum, Inc. <br> P.O. Box 600490 <br> Dallas, TX 75360-0490 | | | | | | | 1 |

Sheet no. __181__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     527,417

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____,          Case No. _____
          **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Elam P. Moomau DBA Gubi Enterprises 411 N. 6th Street #2703 Emery, SD 57332 | | | | | | | 496 |
| ACCOUNT NO. | | | | | | | |
| Moorhous Inc DBA Moorhous Irrigation and Trenching 200 Wyoming Street Culberston NE 69024 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Morenergy Exploration Co 410 17th Street Suite 1150 Denver,CO 80202-4414 | | | | | | | 41 |
| ACCOUNT NO. | | | | | | | |
| Morgan Diesel Inc Box 405 Chase KS 67524 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Morganstern Family Equities P.O. Box 168 Russell, KS 67665 | | | | | | | 703 |

Sheet no.  182  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,240

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re __Central Kansas Crude LLC_____,      Case No. _____
              **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Donald Morgenstern 1274 ME 20th Ave Hoisington, KS 67544 | | | | | | | 3,001 |
| ACCOUNT NO. Todd Morgenstern 8 North Main St. Ellinwood, KS 67526 | | | | | | | 703 |
| ACCOUNT NO. Shirly B. Jones Moyer 5260 Hiddencrest Ct. Concord, CA 94521-5449 | | | | | | | 11 |
| ACCOUNT NO. Ruth M. Moyer P.O. Box 104 Lorraine, KS 67459-0104 | | | | | | | 417 |
| ACCOUNT NO. Elma Muir | | | | | | | 219 |

Sheet no. __183_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      4,351

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC_____ ,        Case No. _____
          **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Louis Arlene Mullins P.O. Box 303 Keyes, OK 73947-0303 | | | | | | | 17 |
| ACCOUNT NO. | | | | | | | |
| Cynthia Kiser Murphey 1871 Columbia Crest Ct Las Vegas, NV 89117-8903 | | | | | | | 237 |
| ACCOUNT NO. | | | | | | | |
| F. Michael Murphy 31219 Whistler Ct. Evergreen, CO 80439-9447 | | | | | | | 15 |
| ACCOUNT NO. | | | | | | | |
| Bill Myers 1011 E. Prescott Rd Salina, KS 67401 | | | | | | | 86 |
| ACCOUNT NO. | | | | | | | |
| Tom Myers 17430 Olive Tree Circle Yorba Linda, CA 92886 | | | | | | | 86 |

Sheet no. __184__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $         441

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Charles Myers 5239 House Drive Shawnee Mission, KS 66205 | | | | | | | 86 |
| ACCOUNT NO. Myers Oilfield Trucking LLC 820 NW 90th Ave Attica KS 67009 | | | | | | | 0 |
| ACCOUNT NO. Linda Myrick 331 Rio Tinto Drive El Paso, TX 79912-3007 | | | | | | | 173 |
| ACCOUNT NO. Rita Hain Naab 12751 Jewell Rd. Spearville, KS 67876-8738 | | | | | | | 441 |
| ACCOUNT NO. Page Putnam Nabors 2501 Woodstone Ct Flower Mound, TX 75022-8032 | | | | | | | 0 |

Sheet no. __185__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   700

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____ ,     Case No. _____

      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jerry Nash<br>P.O. box 8747<br>Pratt, KS 67124 | | | | | | | 1,024 |
| ACCOUNT NO.<br>Dwane E. Nation<br>P.O. Box 285<br>Fort Morgan, CO 80701 | | | | | | | 178 |
| ACCOUNT NO.<br>National Geological Services<br>7922 S. Buchanan Way<br>Aurora, CO 80016 | | | | | | | 1,317 |
| ACCOUNT NO.<br>Rick Navarro<br>1124 N Amidon Ave<br>Wichita KS 67203 | | | | | | | 0 |
| ACCOUNT NO.<br>Paula Wood Neal<br>3853 S. Florence Place<br>Tulsa, OK 74105 | | | | | | | 74 |

Sheet no. 186 of 300 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 2,593

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>                    ,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Nebraska Department of Revenue PO Box 91818 Lincoln NE 68509 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Daine K. Nemnich 513 W. 6th Street Ellinwood, KS 67526-1318 | | | | | | | 117 |
| ACCOUNT NO. | | | | | | | |
| Randall & Christine Nevil 4050 Cedar Lake Road Goddard, KS 67052-9245 | | | | | | | 5,502 |
| ACCOUNT NO. | | | | | | | |
| Randy & Rebecca S. Newberry P.O. Box 195 Attica, KS 67009 | | | | | | | 12,041 |
| ACCOUNT NO. | | | | | | | |
| Donald Newman 11698 Country Road H. Perryton, TX 79070 | | | | | | | 7 |

Sheet no. <u>187</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 17,667

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____ ,  Case No. _____

      **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Newsberry Family Auto <br> 890 N Hwy 14 <br> PO Box 66 <br> Harper KS 67058 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Nexan Marketing USA Inc. <br> 801 7 Ave SW <br> Calgary Alberta <br> Canada <br> T2P 3P7 | | | Incurred: 2008 <br> Crude Oil Purchase Contracts | | | | 3,448,498 |
| ACCOUNT NO. <br><br> Nicholas Service Inc <br> P.O. box 115 <br> Zenda, KS 67159 | | | | | | | 48,253 |
| ACCOUNT NO. <br><br> Celia G. Nicholson <br> 3705 Country Lane <br> Hays, KS 67601-1524 | | | | | | | 26 |
| ACCOUNT NO. <br><br> Steven L. Niedens <br> 4105 N. Garfield Ave Lot #22 <br> Loveland, CO 80538-8404 | | | | | | | 19 |

Sheet no. 188 of 300 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 3,496,796

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>, Case No. _____

        **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marjorie M. Night<br>23836 SE 47th Place<br>Issaquah, WA 98029 | | | | | | | 148 |
| ACCOUNT NO.<br><br>Ninnescah Rural Electric<br>PO Box 967<br>Pratt KS 67124 | | | | | | | 238 |
| ACCOUNT NO.<br><br>Marcia Kay Noel<br>3742 Mae Ct.<br>P.O. Box 782<br>Wellington, CO 80549-0782 | | | | | | | 78 |
| ACCOUNT NO.<br><br>Norma Briggman Trust - TRSTEE<br>825 W. 5th<br>Pratt, KS 67124 | | | | | | | 1,084 |
| ACCOUNT NO.<br><br>Norman E. Wood Trust<br>C/O Darrell Wood<br>Rt 1 Box 120<br>Lewis, KS 67552 | | | | | | | 1,223 |

Sheet no. <u>189</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      2,771

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
       **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Norman Haws ABF LLC <br> PO Box 470164 <br> Tulsa OK 74147 | | | | | | | 0 |
| ACCOUNT NO. <br> Craig James Norris <br> 4805 W. 149th Street <br> Leawood, KS 66224 | | | | | | | 62 |
| ACCOUNT NO. <br> Northcutt Inc <br> PO Box 4278 <br> Wichita KS 67204 | | | | | | | 0 |
| ACCOUNT NO. <br> Northeast Fire Safety <br> PO Box 935 <br> Ft Morgan CO 80701 | | | | | | | 0 |
| ACCOUNT NO. <br> Northglenn, LTD <br> P.O. Box 1005 <br> Great Bend, KS 67530 | | | | | | | 12,216 |

Sheet no. __190__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 12,278

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                         ,        Case No. _____
        **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kenneth A. Norton<br>P.O. Box 572<br>Hays, KS 67601 | | | | | | | 45,608 |
| ACCOUNT NO. | | | | | | | |
| Debra L. Nossaman<br>3212 Brookridge Road<br>Chickasha, OK 73018 | | | | | | | 213 |
| ACCOUNT NO. | | | | | | | |
| Leann Novaria<br>7227 W. Canaberra St. Dr.<br>Greeley, CO 80634-9799 | | | | | | | 6 |
| ACCOUNT NO. | | | | | | | |
| Nuss Live Trust DTD 4/17/97<br>Eugene A. Velda M. Nuss TTEES<br>933 E. 1st Street<br>Russell, KS 6765 | | | | | | | 1,898 |
| ACCOUNT NO. | | | | | | | |
| Ruby J. O'Dell<br>206 SE 50th Ave<br>St. John, KS 67576-9723 | | | | | | | 890 |

Sheet no. __191__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $     48,615

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____ ,        Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Oberle Sand and Gravel 941 E Hwy 4 Claflin KS 67525 | | | | | | | 0 |
| ACCOUNT NO. Lavern Oetken 1116 NW 10 Road Great Bend, KS 67530 | | | | | | | 789 |
| ACCOUNT NO. Janet E. Offutt 812 N. Bell Beloit, KS 67420 | | | | | | | 47 |
| ACCOUNT NO. OK Oilfield Directory 112 S Hwy 99 Cushing OK 74023 | | | | | | | 0 |
| ACCOUNT NO. Oklahoma Tax Commission Audit Division Energy Resources Revolving Fund PO Box 269056 Oklahoma City OK 73126 | | | | | | | 4,183 |

Sheet no. _192_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          5,019

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC_____ ,        Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Oklahoma Tax Commission<br>Audit Division Marginal<br>PO Box 269056<br>Oklahoma City OK 73126 | | | | | | | 101 |
| ACCOUNT NO.<br><br>Oklahoma Tax Commission<br>Gross Production Section<br>PO Box 26740<br>Oklahoma OK 73126 | | | | | | | 296,818 |
| ACCOUNT NO.<br><br>Theresa M. Oldham<br>35600 N. 183rd<br>Leavenworth, KS 66048 | | | | | | | 756 |
| ACCOUNT NO.<br><br>Edwin W. Olsen<br>1070 E. Wichita Ave #22<br>Russell, KS 67665-2622 | | | | | | | 207 |
| ACCOUNT NO.<br><br>One Stop<br>17556 Saunders Road Ste 2<br>Fort Morgan CO 80701 | | | | | | | 0 |

Sheet no. __193__ of __300__ continuation sheets attached          Subtotal ➤ | $ | 297,882
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                 Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Central Kansas Crude LLC                          ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Onstar Subscription Center PO Box 77000 Detroit MI 48277 | | | | | | | 0 |
| ACCOUNT NO. Original Blue Book PO Box 456 Wichita KS 67201 | | | | | | | 0 |
| ACCOUNT NO. Orscheln Farm and Home 1601 E. 1st Street Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Otto & Rosie Niedens Rev Trust Gerald & Doyle Niedens Trustee 14002 E. State Rt 2 Harrisonville, MO 64701-8354 | | | | | | | 59 |
| ACCOUNT NO. Otto C Von Lintel Revocable Trust 117 E. 16th Street Hays, KS 67601-3634 | | | | | | | 12,520 |

Sheet no. _194_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 12,579

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Central Kansas Crude LLC</u>,     Case No. _____
    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Outlaw Tank Service Inc. <br> 301 Wieland <br> Ellinwood, KS 67526 | | | | | | | 1,510 |
| ACCOUNT NO. <br><br> Owen McQuade Trust DTD 9/29/06 <br> Owen & Edith M McQuade, Trustee <br> 640 E. Sunset Ave <br> Russell, KS 67665-3128 | | | | | | | 86 |
| ACCOUNT NO. <br><br> OXY USA Inc. <br> Mid Continent Region <br> P.O. Box 841698 <br> Dallas, TX 75284-1698 | | | | | | | 1,599 |
| ACCOUNT NO. <br><br> P and S Electric <br> PO Box 1757 <br> Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> P S I Software <br> PO Box 3843 <br> Wichita Ks 67201 | | | | | | | 0 |

Sheet no. <u>195</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal ►   $       3,195

                               Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,   Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Carol Page<br>P.O. Box 72<br>Bloomingdale, MI 49026-0072 | | | | | | | 24 |
| ACCOUNT NO.<br><br>Palla Lang or Maurine Huber<br>2110 Antler<br>Garden City, KS 67846 | | | | | | | 379 |
| ACCOUNT NO.<br><br>Panhandle Meter Service Inc<br>PO Box 1444<br>Pampa TX 79065 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Marlene A. Panning<br>152 SW 50th Road<br>Great Bend, KS 67530 | | | | | | | 44 |
| ACCOUNT NO.<br><br>Maryann Papke<br>1400 N. Homestead<br>Wichita, KS 67208 | | | | | | | 2,544 |

Sheet no. __196__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　2,991

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Park Hills Golf and Supper Club<br>PO Box 10424<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Roy E. Parrish Jr.<br>P.O. Box 396<br>Chickamauga, CA 30707-0396 | | | | | | | 1,059 |
| ACCOUNT NO.<br>Paso Junction<br>1900 East First<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Patricia A Camp Rev Trust<br>Patricia & Rowan Camp Trustees<br>18514 Lincoln Blvd<br>Russell, KS 67665-8884 | | | | | | | 2,093 |
| ACCOUNT NO.<br>Patrick G. Sullivan Rev Trust<br>7713 E. 109th South<br>Tulsa, OK 74133 | | | | | | | 26 |

Sheet no. __197__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 　3,178

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Andrew &/or Marjorie Patterson <br> P.O. Box 1055 <br> Laquinta, CA 92247 | | | | | | | 3,319 |
| ACCOUNT NO. <br> Paul M Young Living Trust <br> 2121 Meadowlark Road, Apt 235 <br> Manhattan, KS 66502-7503 | | | | | | | 493 |
| ACCOUNT NO. <br> Paul's Oilfield Service Inc <br> P.O. Box 1773 <br> Great Bend, KS 67530 | | | | | | | 1,576 |
| ACCOUNT NO. <br> Elaine Paulson <br> 919 E. Claflin Avenue <br> Salina, KS 67401-6320 | | | | | | | 19 |
| ACCOUNT NO. <br> PCS Unlimited LLC <br> 210 S Main Street <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. __198__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      5,407

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u> ,          Case No. _____
             **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Loren J. Or Liana D. Pearson<br>1107 Oakmont<br>Hays, KS 67601 | | | | | | | 1,376 |
| ACCOUNT NO.<br>The Peoples Bank<br>222 S Main<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Pepco Inc.<br>Don Pierini<br>3981 S. Birch Street<br>Englewood, CO 80113 | | | | | | | 72 |
| ACCOUNT NO.<br>Betty Jean Percy<br>421 S. 18th<br>Clinton, OK 73601 | | | | | | | 74 |
| ACCOUNT NO.<br>Karen Jean Perry-Hayes<br>304 Point Drive<br>Great Bend, KS 67530 | | | | | | | 4,955 |

Sheet no. <u>199</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,477

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,        Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Linda Lawrence Perschall <br> 435 Fairway Drive <br> New Orleans, LA 70124 | | | | | | | 30 |
| ACCOUNT NO. <br><br> Susan Pershing <br> 5372 South Cat Claw Drive <br> Gold Crown, AZ 85219-7182 | | | | | | | 416 |
| ACCOUNT NO. <br><br> Personal Concepts <br> 2865 Metropolitan Place <br> Pomona CA 91767 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Personal Touch Consulting LLC <br> 1064 B. Helman Drive #2319 <br> Gardenville, NV 89410 | | | | | | | 182 |
| ACCOUNT NO. <br><br> Peterbilt of Great Bend <br> PO Box 1286 <br> Great Bend KS 67530 | | | | | | | 0 |

Sheet no. __200__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          628

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,     Case No. _____
            **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Arlen R. Peterson 133 Phesant Rd. Waterville, KS 66548-9090 | | | | | | | 4 |
| ACCOUNT NO. Petroleum Growth Fund - 2003 LTD P.O. box 2677 Abilene, TX 79604 | | | | | | | 68 |
| ACCOUNT NO. Petroleum Investments LLC Dan A Nixon Manager 207 W. 12th Street Hays, KS 67601-3810 | | | | | | | 790 |
| ACCOUNT NO. Anna Pfenninger P.O. Box 1301 Kennesaw, GA 30156-8301 | | | | | | | 446 |
| ACCOUNT NO. Phil Wagner Truck Service PO Box 768 Great Bend KS 67530 | | | | | | | 0 |

Sheet no.  201  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,308

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC_____,       Case No. _____
              **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Philip R. Stonestreet Family Trust<br>Kreg & Kent P Stonestreet, Trustee<br>14632 Grant<br>Overland Park, KS 66222 | | | | | | | 148 |
| ACCOUNT NO.<br>James B. Phillips<br>1601 N. Sagebrush<br>Wichita, KS 67230 | | | | | | | 330 |
| ACCOUNT NO.<br>Marni Phillips<br>P.O. box 2446<br>Oklahoma City, OK 73101 | | | | | | | 193 |
| ACCOUNT NO.<br>Phillips Breckinridge Rev Trust<br>Patricia Breckinridge, Trustee<br>14632 Grant<br>Overland Park, KS 66222 | | | | | | | 148 |
| ACCOUNT NO.<br>T Ray Phillips IV<br>P.O. Box 2446<br>Oklahoma City, OK 73101 | | | | | | | 193 |

Sheet no. __202_ of _300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     1,012

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                            ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> William T. Philo <br> Betty Jean Philo <br> 708 Sunny Ln <br> Corsicana, TX 75110-1149 | | | | | | | 45 |
| ACCOUNT NO. <br> Phils Repair <br> 201 S Jennings <br> Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. <br> Pikepass Customer Service Center <br> 4401 W Memorial Rd #130 <br> Oklahoma City OK 73134 | | | | | | | 0 |
| ACCOUNT NO. <br> Pioneer Resources <br> 177 W. Limestone Rd. <br> Philliosburg, KS 67661 | | | Consideration: | | | | 0 |
| ACCOUNT NO. <br> Pioneer Tank and Steel Inc <br> PO Box 866 <br> Airport Industrial Park <br> Pratt KS 67124 | | | | | | | 437 |

Sheet no. __203__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                482

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,  Case No. _____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lavone Pirner <br> 535 S.Emerson Street <br> Wichita, KS 67209-2161 | | | | | | | 4,659 |
| ACCOUNT NO. <br><br> Pizza Hut <br> 1228 E. 1st Street <br> Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Jenna Polok <br> East 54 Hwy <br> Pratt Ks 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Doris M. Poltera Rev Trust <br> 504 Coronado Dr. <br> Hutchinson, KS 67502 | | | | | | | 379 |
| ACCOUNT NO. <br><br> Duane F. & Patricia A. Polzin <br> 620 N. Center <br> Hoisington, KS 67544 | | | | | | | 2,752 |

Sheet no. __204_ of _300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       7,790

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re <u>Central Kansas Crude LLC</u>,     Case No. _____

        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Duane H. & Cheryl Popp <br> 1204 Park <br> Hoisington, KS 68544 | | | | | | | 270 |
| **ACCOUNT NO.** <br> Pops LLC <br> 225 N. Market Suite #300 <br> Wichita, KS 67202 | | | | | | | 372 |
| **ACCOUNT NO.** <br> Port Inc. <br> Attn: W D Porter <br> 15 Lovegrass Lane <br> Austin, TX 78745 | | | | | | | 74 |
| **ACCOUNT NO.** <br> Nellie Porter <br> 9204 W. Caribou Road <br> Pocatello, ID 83204 | | | | | | | 57 |
| **ACCOUNT NO.** <br> Post Master <br> KS | | | | | | | 0 |

Sheet no. <u>205</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      773

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Post Office 202 E. 3rd Street Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Kenneth W Poston PO Box 214 Anthony KS 67003 | | | | | | | 0 |
| ACCOUNT NO. Powell G. McGuire Trust #1 1904 Maple Alva, OK 73717 | | | | | | | 416 |
| ACCOUNT NO. S P Powers | | | | | | | 8 |
| ACCOUNT NO. Joanee R. Collins Powers P.O. Box 9855 Rancho Sante Fe, CA 92067-4855 | | | | | | | 117 |

Sheet no. __206_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  541

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC_____,        Case No. _____
                      **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Prairie Land Electric Coop <br> PO Box 360 <br> Norton KS 67654 | | | | | | | 38 |
| ACCOUNT NO. <br><br> Prairie Skies LLC <br> 8329 Sandowne Lane <br> Huntersville, NC 28078-5603 | | | | | | | 619 |
| ACCOUNT NO. <br><br> Prairie Vista LLC <br> 10378 N. 281 HWY <br> Pratt, KS 67124 | | | | | | | 1,076 |
| ACCOUNT NO. <br><br> Pratt After Prom Frog Bash <br> PO Box 42 <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Pratt Air Inc <br> PO Box 432 <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. __207__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,733

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____ ,   Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pratt Airport Authority<br>PO Box 867<br>Pratt KS 6724 | | | | | | | 349 |
| ACCOUNT NO.<br>Pratt Area Oil and Gas<br>c o Pratt Well Service Inc<br>PO Box 847<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Pratt Auto and Equipment Inc<br>1115 E 1st Street<br>PO Box 455<br>Pratt Ks 67124 | | | | | | | 226 |
| ACCOUNT NO.<br>Pratt Baseball<br>10510 W Hwy 54<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br>Pratt Community College<br>348 NE SR 61<br>Pratt KS 67124 | | | | | | | 60 |

Sheet no. __208__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   635

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
                 **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pratt County Fair Assc 824 W. 1st St. Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt County Health Dept 712 S Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt County Humane Society 1402 W 1st Street Pratt Ks 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt County Landfill 619 S Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt County Register of Deeds Courthouse Pratt Ks 67124 | | | | | | | 0 |

Sheet no. __209__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,          Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pratt County Sheriff Law Enforcement Publication 2348 W A J Hwy 173 Morristown TN 37814 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt County Treasurer PO Box 905 Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt Glass 210 S Jackson Pratt Ks 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt Internal Medicene Group 420 Country Club Road Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pratt Oilfield Services Inc PO Box 36 Spivey KS 67142 | | | | | | | 475 |

Sheet no. __210_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 475

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____

        **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pratt Recreation Department <br> PO Box 807 <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Pratt Regional Medical Center <br> Patient Accounts <br> 200 Commodore <br> Pratt KS 67124 | | | | | | | 60 |
| ACCOUNT NO. <br><br> Pratt Tribune <br> 320 S Main St <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Pratt Well Service, Inc. <br> P.O. Box 847 <br> Pratt, KS 67124 | | | | | | | 64,653 |
| ACCOUNT NO. <br><br> Larry Preisser <br> 105 SE 130th Avenue <br> Cunningham, KS 67038 | | | | | | | 529 |

Sheet no. <u>211</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $     65,242

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Prime Time 823 N Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Pro Window Cleaning Inc 212 Garfield Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Process Agent Service Co Inc PO Box 1065 Sioux Falls SD 57101 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Professional Secretarial Secretarial Services Inc PO Box 427 Pratt Ks 67124 | | | | | | | 6,079 |
| ACCOUNT NO. | | | | | | | |
| Professional Software Inc PO Box 3843 Wichita KS 67201 | | | | | | | 0 |

Sheet no. _212_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                6,079

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,  Case No. _____
       **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Proffitt Farms Inc. <br> 1135 S. Douglas Ave <br> Lyons, KS 67554-3701 | | | | | | | 164 |
| ACCOUNT NO. <br><br> Proffitt Link LLC <br> 13819 Hardy Street <br> Overland Park, KS 66223-1139 | | | | | | | 376 |
| ACCOUNT NO. <br><br> Norman Jane Teague Pryon <br> 9332 Stratford Way <br> Dallas, TX 75220 | | | | | | | 9 |
| ACCOUNT NO. <br><br> Adele C. Pulliam <br> 1823 N. Rutland St. <br> Wichita, KS 67206-1016 | | | | | | | 267 |
| ACCOUNT NO. <br><br> Thomas J. Purgason MD <br> 3600 Matlock Road #100 <br> Arlington, TX 76015 | | | | | | | 9 |

Sheet no. _213_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $       825

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,    Case No. _____
   **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Brian C. Putnam <br> 2816 Weston Drive <br> Denton, TX 76209-4862 | | | | | | | 71 |
| ACCOUNT NO. <br> Earl Tom Pyle <br> 212 Old Grande Blvd, Ste C100 <br> Tyler, TX 75703 | | | | | | | 49,047 |
| ACCOUNT NO. <br> Pyle Petroleum <br> 212 Old Grand Blvd <br> Tyler, TX 75703 | | | Consideration: | | | | 0 |
| ACCOUNT NO. <br> Quadem Company <br> 17430 Olive Tree Circle <br> Yorba Linda, CA 92886 | | | | | | | 4,128 |
| ACCOUNT NO. <br> Quint Retail and Wholesale Liquor <br> 501 E 1st <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. __214__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   53,246

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                        ,          Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> R & B (Jett Oil) Lerado <br> P.O. Box 195 <br> Attica, KS 67009 | | | | | | | 0 |
| ACCOUNT NO. <br><br> R & B Oil & Gas Inc. <br> Lerado Field Revenue Account <br> P.O. Box 195 <br> Attica, KS 67009 | | | | | | | 998,145 |
| ACCOUNT NO. <br><br> Ethan B. Rabe <br> 818 E. 4th <br> Kinsley, KS 67547 | | | | | | | 217 |
| ACCOUNT NO. <br><br> Rachel Susan Trust <br> 303 17th Ave, Ste #600 <br> Denver, CO 80203 | | | | | | | 59,534 |
| ACCOUNT NO. <br><br> Cynthia J. Rainbolt <br> P.O. Box 30113 <br> Flagstaff, AZ 86003-0113 | | | | | | | 256 |

Sheet no. _215_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,058,152

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC _____ ,          Case No. _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ralph B. Thomas Rev Trust Ralph B. Thomas Trustee 7520 E. 10th Circle N. Wichita, KS 67206-3855 | | | | | | | 96 |
| ACCOUNT NO. | | | | | | | |
| Bruce A. Randle 12156 Melody Dr. Building #6 Apt #202 Westminster, CO 80234 | | | | | | | 74 |
| ACCOUNT NO. | | | | | | | |
| Brad E. Randle 6225 Eldridge St. Arvadam CO 80004 | | | | | | | 74 |
| ACCOUNT NO. | | | | | | | |
| Terry Randy P.O. Box 522 Canton, KS 67428 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Rapidcare P C 408 Knollwood Drive Rapid City SD 57701 | | | | | | | 0 |

Sheet no. _216_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   244

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rave Energy, Inc. 910 Louisana St Ste 5030 Houston, TX 77002 | | | | | | | 6 |
| ACCOUNT NO. Ray L. Johnson 347 S. 500 E. Marion, IN 46953-9759 | | | | | | | 6 |
| ACCOUNT NO. Raymond L. & Barbara A. Sullivan Family Trust Tr 8300 E. Dixileta St. #282 Scottsdale, AZ 85262 | | | | | | | 26 |
| ACCOUNT NO. Raymond Sand and Gravel 408 Beverly Drive Ellinwood KS 67526 | | | | | | | 0 |
| ACCOUNT NO. Red Rain Portable Welding 713 S Pine Pratt KS 67124 | | | | | | | 0 |

Sheet no.  217  of 300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 38

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____ ,                Case No. _____
　　　　**Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Redboot Production Inc<br>P.O. Box 216<br>Stafford, KS 67578-0216 | | | | | | | 7,587 |
| ACCOUNT NO.<br><br>Preston W. Redd | | | | | | | 130 |
| ACCOUNT NO.<br><br>Redland Resource Inc<br>6001 NW 23rd Street<br>Oklahoma City, OK 73127 | | | | | | | 1,381,149 |
| ACCOUNT NO.<br><br>Redmond and Nazar<br>245 N Waco Ste 402<br>Wichita KS 67202 | | | | | | | 2,195 |
| ACCOUNT NO.<br><br>Gary L. Reed<br>14200 Brookline Court<br>Wichita, KS 67230 | | | | | | | 59 |

Sheet no. __218__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　1,391,120

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                    ,          Case No. _____
   **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Susan Reed <br> 35 40th Street <br> Bloomington, MI 49026-9519 | | | | | | | 24 |
| ACCOUNT NO. <br><br> D. Cramer Reed <br> 7373 E. 29th N, Apt E-203 <br> Wichita, KS 67226-3431 | | | | | | | 151 |
| ACCOUNT NO. <br><br> Reed Family Trust Rev <br> J. Reed & P. Reed Trustees <br> 23824 S. Harmony Way <br> Sun Lakes, AZ 85248 | | | | | | | 454 |
| ACCOUNT NO. <br><br> Marilyn Regier <br> 8511 N. Buhler Rd. <br> Buhler, KS 67522 | | | | | | | 298 |
| ACCOUNT NO. <br><br> Regions Interstate Billing SVC <br> Dept 1265 <br> PO Box 2153 <br> Birmingham AL 35287 | | | | | | | 0 |

Sheet no. _219_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            927

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Douglas V. Reh <br> 1501 E. 1st Street <br> Pratt, KS 67124 | | | Incurred: | | | | 37,993 |
| ACCOUNT NO. <br><br> REH Oil & Gas, LLC <br> 1501 E. 1st Street <br> Pratt, KS 67124 | | | | | | | 4,526 |
| ACCOUNT NO. <br><br> Benjamin Reida <br> 5770 SE 150th Street <br> Rago, KS 67142 | | | | | | | 482 |
| ACCOUNT NO. <br><br> Reida Pest Service LLC <br> 101 N Main Street <br> Kingman KS 67068 | | | | | | | 0 |
| ACCOUNT NO. <br><br> REIF Oil & Gas, LLC <br> P.O. Box 298 <br> Hoisington,KS 67544 | | | | | | | 7,136 |

Sheet no. __220_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   50,137

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Joel Rein <br>1802 Tracy Lane <br>Hutchinson KS 67501 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Elsie A. Rein <br>229 E. 2nd  Street <br>Russell, KS 67665 | | | | | | | 551 |
| ACCOUNT NO. <br><br>Rein Revoc Trust DTD 3/13/91 <br>1415 W. 6th St <br>Silver City, NM 88061-3701 | | | | | | | 8 |
| ACCOUNT NO. <br><br>Donald Reinhardt <br>513 W. Barton Street <br>Russell, KS 67665 | | | | | | | 60 |
| ACCOUNT NO. <br><br>Remington Commercial Advisors <br>9176 S 300 West Ste 1A <br>Sandy UT 84070 | | | | | | | 0 |

Sheet no.  221  of 300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          619

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Reuben Dreiling <br> 6365 W. 6th Ave <br> Denver, CO 80214-2362 | | | | | | | 532 |
| ACCOUNT NO. <br><br> Laurel AnneReynolds <br> 820 NW 46th Street <br> Oklahoma City, OK 73118-6402 | | | | | | | 242 |
| ACCOUNT NO. <br><br> Gregory Mitchell Reynolds <br> P.O. Box 3885 <br> Bernice, OK 74331 | | | | | | | 242 |
| ACCOUNT NO. <br><br> Rice County Treasurer <br> c o Lucille F Brooks <br> Warrant 7192 <br> 101 West Commercial <br> Lyons KS 67554 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Rice County Treasurer <br> For John Porter <br> PO Box 59 <br> Lyons KS 67554 | | | | | | | 0 |

Sheet no. __222_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $  1,016

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u> ,      Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rice County Treasurer <br> For Walter Hendrickson <br> PO Box 59 <br> Lyons KS 67554 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Terry &/or Kelly Richardson <br> 271 Lake Road <br> Pratt, KS 67124 | | | | | | | 4,526 |
| ACCOUNT NO. <br><br> Barton P Richardson <br> 7284 W. Palmetto Park <br> Boca Raton, FL 33433 | | | | | | | 40 |
| ACCOUNT NO. <br><br> Ben P Richardson <br> 7319 Waterline way <br> Willis TX 77318 | | | | | | | 294 |
| ACCOUNT NO. <br><br> Larry J. & Linda Richardson <br> JTS <br> 101 N. Brookforest <br> Derby, KS 67037 | | | | | | | 380 |

Sheet no. <u>223</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                    Subtotal ►   $      5,240

                       Total ►   $

         (Use only on last page of the completed Schedule F.)
      (Report also on Summary of Schedules and, if applicable, on the
        Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,   Case No. _____
          **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J T Richardson Jr.<br>1305 Newport Drive<br>Carrloton, TX 75006 | | | | | | | 382 |
| ACCOUNT NO.<br><br>Richland Oil Investments LLC<br>P.O. Box 166<br>Palco, KS 67657 | | | | | | | 227 |
| ACCOUNT NO.<br><br>Robert and/or Dianna Ricke<br>8371 SE Naron<br>Sharon, KS 67138 | | | | | | | 2,391 |
| ACCOUNT NO.<br><br>Lawrence Rickert<br>502 Isern Street<br>Ellinwood, KS 67526 | | | | | | | 143 |
| ACCOUNT NO.<br><br>Right Choice Construction<br>413 S Main<br>Pratt KS 67124 | | | | | | | 0 |

Sheet no. __224_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 3,143

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____
        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr><th>CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.)</th><th>CODEBTOR</th><th>HUSBAND, WIFE, JOINT<br>OR COMMUNITY</th><th>DATE CLAIM WAS INCURRED AND<br>CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO SETOFF,</th><th>CONTINGENT</th><th>UNLIQUIDATED</th><th>DISPUTED</th><th>AMOUNT<br>OF<br>CLAIM</th></tr>
<tr><td>ACCOUNT NO.<br><br>RJN LP<br>260 N. Rock Rd. #160<br>Wichita, KS 67206</td><td></td><td></td><td></td><td></td><td></td><td></td><td>10,048</td></tr>
<tr><td>ACCOUNT NO.<br><br>RMR Enterprises LLC<br>C/O Roger A. Schulz<br>P.O. Box 483<br>114 S. Main St.<br>Canton, KS 67428-0483</td><td></td><td></td><td></td><td></td><td></td><td></td><td>18</td></tr>
<tr><td>ACCOUNT NO.<br><br>Richard Robba<br>3302 Sprindletree Drive<br>Grapevine, TX 76051-6554</td><td></td><td></td><td></td><td></td><td></td><td></td><td>446</td></tr>
<tr><td>ACCOUNT NO.<br><br>Robert Barrow Living Trust<br>Terry Barrow, Trustee<br>366 NE 60th Ave<br>Great Bend, KS 67530</td><td></td><td></td><td></td><td></td><td></td><td></td><td>78</td></tr>
<tr><td>ACCOUNT NO.<br><br>Robert E. McCann Rev Trust<br>DTD 9/2/98<br>1508 Robin Ridge Circle<br>Wichita, KS  67230</td><td></td><td></td><td></td><td></td><td></td><td></td><td>1,569</td></tr>
</table>

Sheet no. <u>225</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      12,159

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

In re   Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Robert L. Dannebohm Trust 651 SE 90th Ave Ellinwood, KS 67526 | | | | | | | 121 |
| ACCOUNT NO. | | | | | | | |
| Robert M Collins Trust U/A DTD Robert M. Collins Trustee 100 N. Main St #508 Wichita, KS 67202-1309 | | | | | | | 117 |
| ACCOUNT NO. | | | | | | | |
| Shelly Lynn Roberts 2937 S. Zeno Way Aurora, CO 80013-6144 | | | | | | | 32 |
| ACCOUNT NO. | | | | | | | |
| Roberts & Reh LLC 10151 Country Club Rd. Pratt, KS 67124 | | | | | | | 3,152 |
| ACCOUNT NO. | | | | | | | |
| Don Leroy Roberts Jr. 2937 S. Zeno Way Aurora, CO 80013-6144 | | | | | | | 32 |

Sheet no. _226_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    3,454

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -*

In re __Central Kansas Crude LLC_____,     Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Donna Robinett PMB F 191737 3590 Round Bottom Rd Cincinnati, OH 45244-3026 | | | | | | | 17,256 |
| ACCOUNT NO. Brian C Robinson 18262 Rd 8 Wiggins CO 80654 | | | | | | | 0 |
| ACCOUNT NO. Beverly Francis Robinson 303 Downing Rd Scott City, KS 67871-1224 | | | | | | | 188 |
| ACCOUNT NO. Robinson Manufacturing Co Inc 604 S 10th Street Broken Arrow OK 74012 | | | | | | | 0 |
| ACCOUNT NO. Raymond Robl 204 E. D. Street Ellinwood, KS 67526 | | | | | | | 161 |

Sheet no. __227_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,605

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                          ,          Case No. _____
          **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vernon F. Robl<br>2514 Shawnee Drive<br>Great Bend, KS 67530 | | | | | | | 161 |
| ACCOUNT NO.<br><br>Martin G. Robl<br>9704 Craighill Dr.<br>Britstow, VA 20136 | | | | | | | 161 |
| ACCOUNT NO.<br><br>Rock Chalk Royalties LTD<br>FBO Acct 41472845<br>P.O. Box One<br>Wichita, KS 67201 | | | | | | | 1,263 |
| ACCOUNT NO.<br><br>Rock Minerals<br>P.O. Box 663<br>Russell, KS 67665 | | | Incurred: | | | | 703 |
| ACCOUNT NO.<br><br>Rodger D. Wells Rev Trust<br>Rodger D Wells Trustee<br>80 Windmill Dr<br>Phillipsburg, KS 67661 | | | | | | | 50,004 |

Sheet no. __228_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        52,292

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Central Kansas Crude LLC _____,  Case No. _____
       **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Rodger's Pork Inc. <br> 1548 S. Oxford Rd. <br> Geuda Springs, KS 67051 | | | | | | | 468 |
| **ACCOUNT NO.** <br> Craig E. Roembach <br> P.O. Box 514 <br> Cheney, KS 67025 | | | | | | | 76 |
| **ACCOUNT NO.** <br> Roger Jatko <br> Michael W. Coriden <br> Grynberg Petroleum Company <br> 5299 DTC Boulevard, Suite 500 <br> Greenwood Village, CO 80111-3321 | | | Represents Celeste Grynberg and Jack J. Grynberg <br> dba Grynberg Oil Company <br> Case# 09 CV 419 | | | | Notice Only |
| **ACCOUNT NO.** <br> Roger Michaelis <br> C/O Aleo Oil Co <br> 5907 W. Broadway <br> Great Bend, KS 67530 | | | | | | | 20,943 |
| **ACCOUNT NO.** <br> Adele M Ronen <br> 518 E 39th Court <br> Hutchinson KS 67502 | | | | | | | 492 |

Sheet no. 229 of 300 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $    21,979

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Elanore O. Rost<br>3155 SW Shadow Lane<br>Topeka, KS 66604 | | | | | | | 27 |
| ACCOUNT NO.<br>Shirley Roth<br>1780 Royal Ave<br>Pahrump, NV 89060-3537 | | | | | | | 19 |
| ACCOUNT NO.<br>Rowan Camp Rev Trust<br>18514 Lincoln Rd.<br>Russell, KS 67665-8884 | | | | | | | 2,093 |
| ACCOUNT NO.<br>Rodger L. & Elsie D. Rowland Living Trust<br>P.O. Box 11<br>Great Bend, KS 67530 | | | | | | | 91 |
| ACCOUNT NO.<br>Andra Rowlette<br>RR 1A Box 502<br>Campbellsburg, KY 40011 | | | | | | | 2 |

Sheet no. __230__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         2,232

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                                    ,     Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Roy E. Stewart Trust <br> 6563 W. 113th Ave <br> Westminister, CO 80020 | | | | | | | 1,703 |
| ACCOUNT NO. <br> Royalty Funds Company <br> P.O. Box 52790 <br> Tulsa, OK 74152-0790 | | | | | | | 329 |
| ACCOUNT NO. <br> RTR Royalties LP <br> Barbara L. Wiley <br> P.O. Box 1340 <br> Hilltop Lakes, TX 77871-1341 | | | | | | | 7 |
| ACCOUNT NO. <br> Kimberly Ann Ruark <br> 2988 Overwood Lane <br> Snellville, GA 30078-3511 | | | | | | | 159 |
| ACCOUNT NO. <br> Robert Melvin Rube <br> 11903 Hills Lane <br> Kearney, MO 64060-9070 | | | | | | | 15 |

Sheet no.  231  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           2,213

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                               ,          Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rubena Friesen Living Trust C/O Rubena & Dave, Trustees 3142 Gracefield #617 Silver Spings, MD 20904 | | | | | | | 1,679 |
| ACCOUNT NO. | | | | | | | |
| Ruby Kyle Tedrow Trust TV Corns Trustee 304 S. Spruce Greensburg, KS 67054 | | | | | | | 445 |
| ACCOUNT NO. | | | | | | | |
| Mike Rucker 7103 SE Blackmore Medicine Lodge, KS 67104 | | | | | | | 532 |
| ACCOUNT NO. | | | | | | | |
| Rudys G T O 113 Central Ave Wiggins CO 80654 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Rudys G T O 405 E Edison Brush CO 80723 | | | | | | | 0 |

Sheet no.  232  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        2,656

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC                                      ,        Case No. _____
                    **Debtor**                                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Larry Gene Rusco 1225 Chick Avenue Maryville, MO 64468-2740 | | | | | | | 78 |
| ACCOUNT NO. Rush Truck Center Greeley 26956 Weld CR 47 Greeley CO 80631 | | | | | | | 0 |
| ACCOUNT NO. Mary Ann Russell RR 1 Box 75A Great Bend, KS 67530-9801 | | | | | | | 73 |
| ACCOUNT NO. Russell County Treasurer Acct for Ervin Slick PO Box 855 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. Russell County Treasurer Acct for Marland E Stopple PO Box 855 Russell KS 67665 | | | | | | | 0 |

Sheet no. _233_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  151

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re    Central Kansas Crude LLC                                    ,          Case No. _____
             **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Russell County Treasurer Acct Gari Linh Herdt PO Box 855 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Russell County Treasurer c o Aimee Jones 6730 PO Box 855 Russell Ks 67665 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Russell County Treasurer Hinckley Keith Allen PO Box 855 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Russell County Treasurer Moorman Deborah Olsen PO Box 855 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Russell County Treasurer PO Box 855 Russell KS 67665 | | | | | | | 0 |

Sheet no. __234_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,     Case No. _____
       **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Russell County Treasurers Property Taxes for Interest OW PO Box 855 Russell KS 67665 | | | | | | | 0 |
| ACCOUNT NO. Ruth Ann Welsh Trust 7390 Pembroke Drive Reno, NV 89502-9760 | | | | | | | 3,478 |
| ACCOUNT NO. Ruth E. Huebner Trust #1 Ruth E. Heubner, Trustee 204 Circle Drive Hays, KS 67601-1639 | | | | | | | 46 |
| ACCOUNT NO. James Lee Ryan 24900 CR4 Weldona CO 80653 | | | | | | | 0 |
| ACCOUNT NO. James F. Ryan C/O Paula Lee Ryan 1017 280th Street Viola, IL 61486 | | | | | | | 87 |

Sheet no. __235__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $     3,611

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
                 **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Carrie Lee Ryan C/O Paula Lee Ryan Custodian 1017 280th Street Viola, IL 61485 | | | | | | | 87 |
| ACCOUNT NO. David S. Ryan Sylvester Axman% 1017 280th Street Viola, IL 61486 | | | | | | | 87 |
| ACCOUNT NO. S & C Properties P.O. Box 601295 Dallas, TX 75360-1295 | | | | | | | 4 |
| ACCOUNT NO. S and J Embroidery 318 W 9th Harper KS 67058 | | | | | | | 0 |
| ACCOUNT NO. S C Telcom PO Box Drawer B Medicene Lodge KS 67104 | | | | | | | 0 |

Sheet no.  236  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    178

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,   Case No. _____
           **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Safelite Auto Glass PO Box 633197 Cincinnati OH 45263 | | | | | | | 617 |
| ACCOUNT NO. | | | | | | | |
| Sams Club PO Box 9001907 Louisville KY 40290 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Samuel J. Boyd Trust  5/26/89 C/O Bruno Mark Financial 2881 S. Valley View Blvd #8 Las Vegas, NV 89102-0172 | | | | | | | 484 |
| ACCOUNT NO. | | | | | | | |
| Ralph Sanger | | | | | | | 1 |
| ACCOUNT NO. | | | | | | | |
| Sarah G. Foster Trust C/O Gorham State Bank P.O. Box 199 Gorham, KS 67640-0199 | | | | | | | 240 |

Sheet no. __237__ of __300__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        1,342

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Michael Rodgers Savage<br><br>Northridge, CA 91325-2926 | | | | | | | 4 |
| ACCOUNT NO. | | | | | | | |
| Saxon Oil Company<br>C/O Sioux Sinnott<br>5910 N. Central Expressway Suite 1250<br>Dallas, TX 75206 | | | | | | | 10,910 |
| ACCOUNT NO. | | | | | | | |
| Sayler A Suspense | | | | | | | 8 |
| ACCOUNT NO. | | | | | | | |
| Vernon A. Schaffer<br>2300 Kimball Ave<br>Manhattan, KS 66502-3317 | | | | | | | 47 |
| ACCOUNT NO. | | | | | | | |
| Vernon A. Schaffer<br>2300 Kimball Ave<br>Manhattan, KS 66502-3317 | | | | | | | 47 |

Sheet no.  238  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　11,016

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re  Central Kansas Crude LLC                              ,          Case No. _____
          **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bertha A Schaffer<br>2428 Dickens Ave<br>Manhattan KS 66502 | | | | | | | 217 |
| ACCOUNT NO.<br><br>Larry Schaffer<br>3717 Fairway Drive<br>Hays, KS 67530 | | | | | | | 1,406 |
| ACCOUNT NO.<br><br>Sarah Elizabeth Scheer<br>1455 Moran Drive<br>Green River, WY 82935-6304 | | | | | | | 417 |
| ACCOUNT NO.<br><br>Martha M Scheibe<br>625 27 1/2 Rd Unit 349<br>Grand Junction, CO 81506-5106 | | | | | | | 4 |
| ACCOUNT NO.<br><br>Jayson M Scherer<br>421 S New<br>Pratt KS 67124 | | | | | | | 0 |

Sheet no.  239  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,044

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re  Central Kansas Crude LLC                              ,          Case No. _____
    **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lynette Scheufler 108 E. 2nd Street Ellinwood, KS 67526 | | | | | | | 141 |
| ACCOUNT NO. John L. Schmeidler DBA Locust Grove Oil Co 2169 Locust Grove Road Hays, KS 67601 | | | | | | | 6,135 |
| ACCOUNT NO. Gillian Schmidt 6726 Fontana Prairie Village, KS 66208 | | | | | | | 750 |
| ACCOUNT NO. Robert E. Schmidt P.O. Box 817 Hays, KS 67601-0817 | | | | | | | 1,743 |
| ACCOUNT NO. Schmidt Family LLC C/O Larry E. Schmidt Trustee P.O. Box 2097 Hobbs, NM 88241 | | | | | | | 441 |

Sheet no. __240__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                9,210

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Central Kansas Crude LLC                                              ,     Case No. _____
      **Debtor**                                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Betty J. Schneider<br>1212 N. Green<br>Hoisington, KS 67544 | | | | | | | 1,416 |
| ACCOUNT NO. | | | | | | | |
| Shawn & Angela Schneider<br>JTWROS<br>225 S. Culp<br>Russell, KS 67665 | | | | | | | 3,086 |
| ACCOUNT NO. | | | | | | | |
| Schneider Energy Services, Inc<br>P.O. Box 297<br>Fort Morgan, CO 80701 | | | | | | | 40,951 |
| ACCOUNT NO. | | | | | | | |
| Schneider Oil & Gas LLC<br>P.O. Box 297<br>Ft. Morgan, CO 80701 | | | | | | | 55,523 |
| ACCOUNT NO. | | | | | | | |
| Elizabeth Schreiner<br>209 N. Main<br>Sharon, KS 67138 | | | | | | | 6,949 |

Sheet no. __241__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    107,925

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -*

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                          ,        Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schreiner Farms Inc.<br>C/O Jim Schreiner<br>2361 SE Catalpa Rd.<br>Sharon, KS 67138 | | | | | | | 1,648 |
| ACCOUNT NO.<br><br>Bill Schremmer<br>1216 N Green Street<br>Hoisington KS 67544 | | | | | | | 400 |
| ACCOUNT NO.<br><br>Tim Schremmer<br>513 Crestview Drive<br>Hoisington, KS 67544 | | | | | | | 703 |
| ACCOUNT NO.<br><br>Tyler Schremmer<br>905 E. 5th Street<br>Hoisington, KS 67554 | | | | | | | 703 |
| ACCOUNT NO.<br><br>Charles E. Schrepel<br>301-B East Fredrick's Street<br>Barstow, CA 92311 | | | | | | | 26 |

Sheet no. __242__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          3,480

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -*

In re   Central Kansas Crude LLC                          ,          Case No. _____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Warren L. Schrepel<br>811 N. Silver<br>Truth or Consequences, NM<br>87901-1948 | | | | | | | 26 |
| ACCOUNT NO.<br><br>Norman C. Schrepel Jr.<br>P.O. box 34<br>Walsh, CO 80190-0034 | | | | | | | 17 |
| ACCOUNT NO.<br><br>Paul H. Schroeder<br>Jane E. Schroeder, Trustee<br>6411 S. River Dr. Unit 29<br>Tempe, AZ 85283-3334 | | | | | | | 382 |
| ACCOUNT NO.<br><br>Schulein Company<br>Robert Schulein<br>1775 Sherman St. #2950<br>Denver, CO 80203 | | | | | | | 2,778 |
| ACCOUNT NO.<br><br>Schultz Family Partners<br>C/O Thomas J. Schultz<br>2634 Peachleaf Lane<br>Flower Mound, TX 75028-1482 | | | | | | | 86 |

Sheet no. __243__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         3,289

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re  Central Kansas Crude LLC_____,     Case No. _____
     **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Scott Lutz Irrevocable Trust <br> Thomas C. Lutz Trustee <br> P.O. Box 1766 <br> Fayetteville, AR 72702-1766 | | | | | | | 1,799 |
| ACCOUNT NO. <br> Scott's Welding Service Inc <br> 2907 26th <br> Great Bend KS 67124 | | | | | | | 7,681 |
| ACCOUNT NO. <br> Vina Ruth Carpenter Scrogin | | | | | | | 63 |
| ACCOUNT NO. <br> Shirley S. Scrogin <br> 114 Ruxton Ave. <br> Manito Springs, CO 80829-1915 | | | | | | | 126 |
| ACCOUNT NO. <br> Richard Alan Scrogin <br> 1414 E. 23rd Ave <br> Hutchinson, KS 67502 | | | | | | | 44 |

Sheet no. _244_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 9,713

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u> ,     Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Robert T. Sellars Jr. <br> 8004 E. 9th Ave <br> Denver, CO 80230 | | | | | | | 225 |
| ACCOUNT NO. <br><br> Semcrude LP <br> One greenway Plaza St #700 <br> Houston, TX 77046 | | | | | | | 308 |
| ACCOUNT NO.  1376.10 <br><br> Kevin L. or Pamela J. Settler <br> JTWROS <br> 158 W. Hwy 4 <br> Hoisington, KS 67544 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Vivian R. & Robert Sexton JT <br> 11926 W. 66th Street <br> Shawnee, KS 66216 | | | | | | | 362 |
| ACCOUNT NO. <br><br> Jimmy R. Sheppard <br> 681 Bird Court <br> San Marcos, CA 92069 | | | | | | | 2,264 |

Sheet no. <u>245</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 3,159

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                              ,      Case No. _____
    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Marie L Sherrard <br> 1532 SW 16th St. <br> Topeka, KS 66604-2709 | | | | | | | 236 |
| ACCOUNT NO. <br> Shirley A. Lawton Rev Trust <br> 507 Welton St. <br> Pratt, KS 67124 | | | | | | | 1,591 |
| ACCOUNT NO. <br> Shirley A. Tillotson Revocable <br> Trust Dated 5/3/06 <br> P.O. Box 366 <br> Ulysses, KS 67880 | | | | | | | 238 |
| ACCOUNT NO. <br> Shirley Brown % Aleo Oil Comany <br> 5907 W. Broadway <br> Great Bend, KS 67530 | | | | | | | 19,821 |
| ACCOUNT NO. <br> Charles D. Shrake <br> 3411 Grove Place <br> Columbus, IN 47203-1601 | | | | | | | 35 |

Sheet no. __246__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $            21,921

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re __Central Kansas Crude LLC_____ ,  Case No. _____
  **Debtor**  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Silverado Electric Inc PO Box 53 Great Bend KS 67530 | | | | | | | 0 |
| **ACCOUNT NO.** Charlotte Simpson 1060 NE 10th Ave Hoisington KS 67544 | | | Incurred: 2005 Injection Point Lease Agreement | | | | 0 |
| **ACCOUNT NO.** Wyvonna E. Sindt 607 S. Lorraine Street Wichita, KS 67211-3025 | | | | | | | 391 |
| **ACCOUNT NO.** Bernice Ann Singleton 2606 August Lane, Apt A hays, KS 67601-4819 | | | | | | | 267 |
| **ACCOUNT NO.** Brad Siroky 3209 N. Ridgeport Wichita, KS 67205 | | | | | | | 1,999 |

Sheet no. __247__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,657
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC                                        ,          Case No. _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Brent Siroky P.O. Box 303 Pratt, KS 67124 | | | | | | | 5,963 |
| ACCOUNT NO. Sistrunk Oil & Gas Inc. 7230 Briar Cove Dr. Dallas, TX 75254-8002 | | | | | | | 85 |
| ACCOUNT NO. Marvin L. Sittner 1554 NE 70th Ave Hudson, KS 67545-9022 | | | | | | | 625 |
| ACCOUNT NO. Larry M. Sittner 1560 NE 70th Ave Hudson, KS 67545-9022 | | | | | | | 625 |
| ACCOUNT NO. Skaggs Ace Hardware 107 S. Main St Pratt, KS 67124 | | | | | | | 623 |

Sheet no. __248__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $          7,921

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>, Case No. _____
        **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tom Slick <br> 1611 W K 157 Hwy <br> Junction City, KS 66441-7853 | | | | | | | 18 |
| ACCOUNT NO. <br><br> Richard C. Smith <br> 16171 W. Kellogg #17 <br> Goddard, KS 67052 | | | | | | | 647 |
| ACCOUNT NO. <br><br> Martha A. Smith <br> 2502 Sherman #119 <br> Hays, KS 67601 | | | | | | | 147 |
| ACCOUNT NO. <br><br> Gene Smith <br> 620 Country Club Rd Lot 20 <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Vernon Leslie Smith <br> P.O. Box 142 <br> Ensign, KS 67841-0142 | | | | | | | 594 |

Sheet no. <u>249</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $      1,406

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,　　　Case No. _____

　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Patricia M. Smith <br> P.O. Box 434 <br> Claflin, KS 67525-0434 | | | | | | | 1,985 |
| ACCOUNT NO. <br> Ollie Mae Smith <br> P.O. box 553 <br> Sulphur, OK 73086-0553 | | | | | | | 11 |
| ACCOUNT NO. <br> Cory Smith <br> PO Box 111 <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br> Smith Backhoe Service <br> 86514 W Longveiw Road <br> Sylvia KS 67581 | | | | | | | 0 |
| ACCOUNT NO. <br> Smith Dozer Service <br> PO Box 312 <br> Attica KS 67009 | | | | | | | 0 |

Sheet no. __250__ of __300__ continuation sheets attached　　　　　　　Subtotal ► | $ | 1,996
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __Central Kansas Crude LLC_____,     Case No. _____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Smoky Hill Country Club Inc <br>PO Box 204 <br>Hays KS 67601 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Sneed Company <br>15 W. 6th St. Ste 2505 <br>Tulsa, OK 74119-5149 | | | | | | | 145 |
| ACCOUNT NO. <br><br>Wilmetta Snodgrass <br>4602 S. Park Avenue <br>Tacoma, WA 98408 | | | | | | | 49 |
| ACCOUNT NO. <br><br>Anna Peck Snouffer <br>112 Sycamore Rd <br>Mount Airy, MD 21771-5635 | | | | | | | 6 |
| ACCOUNT NO. <br><br>Charles Max Snouffer <br>11504 Fenchurch Ct. <br>German Town, MD 20876-1630 | | | | | | | 6 |

Sheet no. __251__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        206

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,    Case No. _____
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Snyder Family Trust <br> 2417 Walden Drive #202 <br> Wichita, KS 67226-1055 | | | | | | | 204 |
| ACCOUNT NO. <br><br> David Raymond Soulsby <br> 3614 S. Toledo Avenue <br> Tulsa, OK 74135 | | | | | | | 111 |
| ACCOUNT NO. <br><br> Susan Alice Soulsby <br> P.O. Box 472312 <br> Tulsa, OK 74147 | | | | | | | 111 |
| ACCOUNT NO. <br><br> South Central Telephone <br> Medicene Lodge <br> Dept SCTA <br> PO Drawer B <br> Medicene Lodge KS 67104 | | | | | | | 39 |
| ACCOUNT NO. <br><br> South Central Wireless Inc <br> 101 S Main <br> PO Drawer B <br> Medicene Lodge KS 67104 | | | | | | | 36 |

Sheet no. __252__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      501

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC _____,   Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SouthernPioneer Electric Co<br>PO Box 347<br>Medicene Lodge KS 67104 | | | | | | | 57 |
| ACCOUNT NO.<br><br>Southwest Petroleum Company<br>P.O. Box 702377<br>Dallas, TX 75370-2377 | | | | | | | 402 |
| ACCOUNT NO.<br><br>Southwest Truck Parts Inc<br>1630 E 1st Street<br>Pratt KS 67124 | | | | | | | 4,053 |
| ACCOUNT NO.<br><br>Kimberly Specht<br>909 Susank Road<br>Hoisington, KS 67544 | | | | | | | 1,946 |
| ACCOUNT NO.<br><br>Marvin Speier<br>1903 SW Valley Glen Rd.<br>Topeka, KS 66615-1113 | | | | | | | 1,529 |

Sheet no. _253_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,987

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bret Spicer <br> 13231 Long Street <br> Overland Park, KS 66213 | | | | | | | 832 |
| ACCOUNT NO. <br> Mike Spicer <br> 966 Amy <br> Garden City, KS 67846 | | | | | | | 832 |
| ACCOUNT NO. <br> Sam Spicer <br> 9984 SE Kochia Rd. <br> Hazelton, KS 67061-9515 | | | | | | | 3,562 |
| ACCOUNT NO. <br> Sam & Kathy Spicer <br> 9984 SE Kochia Rd. <br> Hazelton, KS 67061-9515 | | | | | | | 3,562 |
| ACCOUNT NO. <br> Spiro Resources LTD <br> P.O. Box 6387 <br> San Antonio, TX 78209 | | | | | | | 762 |

Sheet no.  254  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　9,550

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC _____ ,  Case No. _____
     **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Spivey Oilfield Service Inc <br> 115 S Main <br> Spivey KS 37142 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Charlotte A. Springer <br> 261 Keene Road <br> Achshnet, MA 02743-1307 | | | | | | | 2 |
| ACCOUNT NO. <br><br> St John National Bank <br> Attn After Prom Party <br> PO Box 347 <br> St John KS 67576 | | | | | | | 0 |
| ACCOUNT NO. <br><br> St John Short Stop <br> 434 N. US Highway 281 <br> Saint John, KS 67576 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Robert L & Linda Staab JT <br> 3710 JP Drive <br> Hays, KS 67601 | | | | | | | 19,334 |

Sheet no. __255__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 19,336

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u> , Case No. _____
**Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Stafford Country Club <br> Rr 2 <br> Saint John, KS 67576 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Stafford County Sheriffs Property Taxes <br> 209 N Broadway <br> St John KS 67576 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Richard Stalcup <br> P.O. box 1794 <br> Great Bend, KS 67530 | | | | | | | 696 |
| ACCOUNT NO. <br><br> Gladys Standley <br> 421 S. Van Houten <br> Russell, KS 67665-9801 | | | | | | | 11 |
| ACCOUNT NO. <br><br> Stanion Wholesale <br> PO Drawer F <br> 812 S Main <br> Pratt KS 67124 | | | | | | | 0 |

Sheet no. _256_ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 707

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____

      **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dorothy Evelyn Stanley <br> 1602 Holly Circle <br> Pleasanton, CA 94566-4761 | | | | | | | 18 |
| ACCOUNT NO. <br><br> Doris L. States <br> P.O. Box 65 <br> Logan, KS 67646 | | | | | | | 153 |
| ACCOUNT NO. <br><br> Steckel Farms <br> P.O. Box 2204 <br> Longmont, CO 80502 | | | | | | | 3,500 |
| ACCOUNT NO. <br><br> Leonard & Ruth Steinle, JTWROS <br> 3959 281 HWY <br> Russell, KS 67665 | | | | | | | 3,086 |
| ACCOUNT NO. <br><br> Stephen Mark Trust <br> C/O Jeff Barker <br> 303 17th Ave Ste. 600 <br> Denver, CO 80203 | | | | | | | 59,534 |

Sheet no. <u>257</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     66,291

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                                    ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shay Stephens <br> KS | | | | | | | 0 |
| ACCOUNT NO. <br><br> Steven W. Hirsch <br> Hirsch & Pratt, LLP <br> 124 So. Penn--Box 296 <br> Oberlin, KS 67749-0296 | | | Represents Dark Horse Oil Company <br> Case# 08 CV 37 | | | | Notice Only |
| ACCOUNT NO. <br><br> Steven W. Hirsch <br> Hirsch & Pratt, LLP <br> 124 So. Penn--Box 296 <br> Oberlin, KS 67749-0296 | | | Represents C.W. Bowles <br> Case# 8 C 140 | | | | Notice Only |
| ACCOUNT NO. <br><br> Steven W. Hirsch <br> Hirsch & Pratt, LLP <br> 124 So. Penn--Box 296 <br> Oberlin, KS 67749-0296 | | | Represents H2E, LLC <br> Case# 08 CV 35 | | | | Notice Only |
| ACCOUNT NO. <br><br> Steven W. Hirsch <br> Hirsch & Pratt, LLP <br> 124 So. Penn--Box 296 <br> Oberlin , KS 67749-0296 | | | Represents Brett Hilderbrand <br> Case# 09 CV 39 | | | | Notice Only |

Sheet no.  258  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -*

In re <u>Central Kansas Crude LLC</u> ,    Case No. _____
      **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Nelson Stone P.O. Box 872 Great Bend, KS 67530 | | | | | | | 3,152 |
| ACCOUNT NO. Marsha A. Stoner 8125 McHenry St. Burlington, WI 53105-8717 | | | | | | | 695 |
| ACCOUNT NO. Marland E. Stoppel 2124 E. Donner Drive Tempe, AZ 85282-7422 | | | | | | | 18 |
| ACCOUNT NO. Lawrence or Jo Ann Stoskopf 4408 Country Estates Circle Salina, KS 67401-9646 | | | | | | | 1,376 |
| ACCOUNT NO. Donna Stout 2761 W. Bonnie Lane Queen Creek, AZ 85242 | | | | | | | 86 |

Sheet no. <u>259</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 5,327

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.. ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dennis V. Stowers 2310 Chestnut Pampa, TX 79065 | | | | | | | 83 |
| ACCOUNT NO. | | | | | | | |
| Striker Portable Welding Service LLC PO Box 436 Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Charles M. Strobl 505 W. 6th Ellinwood, KS 67526 | | | | | | | 143 |
| ACCOUNT NO. | | | | | | | |
| Lyle & Mary J. Stroup 3106 Tam O Shanter Hays, KS 67601-1832 | | | | | | | 926 |
| ACCOUNT NO. | | | | | | | |
| William L. Stump 1605 Ando Grand Island, NE 68803 | | | | | | | 94 |

Sheet no.  260  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 1,246

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Stump Properties LP <br> 7511 W. Cottontail St. <br> Wichita, KS 67212-3521 | | | | | | | 16,013 |
| ACCOUNT NO. <br><br> Linda B. Stumpf <br> 8901 Stonebriar Drive <br> Clarence Center, NY 14032 | | | | | | | 546 |
| ACCOUNT NO. <br><br> Sturdi Bilt Garage Doors <br> 3909 Stacy Road <br> Hutchinson KS 67501 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Carol Jean Sullivan <br> Park St Deluth At #232 <br> 3315 Peachtree Industrial <br> Deluth, GA 30096 | | | | | | | 1,332 |
| ACCOUNT NO. <br><br> Sulton Group Meter Check <br> PO Box 730564 <br> Dallas TX 75373 | | | | | | | 0 |

Sheet no.  261  of  300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,891

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Central Kansas Crude LLC                            ,     Case No. _____
  **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wayne A Sundling CPA P.O. Box 333 147 S. White Oak Ave Republic, MO 65738 | | | | | | | 96 |
| ACCOUNT NO. | | | | | | | |
| Sunrise Oilfield Supply 105 S Broadway Ste 610 Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Sunrise Trading LLC 441 S Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Superior Fire 210 S Jackson Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Sayler A. Suspense | | | | | | | 8 |

Sheet no. _262_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 104

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re   Central Kansas Crude LLC _____ ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Richard L. & Betty Jo Swayden <br> 1861 NW US HWY 281 <br> Medicine Lodge, KS 67104-8363 | | | | | | | 867 |
| ACCOUNT NO. <br><br> R K Sweetman <br> 310 N. Rainbow Lakes Road <br> Wichita, KS 67235 | | | | | | | 7 |
| ACCOUNT NO. <br><br> Synergy Energy Inc. <br> 10378 N 281 Hwy <br> Pratt, KS 67124 | | | | | | | 34,845 |
| ACCOUNT NO. <br><br> T and D Oilfield Services LLC <br> 119 E 3rd <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Tadpole Designs <br> 328 N Main <br> Medicene Lodge KS 67104 | | | | | | | 0 |

Sheet no. _263_ of _300_ continuation sheets attached          Subtotal ▶   | $ | 35,719
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                    Total ▶   | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Central Kansas Crude LLC_____,        Case No. _____
                    **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Taft 1840 Soledad Ave Rev Tr 6338 Muirlands Drive Lajolla, CA 92037 | | | | | | | 129 |
| ACCOUNT NO. Gayla Jean Taylor 357 N. Dellrose Street Wichita, KS 67208 | | | | | | | 242 |
| ACCOUNT NO. Taylor Mart Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Taylor Printing Inc PO Box 922 405 S Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Tim Terry 318 E Union Ave Lasalle CO 80645 | | | | | | | 0 |

Sheet no. __264__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 371

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>, Case No. _____
    **Debtor**     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Aurora Company LLC <br> 7301 Carmel Executive, Ste #222 <br> Charlotte, NC 28226 | | | | | | | 3,087 |
| ACCOUNT NO. <br><br> The Reida Trust <br> Arnold Ray & Joyce E. Reida <br> 5998 S.E. 150th Street <br> Rago, KS 67142 | | | | | | | 1,287 |
| ACCOUNT NO. <br><br> The Sulton Company Inc <br> PO Box 7736 <br> Moore OK 73160 | | | | | | | 10,934 |
| ACCOUNT NO. <br><br> Therese C. Theyson <br> 424 Shrewsbury Lane <br> Matthews, NC 28105 | | | | | | | 3 |
| ACCOUNT NO. <br><br> Thimesch Electric <br> 719 N Pine <br> Pratt KS 67124 | | | | | | | 145 |

Sheet no. <u>265</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     15,456

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Thomas & Jenifer A Board Trust Jenifer A Board Trust 462 W. Jamison Place Littleton, CO 80120 | | | | | | | 193 |
| ACCOUNT NO. | | | | | | | |
| Thomas M. Trantham Trust DTD 4/7/05 %Bonnie Snyder, TRSTEE 2463 NE. Well Road Medicine Lodge, KS 67104 | | | | | | | 8,027 |
| ACCOUNT NO. | | | | | | | |
| Dwight H. Thompson Jr. Rev Trust 3/8/09 8406 Tamarac Street Wichita, KS 67206-2340 | | | | | | | 37 |
| ACCOUNT NO. | | | | | | | |
| Three D Inc. C/O Deborah K. Miller 2505 Windy Road Virginia Beach, VA 23455 | | | | | | | 1,328 |
| ACCOUNT NO. | | | | | | | |
| Tiger Oil & Gas 2400 N. Woodlawn Boulevard Wichita, KS 67220 | | | | | | | 0 |

Sheet no. __266_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   9,585

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
           **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Timberline Oil & Gas Corp<br>24535 Juniper Road<br>Hermosa, SD 57744 | | | | | | | 172,889 |
| ACCOUNT NO. | | | | | | | |
| Timee LU Hillenburg Rev Trusts<br>Timee LU Hillenburg Trustee<br>11400 S. Lynn Lane Road<br>Broken Arrow, OK 74011-4017 | | | | | | | 552 |
| ACCOUNT NO. | | | | | | | |
| TKO Investments Inc.<br>10881 W. Mcarter Road<br>Dodge City, KS 67801-6763 | | | | | | | 7,721 |
| ACCOUNT NO. | | | | | | | |
| TKO Royalty Partners<br>P.O. Box 25313<br>Dallas, TX 75225-5313 | | | | | | | 519 |
| ACCOUNT NO. | | | | | | | |
| TMT Truck Permitting Inc<br>1516 Taylor Plaza<br>Garden City KS 67846 | | | | | | | 0 |

Sheet no.  267  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $     181,681

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
       **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Told Inc. <br>10867 W. Mcarter Road | | | | | | | 7,721 |
| ACCOUNT NO. <br><br>Tom and Dans Tire Service <br>710 S Main <br>South Hutchinson KS 67505 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Tomahawk Auto Truck Plazas <br>181 E 56th Ave 6th Floor <br>Denver CO 80216 | | | | | | | 0 |
| ACCOUNT NO. <br><br>Total Lease Serivce Inc <br>1309 Toulon Ave <br>Hays KS 67601 | | | | | | | 1,292 |
| ACCOUNT NO. <br><br>James J Touchstone <br>112 N High <br>Pratt KS 67124 | | | | | | | 0 |

Sheet no. __268__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      9,013

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                                    ,            Case No. _____
        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Zack Touchstone 613 S Main Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Chuck Touchstone 616 W 1st Street Pratt KS 67124 | | | | | | | 3,000 |
| ACCOUNT NO. Rhonda Touchstone 616 W 1st Street Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Dianna Touchstone 806 N Oak Grove Rd Drumright OK 74030 | | | | | | | 200 |
| ACCOUNT NO. Touchstone Properties 413 S Main Pratt KS 67124 | | | | | | | 3,500 |

Sheet no. __269__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        6,700

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,  Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Touchstone Trading and Transportation<br>411 S Main<br>Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Town & Country Supermarket Inc<br>818 N. Elm Street<br>Hoisington, KS 67544 | | | | | | | 708 |
| ACCOUNT NO.<br><br>Rory Traffas<br>109 Abbe Circle<br>Medicine Lodge, KS 67104 | | | | | | | 867 |
| ACCOUNT NO.<br><br>Tim Traffas<br>3772 SE Bluestem Road<br>Sharon, KS 67138 | | | | | | | 867 |
| ACCOUNT NO.<br><br>Larry V. & Julia Traffas JTWROS<br>6541 SE Lone Tree Road<br>Sharon, KS 67138 | | | | | | | 6,592 |

Sheet no. __270__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      9,034

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                          ,          Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Trailer Specialties Inc <br> PO Box 457 <br> Ellinwood KS 67526 | | | | | | | 203 |
| ACCOUNT NO. <br><br> Bill &/OR Elaine Trantham <br> 11505 Pleasnt Hill Rd <br> Sharon, KS 67138 | | | | | | | 3,273 |
| ACCOUNT NO. <br><br> Treva Sullivan Family Trust <br> Peggy Sullivan, Trustee <br> 3780 D Alabama <br> Los Alamos, NM 87544 | | | | | | | 1,332 |
| ACCOUNT NO. <br><br> Tri-Ex Petroleum LP <br> 720 S. Tyler <br> Amarillo, TX 79101 | | | | | | | 133 |
| ACCOUNT NO. <br><br> Trinity United Methodist Church <br> P.O. Box 397 <br> Carrizozo, NM 88301-0397 | | | | | | | 3 |

Sheet no. _271_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,944

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re __Central Kansas Crude LLC_____,    Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Triple S Tank Truck Service <br> 11216 E. Longview Rd <br> Burrton, KS 67020 | | | | | | | 9,555 |
| ACCOUNT NO. <br><br> Robert Tritsch <br> P.O. Box 10 <br> Pratt, KS 67124 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Milton Tritsch <br> Walter Tritsch & Alice Tritsch POA <br> 4300 Pin Oak <br> Hutchinson, KS 67502 | | | | | | | 1,841 |
| ACCOUNT NO. <br><br> Truck Stuff Inc <br> 427 N Washington <br> Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Trunk Bay Partners LTD <br> P.O. Box 671099 <br> Dallas, TX 75367 | | | | | | | 1,018 |

Sheet no. __272__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,415
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

B6F (Official Form 6F) (12/07) - Cont.

In re   Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Elizabeth Turner P.O. Box 460 Great Bend, KS 67530 | | | | | | | 221 |
| ACCOUNT NO. | | | | | | | |
| David Michael Tutten 9559 Rovensworth Drive Houston, TX 77031-3510 | | | | | | | 1,160 |
| ACCOUNT NO. | | | | | | | |
| TWE Mineral Partnership P.O. Box 840738 Dallas, TX 75284-0738 | | | | | | | 129 |
| ACCOUNT NO. | | | | | | | |
| UMB Bank Branch 246 130 N Market Street Wichita KS 67202 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Unifirst Corporation 1707 N Mosley Wichita KS 67214 | | | | | | | 2,042 |

Sheet no. __273__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              3,552

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,          Case No. _____
          **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> United Methodist Church <br> % Robert Stadler <br> 10360 Lazy Creek Road <br> Westmoreland, KS 66549-9621 | | | | | | | 3 |
| ACCOUNT NO. <br><br> United Methodist Church <br> 600 Lincoln Street <br> Wamego, KS 66547 | | | | | | | 3 |
| ACCOUNT NO. <br><br> United Methodist Church <br> P.O. Box 31 <br> Hamilton, KS 66853-0031 | | | | | | | 3 |
| ACCOUNT NO. <br><br> United Methodist Church <br> P.O. Box 399 <br> 3rd & Washington <br> Lacrosse, KS 67548-0399 | | | | | | | 3 |
| ACCOUNT NO. <br><br> United States Treasury <br> 271 W 3rd St N <br> Wichita KS 67202 | | | | | | | 0 |

Sheet no. __274__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        12

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
     **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> United World Life Insurance Co <br> 3316 Farnam Street <br> Omaha NE 68175 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Universal Lubricants LLC <br> PO Box 2920 <br> Wichita KS 67201 | | | | | | | 1,633 |
| ACCOUNT NO. <br><br> University of Ozazrks Endowment <br> %Bank One Trust CO NA Trust <br> P.O. Box 99084 <br> Fortworth, TX 76199-0084 | | | | | | | 9 |
| ACCOUNT NO. <br><br> Uptown Club D Est <br> 202 S Main <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Usis Commerical Services Inc <br> 23883 Network Place <br> Chicago IL 60673 | | | | | | | 0 |

Sheet no. __275__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    1,642

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                    ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Susan E. Van Bergen 2403 Moss Hill Houston, TX 77080 | | | | | | | 446 |
| ACCOUNT NO. | | | | | | | |
| Van Oil Company 445 Ft Worth Club Bldg 306 W. 7th Street Fort Worth, TX 76102-4905 | | | | | | | 285 |
| ACCOUNT NO. | | | | | | | |
| Van Slyke Body Shop 40162 N Hwy 281 Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Megan Vandervoort 3721 Labadie Richland Hills, TX 78118 | | | | | | | 3,562 |
| ACCOUNT NO. | | | | | | | |
| George G. Vaught Jr. P.O. Box 13557 Denver, Co 80201-3557 | | | | | | | 44 |

Sheet no. __276__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 4,337

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                                              ,          Case No. _____

**Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Venture Royalties 502 N. 1st Street Mulvane, KS 67110 | | | | | | | 515 |
| ACCOUNT NO. Vern M. DeWeese Box 270 Penrose, CO 81240 | | | | | | | 62 |
| ACCOUNT NO. Veta M. Fischer Trust TD 11/1/0 839 A. Fairdale Road Salina, KS 67401 | | | | | | | 711 |
| ACCOUNT NO. Kenneth I. Vickery 324 W. 6th Newkirk, OK 74647 | | | | | | | 8,616 |
| ACCOUNT NO. Vincent Joseph Duncan Trust 66 Inverness Lane East Englewood, CO 80112 | | | | | | | 10,928 |

Sheet no. __277__ of _300_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $                20,832

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____ ,    Case No. _____
       **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Vincent Oil Operation 155 N. Market Street, Ste 700 Wichita, KS 67202-1821 | | | | | | | 5,637 |
| ACCOUNT NO. | | | | | | | |
| Virgil W. Wood Rev LVG Trust 3232 S. Yorktown Ave Tulsa, OK 74105-2231 | | | | | | | 18 |
| ACCOUNT NO. | | | | | | | |
| Virgina Lee Elliott Family Tr C/O Omega Bank, Trust Dept P.O. Box 298 State College, PA 16804-0298 | | | | | | | 26 |
| ACCOUNT NO. | | | | | | | |
| Albert J. Vogel 9984 SE Kochia Hazelton, KS 67061-9011 | | | | | | | 1,339 |
| ACCOUNT NO. | | | | | | | |
| Andrew J Von Rein PO Box 339 North Bend NE 68649 | | | | | | | 14 |

Sheet no. __278__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  7,034

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC _____ ,        Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Alan J. Vonfeldt<br>128 Eves Drive<br>Russell, KS 67665 | | | | | | | 202 |
| ACCOUNT NO. <br><br>Carmen S. Vonfeldt<br>128 Eves Drive<br>Russell, KS 67665 | | | | | | | 202 |
| ACCOUNT NO. <br><br>Vosburgh Exploration LLC<br>13018 Pinehurst<br>Wichita, KS 67230 | | | | | | | 34 |
| ACCOUNT NO. <br><br>W B Thomspon Rev Trust<br>8907 E. Douglas<br>Wichita, KS 67207-1207 | | | | | | | 37 |
| ACCOUNT NO. <br><br>Mary Helen Wade<br>1527 N. 13th St.<br>Duncan, OK 73533 | | | | | | | 265 |

Sheet no. _279_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 740

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC_____,  Case No. _____
             **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Robert S. Wadick 2014 Laurel Dr. Perry, GA 31069-2207 | | | | | | | 27 |
| ACCOUNT NO. Vernon J. Wagoner 213 S. Belmont Wichita, KS 67218 | | | | | | | 2 |
| ACCOUNT NO. Carole A. Wait 729 Willow Circle Bellevue, NE 68005-2875 | | | | | | | 6 |
| ACCOUNT NO. Robert Walker Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Wallace Energy Inc 771 Steele St Denver, CO 80206 | | | | | | | 644,844 |

Sheet no. __280__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     644,879

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
              **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WalMart <br> 2003 East 1st Street <br> Pratt, KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Charles M. Ward <br> No Current Address | | | | | | | 2 |
| ACCOUNT NO. <br><br> Joyce M. Ware <br> 2621 Timberlcreek Street <br> Wichita, KS 67204-2349 | | | | | | | 117 |
| ACCOUNT NO. <br><br> Warren Bros Inc <br> PO Box 1879 <br> Great Bend KS 67530 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Warren Doonan Truck and Equipment Inc <br> PO Box 64 <br> Great Bend KS 67530 | | | | | | | 0 |

Sheet no. __281__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      119

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____ ,　　Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Warren R. Janke <br> 1013 Valley View Dr. SW <br> Los Lunas, NM 87031-6177 | | | | | | | 625 |
| ACCOUNT NO. <br> Mattie E. Watson <br> 2561 NW 20th <br> Kingman, KS 67068 | | | | | | | 62 |
| ACCOUNT NO. <br> Waxene Products Company <br> 2023 N Broadway <br> Wichita KS 67214 | | | | | | | 0 |
| ACCOUNT NO. <br> Wilmer or Joan Waymaster <br> 934 E. 1st Street <br> Russell, KS 67665-2426 | | | | | | | 2,243 |
| ACCOUNT NO. <br> Lisa Marie Wayne <br> 551 N. Madison LN <br> Lindenhurst, IL 60046 | | | | | | | 62 |

Sheet no. __282_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,992

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                              ,     Case No. _____
          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Virginia Weathers 11832 N. 119 St Scottsdale, ZX 85259 | | | | | | | 9 |
| ACCOUNT NO. | | | | | | | |
| Webbs Water Truck Service PO Box 58 Indianola NE 69034 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| Webco Oil Company 2136 NE 90th Ave Hoisington, KS 67544-9734 | | | | | | | 52,074 |
| ACCOUNT NO. | | | | | | | |
| Roy J. Weber 2064 NE 90th Ave Hoisington, KS 67544 | | | | | | | 298 |
| ACCOUNT NO. | | | | | | | |
| N R Weber 2136 NE 90th Ave Hoisington, KS 67544 | | | | | | | 298 |

Sheet no.  283  of 300  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  |  52,679

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                              ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jeffery P Weber <br> Bobcat Services <br> PO Box 220 <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Sherry Webster <br> 1725 150th Ave <br> Larned, KS 67550 | | | | | | | 253 |
| ACCOUNT NO. <br><br> Weed Control Specialist <br> 70383 SW 100th Ave <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Lloyd Charles Weibel <br> 1700 Mass <br> Box 615 <br> Lawrence, KS 66044 | | | | | | | 27 |
| ACCOUNT NO. <br><br> Leon F. Weigel <br> P.O. Box 878 <br> Russell, KS 67665-0878 | | | | | | | 2,196 |

Sheet no. __284__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,476

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re  Central Kansas Crude LLC                                    ,          Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Chelsea Porter Weiss 9146 Liberty Village Way Union Bridge, MD 21791 | | | | | | | 40 |
| ACCOUNT NO. | | | | | | | |
| Rodger D. & Lorraine M. Wells 80 Windmill Dr. Phillipsburg, KS 67661 | | | | | | | 5,561 |
| ACCOUNT NO. | | | | | | | |
| George P. Wells Testamentary Trust P.O. Box 306 Sterling, KS 67579 | | | | | | | 1,454 |
| ACCOUNT NO. | | | | | | | |
| Wells Oil Company LLC Byron L. Wells 5330  Westridge Dr. Boulder, CO 80301 | | | | | | | 4,339 |
| ACCOUNT NO. | | | | | | | |
| Maxine Werner 10665 SE Pleasant Hill Sharon, KS 67138 | | | | | | | 10,006 |

Sheet no.  285  of  300  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          21,400

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re <u>Central Kansas Crude LLC</u>,      Case No. _____
      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Larry W. Werner <br> 1716 Avenue N <br> Ellsworth, KS 67439 | | | | | | | 860 |
| ACCOUNT NO. <br> Edith P Werner <br> No Current Address | | | | | | | 1,636 |
| ACCOUNT NO. <br> Werts Welding and Tank Service <br> 400 N Oil St Louis Rd <br> Wood River IL 62095 | | | | | | | 0 |
| ACCOUNT NO. <br> Dorothy Mae Wessler <br> 5051 E. Lincoln Street, APT 7D <br> Wichita, KS 67218-2467 | | | | | | | 1,250 |
| ACCOUNT NO. <br> David Louis Wessler II <br> P.O. Box 19 <br> Lorraine, KS 67549-0019 | | | | | | | 1,259 |

Sheet no. <u>286</u> of <u>300</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $     5,005

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re __Central Kansas Crude LLC_____,     Case No. _____
              **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Westar Energy <br> PO Box 758500 <br> Topeka KS 66675 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Western Cooperative Electric Association <br> 635 S 13th Street <br> Wakeeney KS 67672 | | | | | | | 368 |
| ACCOUNT NO. <br><br> Westhoff Plumbing Heating and Air Conditioning Inc <br> 410 S Main <br> Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Westhusings Inc <br> PO Box 546 <br> Stockton KS 67669 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Westmoreland Community Care Home Inc. <br> P.O. Box 156 <br> Westmoreland, KS 66549-0156 | | | | | | | 3 |

Sheet no. __287__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       371

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                              ,          Case No. _____
                          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wichita Trailer Inc<br>335 E 49th Street North<br>Park City KS 67219 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Wichita Truck and Tank Wash Inc<br>805 E 26th Street North<br>Wichita KS 67219 | | | | | | | 0 |
| ACCOUNT NO.<br><br>Carl Wicklund<br>No Current Address | | | | | | | 2 |
| ACCOUNT NO.<br><br>Richard C. Widener<br>P.O. Box 177<br>Granada, CO 81041-0177 | | | | | | | 59 |
| ACCOUNT NO.<br><br>Monte & Rachelle Widener JTWROS<br>310 W. 3rd St.<br>Ellinwood, KS 67526-1506 | | | | | | | 236 |

Sheet no. _288_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $              297

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re  Central Kansas Crude LLC                    ,        Case No. _____
        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wilbur Gibson RR 1, Box 42 Haviland, KS 67059 | | | | | | | 5,963 |
| ACCOUNT NO. | | | | | | | |
| Barbara L Wiley RTR Royalities LP PO Box 1340 Hilltop Lakes TX 77871 | | | | | | | 11 |
| ACCOUNT NO. | | | | | | | |
| Harlan R. Wilkens 4507 Winesap Dr. Hutchinson, KS 67502-1719 | | | | | | | 78 |
| ACCOUNT NO. | | | Represents Nexen Marketing USA Inc Case# | | | | |
| William D. Johnston Adams W. Poff James L Higgins The Brandywine Building 1000 West Street, 17th Floor Wilmington, DE 19801 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Represents Nexen Marketing USA Case# 09-707-UNA | | | | |
| William D. Johnston Esq. Adam W. Poff, Esq Youngm Conaway, Stargatt & Taylor, LLP 1000 West Street, 17th Floor Wilmington, Delware 19801 | | | | | | | 0 |

Sheet no. __289__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 6,052

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____,     Case No. _____
      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> William D. Woelk Trust <br> Sarah Woelk, Trustee <br> 4101 Ave C <br> Austin, TX 78751 | | | | | | | 1 |
| **ACCOUNT NO.** <br> William E. Keller Trust <br> 707 Ridgeway Ave <br> Pratt, KS 67124 | | | | | | | 2,625 |
| **ACCOUNT NO.** <br> William Lewis & Nancy Marchand <br> 801 Sycamore Street <br> Lacyane, KS 66040-7118 | | | | | | | 236 |
| **ACCOUNT NO.** <br> William R. Boyd Trust 5/1/88 <br> 2881 5 Valley View Blvd #8 <br> Las Vegas, NV 89102-0172 | | | | | | | 484 |
| **ACCOUNT NO.** <br> William S Boyd trust II <br> 3883 Howard Hughes PK - 9th FL <br> Las Vegas, NV 89169 | | | | | | | 1,453 |

Sheet no. __290__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $       4,799

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

B6F (Official Form 6F) (12/07) - Cont.

In re ___Central Kansas Crude LLC_____ ,   Case No. _____
        **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Cillie B. Williams 300 Gilpin Street Denver, CO 80218-4014 | | | | | | | 140 |
| ACCOUNT NO. Gerald D Williams 905 E 6th Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Lee E. Williford 2978 Lamplighter Court | | | | | | | 60 |
| ACCOUNT NO. Ray F. Williford 41 Melissa Lane Sterling, KS 67579-9083 | | | | | | | 60 |
| ACCOUNT NO. Georgia Willis 1308 E 5th Pratt KS 67124 | | | | | | | 0 |

Sheet no. __291_ of _300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        260

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re   Central Kansas Crude LLC                          ,          Case No. _____
    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jason M Willis 515 W 10th Pratt KS 67124 | | | | | | | 0 |
| **ACCOUNT NO.** Eileen E. Wilson 1021 Claremont Weatherford, OK 73096-3407 | | | | | | | 2,105 |
| **ACCOUNT NO.** Lenora Wilson 13508 State Hwy 76 Lindsay, OK 73052 | | | | | | | 1,024 |
| **ACCOUNT NO.** Ruth E. Wilson 3100 Bryon Ave Odessa, TX 79762-7982 | | | | | | | 876 |
| **ACCOUNT NO.** Larry & Eileen Wineland JTWROS P.O. Box 53 304 N. 3rd Otis, KS 67565-0053 | | | | | | | 10,347 |

Sheet no. __292__ of __300__ continuation sheets attached          Subtotal ► | $ | 14,352
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                         Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                                    ,        Case No. _____
              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mark R. Wisdom 820 Live Oak Rd NE Apt C. Albuquerque, NM 87122 | | | | | | | 403 |
| ACCOUNT NO. Ricky L Wittig 514 N Ninnescah Pratt KS 67124 | | | | | | | 0 |
| ACCOUNT NO. Wittig Investments PO Box 1327 McPherson KS 67460 | | | | | | | 0 |
| ACCOUNT NO. Wittig Transport Inc PO Box 1327 McPherson KS 67460 | | | | | | | 0 |
| ACCOUNT NO. Leon G. & Carol L. Wittner 11022 36th Ave Gig Harbor, WA 98332-8914 | | | | | | | 379 |

Sheet no. _293_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 782

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242

In re   Central Kansas Crude LLC                          ,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sarah E. Woelk <br> 4101 Ave C <br> Austin, TX 78751 | | | | | | | 1 |
| ACCOUNT NO. <br><br> Carolyn Wolfberg <br> 8 Dartmouth Drive <br> Rancho Mirage, CA 92270 | | | | | | | 507 |
| ACCOUNT NO. <br><br> Melinda I Wolfram <br> 2922 Manila <br> Houston, TX 77043 | | | | | | | 446 |
| ACCOUNT NO. <br><br> Womble Carlyle Sandridge and Rice PLLC <br> PO Box 601879 <br> Charlotte NC 28260 | | | | | | | 2,888 |
| ACCOUNT NO. <br><br> Delores B. Wood <br> 9078 Grameray Sr. <br> San Diego, CA 92123-4503 | | | | | | | 6 |

Sheet no. __294__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 3,848

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re ___Central Kansas Crude LLC_____ ,        Case No. _____
    **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Woodbine Financial Corp<br>P.O. Box 52296<br>Tulsa, OK 74152-0296 | | | | | | | 50 |
| ACCOUNT NO.<br><br>Bill &/Or Vicki Woodtral JTWROS<br>P.O. box 321<br>Great Bend, KS 67530 | | | | | | | 5 |
| ACCOUNT NO.<br><br>Betty J. Woydziak<br>336 Poston Rd Apt #M<br>Rose Hill, KS 67133 | | | | | | | 632 |
| ACCOUNT NO.<br><br>Woydziak Family Trust<br>10708 W. 128th Place<br>Overland Park, KS 66213-4516 | | | | | | | 632 |
| ACCOUNT NO.<br><br>Wrap Pack and Ship<br>209 S Main<br>Pratt KS 67124 | | | | | | | 0 |

Sheet no. __295__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $       1,319

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

B6F (Official Form 6F) (12/07) - Cont.

In re ___Central Kansas Crude LLC_____,     Case No. _____
               **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nancy Wray<br>1750 W. 93rd Street North<br>Valley Center, KS 67147-7825 | | | | | | | 21 |
| ACCOUNT NO.<br>Irene Wright<br>607 S. High<br>Pratt, KS 67124 | | | | | | | 113 |
| ACCOUNT NO.<br>Wright Truck Stop and Indian Grill<br>301 W Fowler<br>PO Box 367<br>Medicene Lodge KS 67104 | | | | | | | 189 |
| ACCOUNT NO.<br>Mona Marie Wysong<br>1015 W. 13th St<br>Larned, KS 67550-1909 | | | | | | | 178 |
| ACCOUNT NO.<br>Vernon &/or Arlene Yarmer<br>18018 Michaelis Road<br>Russell, KS 67665 | | | | | | | 2,812 |

Sheet no. _296_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   3,313

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342

B6F (Official Form 6F) (12/07) - Cont.

In re ___Central Kansas Crude LLC_____,    Case No. _____
    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Steven B. Yates<br>1829 N. Lark Circle<br>Wichita, KS 67212 | | | | | | | 213 |
| ACCOUNT NO.<br><br>Mark A. Yates<br>3808 Cherry Hills Dr.<br>Hutchinson, KS 67502 | | | | | | | 213 |
| ACCOUNT NO.<br><br>Darold D. & Carol Lee Yates<br>433 N. Westfield Ct.<br>Wichita, KS 67212-3754 | | | | | | | 426 |
| ACCOUNT NO.<br><br>Kendall Yates<br>P.O. Box 2446<br>Oklahoma City, OK 73101-2446 | | | | | | | 193 |
| ACCOUNT NO.<br><br>Steve P. & Tammy A. Yeakley<br>846 NW 10th Ave<br>Hoisington, KS 67544 | | | | | | | 1,699 |

Sheet no. __297_ of _300_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,744

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Central Kansas Crude LLC                              ,          Case No. _____
        **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> YMC Royalty Company LP <br> P.O. Box 201366 <br> Dallas, TX 75320-1366 | | | | | | | 53 |
| ACCOUNT NO. <br> Melvin A & Gerti Yoder <br> 3610 Mohawk Rd <br> Hutchinson, KS 67501 | | | | | | | 688 |
| ACCOUNT NO. <br> Marie Yoder <br> Colony Plaza <br> 404 St. Louis Ave #801 <br> Excelsior Springs, MO 64024-2152 | | | | | | | 695 |
| ACCOUNT NO. <br> Yvonne B. Sittner Estate <br> 8201 E. Harry #1406 <br> Wichita, KS 67207-4654 | | | | | | | 78 |
| ACCOUNT NO. <br> Robert E. Zaloudek <br> P.O. Box 187 <br> Kremlin, OK 73753-0187 | | | | | | | 2,324 |

Sheet no. __298__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 3,838

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 3342 -

In re ___Central Kansas Crude LLC_____,   Case No. _____
         **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> William M. Zaloudek <br> P.O. Box 187 <br> Kremlin, OK 73753-0187 | | | | | | | 2,324 |
| ACCOUNT NO. <br><br> Eleanor A. Zecha <br> 1461 NE. 110th Ave <br> Claflin, KS 67525-9110 | | | | | | | 72 |
| ACCOUNT NO. <br><br> Zee Medical Inc <br> PO Box 781523 <br> Indianapolis IN 46278 | | | | | | | 0 |
| ACCOUNT NO. <br><br> Maurine Zimmerman <br> 344 NW 80 Rd <br> Harper KS 67058 | | | Incurred: 2006 <br> Injection Point Lease Agreement | | | | 0 |
| ACCOUNT NO. <br><br> Shirley E. Zink <br> 1600 Cookson <br> Ponca City, OK 74604 | | | | | | | 298 |

Sheet no. __299__ of __300__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      2,694

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re ___Central Kansas Crude LLC_____,     Case No. _____
             **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Leon J. & Diane C. Zoglman <br> 4501 S. 295th West <br> Cheney, KS 67025 | | | | | | | 441 |
| **ACCOUNT NO.** <br> Arlene Zorn <br> 3600 Robin Road <br> Great Bend KS 67530 | | | | | | | 159 |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |

Sheet no. __300__ of __300__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $       600

Total ▶    $      20,985,929

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re  Central Kansas Crude LLC                    ,
              Debtor

Case No. _____

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Nexan Marketing USA Inc. 801 7 Ave SW Calgary Alberta Canada T2P 3P7 | | | | 3,448,498 |
| Chieftain Oil Company, Inc. P.O. Box 124 Kiowa, KS 67070-0124 | | | | 3,027,375 |
| Diversfield Operating Corp 1500 West 6th Ave #102 Golden, CO 80401 | | | | 2,354,182 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|-----|-----|-----|-----|-----|
| Chesapeake Energy Marketing<br>Attn: Jeff Harris<br>P.O. Box 18496<br>Oklahoma City, OK 73154 | | | | 1,705,735 |
| Redland Resource Inc<br>6001 NW 23rd Street<br>Oklahoma City, OK 73127 | | | | 1,381,149 |
| R & B Oil & Gas Inc.<br>Lerado Field Revenue Account<br>P.O. Box 195<br>Attica, KS 67009 | | | | 998,145 |
| Attica Gas Venture<br>PO Box 377<br>Attica KS 67009 | | | | 663,448 |
| Wallace Energy Inc<br>771 Steele St<br>Denver, CO 80206 | | | | 644,844 |
| Molz Oil Company<br>19159 SW Clairmont<br>Kiowa, KS 67070 | | | | 505,182 |
| Grynberg Oil Company<br>5299 OTC Blvd<br>Greenwood Village, CO 80111 | | | | 419,015 |
| H & W Oil Company<br>875 Petersburg<br>Munjor, KS 67601 | | | | 384,088 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33442 -

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Kansas Dept of Revenue 915 SW Harrison St Topeka KS 66625 | | | | 329,796 |
| Kansas Dept of Revenue Division of Taxation Mineral Tax Bureau 915 SW Harrison St Topeka KS 66601 | | | | 329,795 |
| Oklahoma Tax Commission Gross Production Section PO Box 26740 Oklahoma OK 73126 | | | | 296,818 |
| Messenger Petroleum 525 S. Main Kingman, KS 67068 | | | | 250,052 |
| Mike Kelso P.O. Box 209 Chase, KS 67524 | | | | 201,377 |
| Ward D. Craig DBA Craig Oil Company 15 South Main Russell, KS 67665 | | | | 196,577 |
| Timberline Oil & Gas Corp 24535 Juniper Road Hermosa, SD 57744 | | | | 172,889 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Bramwell Petroleum
15183 SW 25th AVE
Spivey, KS
67142-9074

157,590

Klima Well Service,
Inc.
P.O. Box 48
Great Bend, KS 67530

145,240

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____

Signature _____
/s/ Charles Touchstone

CHARLES TOUCHSTONE,
Managing Member

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re __Central Kansas Crude LLC_____   Case No. _____
               **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AGV Corp<br>P. John Eck<br>P.O. Box 377<br>Attica, KS 67009 | Commercial Security Agreements |
| Nexen Marketing USA Inc<br>801 7 Ave SW<br>Calgary Alberta<br>Canada<br>T2P 3P7 | Natural Gasoline<br>25,000 Barrels @ 3.175 Fixed USD/U.S. Gallons |
| Pratt Airport Authority<br>PO Box 867<br>Pratt KS 6724 | An area of pavement on the east edge of the old apron on the<br>north boundry of the existing lease. From a point  N/S 150' by E/W 290'<br>containing 1 acre +/- on lot 16 of the Pratt Industrial Airport, Pratt, Kansas |
| Nexen Marketing U.S.A Inc.<br>801 7 Ave SW<br>Calgary Alberta<br>Canada<br>T2P 3P7 | Natural Gasoline<br>75,000 Barrels @ 1.70 Fixed USD/US Gallons |
| Touchstone Trading and Transportation<br>411 S Main<br>Pratt KS 67124 | Equipment |
| Charlotte Simpson<br>1060 NE 10th Ave<br>Hoisington KS 67544 | A one (1) acre tract situated in the Southeast corner of the Southeast Quarter (SE/4)<br>of the North Half (N/2) of the Section Eight (8), township Sixteen (16) South,<br>Range Thirteen (13) West of the 6th P.M. Barton County Kansas |
| Moris Herl<br>Trustee of the Firma Herl Trust 1<br>1809 E 26th Street<br>Hays KS 67601 | situated in a tract of land starting at the fence post of the Northeast corner of<br>Roth Station located ing NW/4 of Sec 15, Township 15 South, range 18 West,<br>Ellis County Kansas |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re Central Kansas Crude LLC
_____
Debtor

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Maurine Zimmerman<br>344 NW 80 Rd<br>Harper KS 67058 | Southeast Quarter (SE4) Section Eight (8),<br>Township Thrity One (31) South, Range Eight (8) West |
| The Jack Olsta Company<br>810 L.H. 45 N,<br>Huntsville, TX 77320 | 1993 Heil  1HLD1A7B5P7G56729<br>1993 Heil  1HLD1A7B1P7G56730<br>2004 Heil  5HTDL452645G14908<br>2004 Heil  5HTDL452045G12905<br>2004 Heil  5HTDL452245G14906 |
| Ed Williams Heirs<br>Manager agent Mary Jane Stepp | Beginning at a point Three Hundred (300) feet North of the Southeast (SE) corner of the Northeast Quarter (NE/4) of the Southeast Quarter (SE/4) of Section eight (8), Township Ten (10) South, Range Twenty (20) West, Rooks County, Kansas |
| Unifirst Corporation<br>1707 N Mosley<br>Wichita KS 67214 | Unifroms |
| Professional Secretarial<br>Secretarial Services Inc<br>PO Box 427<br>Pratt Ks 67124 | Bookkeeping Services |
| Corporate Resource Service<br>11318 N May Ste C<br>Oklahoma City OK 73120 | Payroll Services |
| Bramwell Petroleum<br>15183 SW 25th AVE<br>Spivey, KS 67142-9074 | Operator |
| Bullseye Oilfield Service Inc<br>Attn: Traci<br>P.O. Box 8778<br>Pratt, KS 67124 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re Central Kansas Crude LLC

**Debtor**

Case No. _____

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| C T Operating<br>4214 N. Sweet Bay<br>Wichita, KS 67226 | Operator |
| Chesapeake Energy Marketing<br>Attn: Jeff Harris<br>P.O. Box 18496<br>Oklahoma City, OK 73154 | Operator |
| Chieftain Oil Company, Inc.<br>P.O. Box 124<br>Kiowa, KS 67070-0124 | Operator |
| CWB Company<br>P.O. Box 186<br>Hays, KS 67601 | Operator |
| Dark Horse Oil Company<br>34861 Forest Park Drive<br>Elizabeth, CO 80107-7879 | Operator |
| Deutsch Oil Company<br>8100 E. 22nd St. North, Building 600<br>Wichita, KS 67226 | Operator |
| Diversfield Operating Corp<br>1500 West 6th Ave #102<br>Golden, CO 80401 | Operator |
| Doonan Oil Inc.<br>P.O. Box 1466<br>Great Bend, KS 67530-1466 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC                                    Case No. _____
_____
        **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Doug Reh Chevrolet<br>1501 E 1st Street<br>Pratt KS 67124 | Operator |
| Ellinwood Oil Reclaiming<br>210 E. 7th<br>St. John, KS 67576 | Operator |
| Fred Grunder<br>DBA Grunder Oil<br>122 S. Main<br>St. John, KS 67576-2117 | Operator |
| Grynberg Oil Company<br>5299 OTC Blvd<br>Greenwood Village, CO 80111 | Operator |
| H & W Oil Company<br>875 Petersburg<br>Munjor, KS 67601 | Operator |
| Hart Energy LLC<br>Attn: Bill hart<br>6903 S. 78th East Avenue<br>Tulsa, OK 74133 | Operator |
| J H R Corporation<br>533 Washington Ave Ste #100<br>Pittsburg, PA 15017-2015 | Operator |
| KBW Oil & Gas Company<br>625 S. 10th<br>P.O. Box 124<br>Kiowa, KS 67070-0124 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

In re **Central Kansas Crude LLC**

Case No. _____

_____
Debtor

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Luman Energy Corp<br>10001 W. 54 HWY<br>Pratt, KS 67124 | Operator |
| Lyons & Lyons<br>P.O. Box 14148<br>Tulsa, OK 74159 | Operator |
| Messenger Petroleum<br>525 S. Main<br>Kingman, KS 67068 | Operator |
| Midco Exploration Inc.<br>414 Plaza Drive Suite 204<br>Westmont, IL 60559-1265 | Operator |
| MKJ Oil Company LLC<br>Kenneth Bergman<br>57 NW 80 Road<br>Harper, KS 67058 | Operator |
| Molz Oil Company<br>19159 SW Clairmont<br>Kiowa, KS 67070 | Operator |
| Nicholas Service Inc<br>P.O. box 115<br>Zenda, KS 67159 | Operator |
| Otto C Von Lintel Revocable Trust<br>117 E. 16th Street<br>Hays, KS 67601-3634 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re Central Kansas Crude LLC

Debtor

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pratt Well Service, Inc. <br> P.O. Box 847 <br> Pratt, KS 67124 | Operator |
| R & B Oil & Gas Inc. <br> Lerado Field Revenue Account <br> P.O. Box 195 <br> Attica, KS 67009 | Operator |
| Redboot Production Inc <br> P.O. Box 216 <br> Stafford, KS 67578-0216 | Operator |
| Redland Resource Inc <br> 6001 NW 23rd Street <br> Oklahoma City, OK 73127 | Operator |
| REIF Oil & Gas, LLC <br> P.O. Box 298 <br> Hoisington,KS 67544 | Operator |
| Schneider Oil & Gas LLC <br> P.O. Box 297 <br> Ft. Morgan, CO 80701 | Operator |
| Steve & Jeni Jones <br> 112 N. Grey <br> St. John, KS 67576-1923 | Operator |
| Timberline Oil & Gas Corp <br> 24535 Juniper Road <br> Hermosa, SD 57744 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC
_____
         **Debtor**

Case No. _____
                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wallace Energy Inc<br>771 Steele St<br>Denver, CO 80206 | Operator |
| Ward D. Craig<br>DBA Craig Oil Company<br>15 South Main<br>Russell, KS 67665 | Operator |
| Webco Oil Company<br>2136 NE 90th Ave<br>Hoisington, KS 67544-9734 | Operator |
| Advantage Resources Inc.<br>1775 Sherman St #1700<br>Denver, CO 80203-4316 | Operator |
| Dawson-Markel Exploration<br>P.O. Box 2446<br>Oklahoma City, OK 73101-2446 | Operator |
| Giant Holdings LLC<br>223 W. 4th St.<br>Hutchinson, KS 67501 | Operator |
| High Sierra Crude Oil & Marketing LLC<br>400 N. Woodlawn Ste#25<br>Wichita, KS  67208 | Operator |
| K & B Norton Oil Investments<br>P.O. Box 572<br>Hays, KS 67601-0572 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re Central Kansas Crude LLC

_____
Debtor

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Locust Grove Oil Company<br>2169 Locust Grove Rd.<br>Hays, KS 67601 | Operator |
| Pioneer Resources<br>177 W. Limestone Rd.<br>Philliosburg, KS 67661 | Operator |
| Pyle Petroleum<br>212 Old Grand Blvd<br>Tyler, TX 75703 | Operator |
| R & B (Jett Oil) Lerado<br>P.O. Box 195<br>Attica, KS 67009 | Operator |
| 4-D Petroleum Consultants LLC<br>40351 NE 50th Ave<br>Preston KS 67583 | Operator |
| Aleo Oil Company<br>1749 NW 30 Ave.<br>Hoisington, KS 67544-9068 | Operator |
| Apollo Energies Inc<br>Jim Byers<br>10378 N 281 Hwy<br>Pratt Ks 67124 | Operator |
| Attica Gas Venture<br>PO Box 377<br>Attica KS 67009 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC
_____          Case No. _____
              Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| Bear Petroleum<br>PO Box 438<br>Haysville KS 67060 | Operator |
| Klima Oil, Inc.<br>P.O. Box 48<br>Great Bend, KS 67530-0048 | Operator |
| Mike Kelso<br>P.O. Box 209<br>Chase, KS 67524 | Operator |
| Roger Krier<br>P.O. Box 763<br>Great Bend, KS 67530-0763 | Operator |
| TKO Investments Inc.<br>10881 W. Mcarter Road<br>Dodge City, KS 67801-6763 | Operator |
| Cara Ventures Inc.<br>C/O Paul Carageannis<br>P.O. Box 771189<br>Wichita, KS 67277-1189 | Operator |
| DHP Investments LTD<br>212 Old Grande Blvd, Ste C100<br>Tykler, TX 75703 | Operator |
| Klima Well Service, Inc.<br>P.O. Box 48<br>Great Bend, KS 67530 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re **Central Kansas Crude LLC**
                                                    Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Saxon Oil Company<br>C/O Sioux Sinnott<br>5910 N. Central Expressway Suite 1250<br>Dallas, TX 75206 | Operator |
| Thomas Garner<br>Trenton L. Teager JTWROS<br>305 E. 7th<br>St. John, KS 67576 | Operator |
| Brent Siroky<br>P.O. Box 303<br>Pratt, KS 67124 | Operator |
| C & A Oil, LLC<br>P.O. Box 639<br>Russellville, AL 35653 | Operator |
| Ralph Klaus<br>10501 E. 35th Circle South<br>Wichita, KS 67210 | Operator |
| Semcrude LP<br>One greenway Plaza St #700<br>Houston, TX 77046 | Operator |
| Triple S Tank Truck Service<br>11216 E. Longview Rd<br>Burrton, KS 67020 | Operator |
| Vincent Oil Operation<br>155 N. Market Street, Ste 700<br>Wichita, KS 67202-1821 | Operator |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re <u>Central Kansas Crude LLC</u>  Case No. _____
      **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tiger Oil & Gas<br>2400 N. Woodlawn Boulevard<br>Wichita, KS 67220 | Operator |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re  Central Kansas Crude LLC
_____
        **Debtor**

Case No. _____
                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chuck and Rhonda Touchstone<br>616 W 1st Street<br>Pratt KS 67124 | The Peoples Bank<br>Post Office Box 8<br>Pratt, KS 67124 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

# United States Bankruptcy Court
### District of Kansas

In re    Central Kansas Crude LLC

               Debtor

Case No. _____

Chapter     11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 3 | $ 13,515,357 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 3,938,728 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 493,654 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 301 | | $ 20,985,929 | |
| G - Executory Contracts and Unexpired Leases | YES | 11 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 323 | $ 13,515,357 | $ 25,418,311 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33242 -

# United States Bankruptcy Court
## District of Kansas

In re    Central Kansas Crude LLC                               Case No. _____

Debtor

Chapter ____11____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

In re    Central Kansas Crude LLC            Case No. _____

**Debtor**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                             Debtor:

Date _____        Signature: _____

                                                      (Joint Debtor, if any)

                                     [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____

Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____        _____

      Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the   Managing Member        [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Central Kansas Crude LLC       [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   325   sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____ /s/ Charles Touchstone _____

                                             CHARLES TOUCHSTONE

                               [Print or type name of individual signing on behalf of debtor.]

---

            *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In Re  Central Kansas Crude LLC                                    Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT       | SOURCE            |
|------|--------------|-------------------|
| 2009 | 2180050.71   | TRUCK INCOME      |
| 2008 | 127305.074   | 2008 TAX RETURN   |
| 2007 | 56935877     | 2007 TAX RETURN   |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

**2. Income other than from employment or operation of business**

None ☒

     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ☒

  *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| The Peoples Bank<br>Post Office Box 8<br>Pratt, KS 67124 | 20th of each month | 256,041.45 | |
| Beall Corporation<br>Mailstop LB 631030<br>PO Box 4687<br>Portland OR 97208 | Various | 7008.49 | |
| AW Corporate Resources<br>EFT Wire Transfer<br>For Payroll | Bi-Weekley | 373,641.61 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Becker Tire<br>PO Box 268<br>904 Wahington<br>Great Bend KS 67530 | Various | 11631.97 | |
| Central Truck Equipment INC<br>10213 Lake Road<br>Pratt KS 67124 | | 15,881.50 | |
| Davis and Davis Company<br>PO Box 9922<br>Denver CO 80209 | | 7437.93 | 0 |
| Donald R Albers CPA<br>PO Box 39<br>Cherokee OK 73728 | | 5672.75 | |
| Doonan Peterbilt of Great Bend<br>PO Box 1286<br>Great Bend KS 67530 | | 12317.58 | |
| Insurance Planning Inc<br>PO Box 430<br>Great Bend KS 67530 | | 28308.00 | |
| The Jack Olsta Co<br>810 IH 45 N<br>Huntsville TX 77320 | | 15000.00 | |
| Kessler Construction | | 100,000.00 | |
| K and S Tire Inc<br>P.O. Box 6<br>Alva, OK 73717 | | 11,877.87 | |
| MAC Clet Electric<br>1110 Paxanne Drive<br>PO Box 411<br>Great Bend KS 67530 | | 5065.19 | |
| Mastercard | | 81,895.64 | |
| McJunkinred Man<br>PO Box 676316<br>Dallas TX 75267 | | 8,556.39 | |
| Moeder Oil Co Inc<br>PO Box 653<br>Great Bend KS 67530 | | 73,216.17 | |
| Professional Secretarial<br>Secretarial Services Inc<br>PO Box 427<br>Pratt Ks 67124 | | 8,288.60 | |
| Kenny Poston | | 19,000.00 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Scott's Welding Service Inc<br>2907 26th<br>Great Bend KS 67124 | | 28,974.53 | |
| The Sulton Company Inc<br>PO Box 7736<br>Moore OK 73160 | | 22,934.14 | |
| Total Lease Serivce Inc<br>1309 Toulon Ave<br>Hays KS 67601 | | 6,791.84 | |
| The Travlers Indeminty | | 5,972.00 | |
| Unifirst Corporation<br>1707 N Mosley<br>Wichita KS 67214 | | 6,661.32 | |
| Walker Tire | | 9,700.00 | |
| Warren Bros Inc<br>PO Box 1879<br>Great Bend KS 67530 | | 6,131.35 | |
| Womble Carlyle Sandridge and Rice PLLC<br>PO Box 601879<br>Charlotte NC 28260 | | 7,136.81 | |

None

☐  *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chuck Touchstone<br>Relationship: Managing Member | Various | 168,499.92 | |
| David Lawson<br>421 S 7th Street<br>Kiowa KS | | | |
| Touchstone Property Management, LLC<br>413 S. Main<br>Pratt, KS 67124<br>Relationship: Managing Member | Various | 42,000.00 | |
| Touchstone Trading & Transportation Inc.<br>411 S. Main<br>Pratt, KS 67124-2626 | Various | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Thomas Gardner & Trenton L. Teager vs Central Kansas Crude, LLC CaseQ# 08 CV 1333 | Recover Money | Barton County, KS Clerk of the District Court | Judgement |
| Celeste Grynberg and Jack J. Grynberg dba Grynberg Oil Company vs Central Kansas Crude Case# 09 CV 419 | Recover Money | District Court, Weld County, Colorado 915 10th Street P.O. Box 2038 Greeley, Colorado 80631 | Judgement |
| Diversified Operating vs CentralKansas Crude, LLC Case# 08 CV 757 | Recover Money | District Court of Weld County, Colorado | Judgement |
| Earl Tom Pyle dba Pyle Petroleum and DHP Investments, Ltd. vs Central Kansas Crude, LLC Case # 09 CV 9 | Recover Money | District Court of Ellis County, Kansas | Judegement |
| K & B Norton Oil & Investments, LLC vs Central Kansas Crude, LLC Case# 08 CV 149 | Recover Money | District Court of Ellis County, Kansas | Judgment |
| Dark Horse Oil Company, LLC vs Central Kansas Crude, Inc, Case# 08 CV 37 | Recover Money | District Court of Rooks County, Kansas | Judgement |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Brett Hilderbrand vs Central Kansas Crude, Inc. Case# 08 CV 39 | Recover Money | District Court of Rooks County, Kansas | Judgement |
| C.W. Bowles cs Central Kansas Crude, Inc. Case# 08 C 140 | Recover Money | District Court of Ellis County, Kansas | Judgement |
| H2E, LLC vs Central Kansas Crude, Inc. Case# 08 CV 35 | Recover Money | District Court of Rooks County, Kansas | Judgement |
| Nexen Marketing U.S.A. Inc., vs Central Kansas Crude, LLC Case# 09-707-UNA | Recover Money | Unites States District Court for the District of Delaware | Petition |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

### 6. Assignments and Receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Zac Touchstone | Son of President | 9/09 | $20,000.00 |

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 40210 Runway Blvd Pratt KS Gas Explosion $200,000.00 in damages | | 6/17/2009 |
| Hiel Trailer | Ruined Rear Axel | 3/9/09 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Zac Touchstone Work Comp | Injured in explosion | 6/17/09 |
| 80lb Vacuum Tank | Valve malfuntioned & damaged tank | 7/2009 |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Nicholas R. Grillot Redmond & Nazar, L.L.P. 245 N. Waco, Suite 402 Wichita, KS 67202-1117 | 11/12/2009 | $45,000.00 |

---

**10. Other transfers**

None ☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Touchstone Trading & Transportation, Inc 411 S. Main Pratt, KS 67124 | April 2009 | 2 Trucks |
| Touchstone Trading & Transportation, Inc. 411 S. Main Pratt, KS 67124 | Monthly | Lease Payments |
| Charles A. Touchstone | Monthly | Stockholder Loan |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 111 W. 2nd Pratt KS | | 2002 - 2005 |
| 920 E. 1st Pratt KS | | 2004 - 2005 |
| 413 S. Main Pratt KS | | 2005 - Present |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Donald R. Albers<br>220 North Main<br>Cheney, KS 67025 | Aug 2008 to Present |
| Professional Secretial Services, Inc<br>413 S. Main<br>Pratt, KS 67124 | 04/02 to Present |
| Robert Householder<br>223 S. Main<br>Pratt, KS 67124 | 2002 - August 2008 |
| Von Hampton<br>207 S. Main<br>Pratt, KS 67124 | 09/02 to 09/03 |

None ☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Professional Secretarial Services | 413 S. Main<br>Pratt, KS 67124 |
| Donald R. Albers | 220 North Main<br>Cheney, KS 67025 |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐    a financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

| NAME AND ADDRESS | DATE<br>ISSUED |
|---|---|
| Peoples's Bank<br>for Touchstone Trading &<br>Transportation, Inc<br>& Central KS Crude<br>Post Office Box 8<br>Pratt, KS 67124 | Monthly Financial Statements |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 05/20/2009 | Daniel R. Duckwall - Duckwall &<br>Company, Inc. | 3,757,630.00<br>Liquidation |
| 08/27/2000 | Daniel R. Duckwall - Duckwall<br>Company, Inc. | $4,802,675.00<br>FMV |

None b.    List the name and address of the person having possession of the records of each of the two inventories
☐      reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 05/20/2009 | Duckwall & Company, Inc |
| 08/27/2000 | Duckwall & Company, Inc. |

**21. Current Partners, Officers, Directors and Shareholders**

None a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Charles A. Touchstone 616 W. 1st Pratt, KS 67124 | Member CKC | 50 |
| Rhonda Touchstone 616 W. 1st Pratt, KS 67124 | Member CKC | 50 |
| David Lawson | Officer | Equity Interest |

None b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐      directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Charles Touchstone 616 W. 1st Pratt, KS 67124 | Member | 50% |
| Rhonda Touchstone 616 W. 1st Pratt, KS 67124 | Member | 50% |
| David Lawson | Officer | Equity Interest |

**22. Former partners, officers, directors and shareholders**

None
☒
a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☒
b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None
☐
If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group**

None
☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds**

None
☐
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

401K Trust
Corporate Resources

*    *    *    *    *    *

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature     /s/ Charles Touchstone
                                                        _____
                                                        CHARLES TOUCHSTONE,
                                                        Managing Member
                                                        _____
                                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

<u>    0   </u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

```
1989 Corp LTD
CO Ruben Dreiling
6365 W 6th Ave
Lakewood KS 80214-2362


4-D Petroleum Consultants LLC
40351 NE 50th Ave
Preston KS 67583


54 Pickup
2600 E 1st
Pratt KS 67124


A A Minerals LLC
PO Box 3357
Englewood CO 80155


A Christopher Bouziden
PO Box 452
Alva OK 73717


Marie A Abbott
4005 S Cedar Place
Broken Arrow OK 74011-2411


Abes Oilfield Service LLC
PO Box 43
220 Stanley
Spivey KS 67142


Ackman Exploration LLC
CO Edward J Ackman
1775 Sherman St 1700
Denver CO 80203


AD  Geraldine A Brown
141174 SW 25th Ave
Spivey KS 67142


AD Quest INC
RT 1 BOX 101
736 SW 120th Ave
Macksville KS 67557
```

Adams Electric and Plumbing
PO Box 914
Pratt KS 67124


Adeco Inc
PO Box 873
Hays KS 67601


Adele M Kuhn Vonpoushental Trt
Walter N Allen Jr Trustee
1233 Seidersville Road
Bethlehem PA 18015-5540


Advantage Resources Inc
1775 Sherman St 1700
Denver CO 80203-4316


Advantra RX


After Prom Party Parents
co Jeni Jones
PO Box 68
St John KS 67576


AGV Corp
P John Eck
PO Box 377
Attica KS 67009


Airgas Mid South
800 E 10th Street
Grent Bend KS 67530


Airsouth Insurance
PO Box 6727
Dothan AL 36305


AJAC Wash Bay
401 W Ave A
Attica KS 67009


Mitchell E Aker
1931 Williams Street
Sturgis SD 57785

Al Emmons
18808 Michaelis Ter
Russell KS 67665


Alan Downing Trustee
RR 67
Moscow KS 67952


ALB Inc
Craig Biggs
PO Box 173
Great Bend KS 67530


Steven L  Mary J Albers
15140 SW 70th St
Cunningham KS 67035


Donald R Albers CPA
PO Box 39
Cherokee OK 73728


Aleo Oil Company
1749 NW 30 Ave
Hoisington KS 67544-9068


Alex Singer Royalty Trust 1
George A Singer Successor Trst
Dept 130
Tulsa OK 74182


Margaret S Alexander
2801 New Mexico Ave NW
Washington DC 20007


Alfalfa Electric
PO Box 39
Cherokee OK 73728-0039


John Stephan Allexan
5912 S Dayton Court
Englewood CO 80111

Allison Mackenzie Raggio Trust
Sharon Adams Trustee
927 W 13th Street N
Wichita KS 67203


Alltel
PO Box 9001905
Louisville KY 40290


American Family Insurance
PO Box 1603
St Joseph MO 64502


American Family Life
Insurance Company
305 S Main
Pratt KS 67124


American Red Cross
Cannonball trail Chapter
114 N Main
Pratt KS 67124


American Sabre LLC
1973 14th Ave
McPherson KS 67460


American Tank Service LLC
PO Box 656
Hays KS 67601


American Trucking INC
PO Box 54
Sawyer KS 67134


Ampride

Pratt KS 67124


Amy C Warren Rev Trust
444 Riverview lane
St Charles MO 63301-0053

Robert L Anderson
1746 Cole BLVD Stev 350
Lakewood CO 80401-3295


Cheryl A  Thomas G Andrews
1112 Wedgewood Place
Newton KS 67114


Edwina T Andrews
143 Pond Street
Sharon MA 02067-2049


Angus Measurments Services
PO Box 14440
Odessa TX 79768


The Anthony Farmers Coop
PO Box 111
Anthony KS 67003


Anthony Medical Center
1101 East Spring
Anthony KS 67003


Apollo Energies Inc
Jim Byers
10378 N 281 Hwy
Pratt Ks 67124


Appreciated Advertising INC
PO Box 837
Shawnee Mission KS 66201


Aquila
PO Box 219703
Kansas City MO 64121


Arch Associates Inc
12205 Fireside Court
Derby KS 67037

Argent Energy Inc
1313 N Webb Rd 210
Wichita KS 67206


Ark Valley Electric
PO Box 1246
Hutchinson KS 67504


Denai A Armer
4500 Overland Dr 209F
Lawrence KS 66049


Dezert A Armer-Abrams
5718 E 41st North
Bel Aire KS 67220


Adeline Arnold
1085 W 6th
Colby KS 67701


Bill Arnold
694 SE 30th Rd
Bluff City KS 67018


Arthur N Unruh Trust
2916 Ivy Drive
N Newton KS 67117-8000


Theresa L Ash
15820 Plymouth Rd
Wichita KS 67230-7507


Thomas J Ashley
1551 SW Westover Road
Topeka KS 66604-2575


James C Ashley
Seperate Property Trust
28241 Crown Valley  PKWY F-233
Laguna Niguel CA 92677-4441


Associated Business Forms
230 N Walnut
Wichita KS 67203

Chuck Astle
303 S Buckeye Street
Stafford KS 67578


ATT
PO Box 650661
Dallas TX 75625


Attica Gas Venture
PO Box 377
Attica KS 67009


Attica Locker INC
PO Box 337
Attica KS 67009


Attica Saddle Club
PO Box 372
Attica KS 67009


Sally A Attwater
415 S Brookside
Wichita KS 67218


Austin C Widener Family Trust
1689 NE 80th Ave
Hudson KS 67545-9020


E Fern Axman
1101 Kansas Ave Apt 1102
Great Bend KS 67530


Lawrence Axman
1220 Randy Drive
Irving TX 75060


B  C Royalty
116 Eves Drive
Russell KS 67665

B and B Hydraulics INC
2400 Line Rd
PO Box 2973
Hutchinson KS 67504


B S and W Solutions LLC
PO Box 125
Woodward OK 73802


Bachman Production Speciaties
PO Box 96265
Oklahoma City OK 73143


Joe Baker
PO Box 931
Andover KS 67002


Nita Ballinger
34379 Row River Rd
Cottage Grove OK 97424-8574


Terry Bandy
PO Box 522
Canton KS 67428


Kenny Banks
311 and One Half N Franklin
Anthony KS 67003


Barber County Fair  Rodeo


Baringer Service INC
1108 NW 60 Rd
Attica KS 67009


Laura Jean Barlow
119 E 5th Street
Hoisington KS 67544-2162


Barnes Distribution
Dept Ch 14079
Palatine IL 60055

Matt Barringer

Pratt KS 67124


Donley J Barrow
306 SE 110th Avenue
Ellinwood KS 67526-9207


Barton County Treasurer
1400 Main Room 208
Great Bend KS 67530


Barton County Treasurer
Acct for Anna Pfenninger
1400 Main Room 208
Great Bend KS 67530


BASS
Po Box 17900
Montgomery AL 36141


Chris Batchman
PO Box 415
244 SE 120th Ave
Ellinwood KS 67526


Steven R  Nancy E Baumrucker
3721 Country Lane
Hays KS 67601-1524


Venita V Baxter
PO Box 117
Rye CO 81069-0117


Natalie Norris Beagley
430 S Windsor Street
Russell KS 67665-2814


Beall Corporation
Mailstop LB 631030
PO Box 4687
Portland OR 97208

Bear Petroleum
PO Box 438
Haysville KS 67060


Beaver Express

Pratt KS 67124


Karen Keller Becker
3800 19th Street
Great Bend KS 67530-7411


Becker Tire
PO Box 268
904 Wahington
Great Bend KS 67530


Robert E Beebe
PO Box 1281
Boulder CO 80306


Ben B Brown Income Fund Trust
777 Grant Street
Denver CO 80203-3501


Ben B Brown Trust
777 Grant Street
Denver CO 80203-3501


Mary L Bennett
 Cynthia Don Carlos JT
4674 S Mapelwood
Tulsa OK 74135


Barbara Bennett
8101 E Dartmouth Ave 73
Denver CO 80231-4260


Micheal Benson
11309 NE Prescott Street
Prortland  OR 97220-2459

Lisa Benson
8042 SW 56th Ave
Portland OR 97219-3221


Berniece Spicer Life Estate
9984 SE Kochia
HazeltonKS 67601-9011


Larry O Bernstorf
330 Wild Plum Road
Derby KS 67037-4241


Thomas J Berscheidt
2107 Forest Street
PO Box 550
Geart Bend KS 67530


Bertha A Schaffer Life Estate
2428 Dickens Ave
Manhattan KS 66502


Better Built Portable Building
and Toliver Enterprises
301 N Main
Sapulpa OK 74464


Clara Betterton
511 N Glenn Street
Ulysses KS 67880-2124


Betty M Traffas Rev Trust
109 Abbe Circle
Medicene Lodge KS 67104


Betty Wood Trust
RT 1 Box 120
Lewis KS 67552


Bettye L Rockhold Trust 1
Bettye and James Rockhold
PO Box 698
Great Bend KS 67530

Corrine Betz
100 West 36th Street
Hays KS 67601


Wilbert E Bevan
2737 T Road
Haviland KS 67059-4713


Bever Dye LC
301 N Main Ste 600
Epic Center
Wichita KS 67202


Bevo Production Co
113 W 18th Street
Amarillo TX 79101


Keith Bieberle
107 N Main Street
St John KS 67576


Clarence J  Joann Bieberle
1310 N Green Street
Hoisington KS 67554-1532


Clarence J Bieberle Revocable Trust
1310 N Green Street
Hoisington KS


Big Sky Mineral Trust
PO Box 3788
Arlington TX 76007-3788


Robert G Billings
PO Box 3726
Lawrence KS 66046


Richard A Billings
PO Box 3726
Lawrence KS 66046-0726

Leona A Birzer
1281 NE 50 Road
Ellinwood KS 67526


Agnes Birzer
co Rebecca A Hornung POA
323 O Road
Offerle KS 67563


Daryl Bishop
510 Gardner Box 452
Pratt KS 67124


Charlus Bishop
PO Box 321
Kingman KS 67068


Black Mountain Royalty LP
341 King Street Ste D
Charleston SC 29401


Black Sheep Roustabout LLC
PO Box 272
Medicene Lodge KS 67104


Black Stone Natural Resources
PO Box 201316
Houston TX 77216-1316


Blackburn Oil and Gas Inc
49651 S 360th Road
Pawnee OK 74058


Donald Blackwell
12541 Sandalwood Lane
Garden Grove CA 92840-5822


Merida W Blackwell
PO Box 673
Conifer CO 80433-0573


Roger D Blasi
20047 NW 10th Street
Pratt KS 67124-7721

David A Blasi
20219 NW 10th Avenue
Pratt KS 67124


Block Marcus and Williams LLC
1700 Lincoln Ste 4000
Denver CO 80203


Saundra Mae Blomenberg
9605 N 500 W
Decatur IN 46733-7834


BMNW Resources LLC
PO Box 180573
Dallas TX 75218-0573


Bobs Roustabout Service INC
PO Box 204
Medicene Lodge KS 67104


Bobcat Backhoe Service INC
1705 NE 20 Ave
Hoisington KS 67544


Steve or Tonni Bodine JTWROS
3624 21st St
Great Bend KS 67530


Bolen Office Supply INC
114 S Main
Pratt KS 67124


Ellen L Boone
1706 S Baylor St
Perryton TX 79070-4812


Doraine B Bordeaux
5847 Wolff Lane
Lincoln NE 68521-1035


Robert D Borrow
572 NE 40 Rd
Great Bend KS 67530

Sheila K Bosch
3499 176th Street
Gorham KS 67640-9713


Leroy  Rosemary Boswell
829 N Sugar
Kingman KS 67068


Rhett Bouziden
PO Box 452
Alva OK 73717


Steve Bouziden
PO Box 452
Alva OK 73717-0452


David Bouziden
PO box 663
Ashland KS 67831-0063


Carole Hinckley Boven
3521 Meadow Croft Street
Kalamazoo MI 49004-3133


Chad M Bowles
13909 Long Street
Overland Park KS 66221-4104


Ronald Boxberger
114 N Ash Street
Russell KS 67665


Randall R Boxberger
2929 SE 133rd Ave
Portland OR 97236


Donald Boxberger
353 W 14th Street
Russell KS 67665-1521


Tim Boxberger
418 N Main
Hoisington KS 67544

Timothy C Boxberger
4701 Quail Creek Drive
Great Bend KS 67530


Boxberger Automotive Repair INC
167 West First
Hoisington KS 67544


Monty Boyd
311 Alcide
Zeirick KS 67663


Loreta J Brack
3218 26th Street
Great Bend KS 67530-7151


Brack Family Trust
Orville  Bernice Brack TRSTE
2501 McKinley St
Great Bend KS 67530


Bracken Operating LLC
PO Box 973128
Dallas TX 75397


Mae Braddock
co Elderly Housing
100 Lincoln Blvd
Abington MA 02351-1940


Suzanne Lindsay Bradshaw
PO Box 7294
Little Rock AR 72217-7294


Brain Kent  Valerie Kay Loesch JT
545 Avenue R
Raymond KS 67573-9628


Kristina Bramwell
210 S Main
Spivey KS 67142

Bramwell Petroleum
15183 SW 25th AVE
Spivey KS 67142-9074


Carl R Brandt
221 W 4th Street
Lacrosse KS 67548-9552


Paul R Brandt
3929 NW Brickyard  Road
Topeka KS 66618-3529


Steven R Braumrucker
3721 Country Lane
Hays KS 67601-1524


Jordan C Braun
Rev Trust UA DTD 10594
100 N Broadway Ste 3020
Oklahoma City OK 73102


William Robertson Breckinridge
PO Box 10
Leonard OK 74043-0010


Brenda Sue Breeden
40655 Little River Lane
Aldie VA 20105-1937


Ronald Dale Brehm
Rt 2 Box 75
Shell City MO 64783


Brian L  Melissa A Mitter JT
220 NW 10th Ave
Hoisington KS 67544


Dean Britting
13735 E Pinnacle Drive
Wichita KS 67230-1545

Oletha May Britton
PO Box 282
Clayton NM 88415-0282


Zu Dell Broadwater
3403 Shadowbark Dr
Houston TX 77082-2343


Kimberly Elmore Brockman
PO Box 14913
Shawnee Mission KS 66215


Broken Spoke Trucking LLC
602 NE 140 Rd
Harper KS 67058


Lee Brooks
409 Sherwood Drive
Moore OK 73160


Robert G  Joann S Brooks
JTWROS
61149 S HWY 97 178
Bend OR 97702


Carolyn E Brower
2002 Westwood Drive
Norfolk NE 68701-3304


Nancy Brown
2515 N Main
Kingman KS 67068


William H  Shirley A Brown
309 Maxwell Street
Ulysses KS 67880-2332


Robert Brown
6930 Elephant Rd
Lubbock YX 79407


Back  Vera Brown
8965 E Fuston Street
Wichita KS 67207-5507

Rodney Brown
DBA MJT Oil
Box 112
115 3rd St
Gorham KS 67640


Juanita Bryant
Juanita Bryant Trustee
618 E 4th Street
Lacrosse KS 67548


Bucy Properties LLC
1775 Sherman St 2950
Denver CO 80203


R C Bufrer
PO Box 98
Douglas KS 67039-0098


Bulldog Supply
PO Box 251
Attica KS 67009


Mary Buller
PO Box 339
North Bend NE 68649


Bullseye Oilfield Service Inc
Attn Traci
PO Box 8778
Pratt KS 67124


Breniss Leslie Burgher
2451 E 40th St
Tulsa OK 74105-8212


Marilyn Lindsay Burgher
PO Box 14166
Tulsa OK 74159-1166


Sam Bryan Burk IV
10305 Nolina CV
Austin TX 78759

Richard K  Georgia S Burke
2200 Crescent Drive
Dodge City KS 67801


Larry K  Sonja C Burke
506 EL Trigo
Dodge City KS 67801


Dorothy P Burkhart
Epworth Towers
2800 Augusta Lane 203
Hays KS 67601


Maxine Burley
3507 W Cholla St
Phoenix AZ 85029


Nina J  Jerry L Burns
JT Life Estate
5946 240 th St
Denver CO 6441-8102


Artie L Bush
1322 N Kansas
Hastings NE 68901


Marilyn J Butler
5765 S 250th E
Peru IN 46970


Charles  Marilyn Button
137 NE 20th Ave
Great Bend KS 67530


Marry Lou Button
153 NE 20th Ave
Great Bend KS 67530


Robert E Button
1924 Van Buren
Great Bend KS 67530

Carol Vesta Buxton
6797 W 3rd Avenue
Lakewood CO 80226-1780


James L Byers
10378 N 281 Highway
Pratt KS 67124


Malinda Sue Byrd
21163 Mill Ranch Dr
Leesburg VA 20175


Byron V Voone Rev Trust
PO Box 630
Tulsa OK 74101-0630


C  A Oil LLC
PO Box 639
Russellville AL 35653


C  J Plumbing LLP
1229 N Main
Pratt KS 67124


C A Tice
No Current Address


C and J Plumbing LLP
1229 N Main St
Pratt KS 67124


C F Red Webb Living Trust
9407 Nashville Ave
Lubbock TX 79423-3905


C M Propherode
1809 E 18th Ave Apt 4
Denver CO 80218-1301


C T Operating
4214 N Sweet Bay
Wichita KS 67226

Jimmy S Cain
150 NE 20 Road
Great Bend KS 67530


Bonnie Cain
23875 3rd Ave
Siren WI 54872-8108


California Contractors Supplies
7729 Burnet Ave
Van Nuys CA 91405


Thomas W Campbell
HCR 60 Box 73A
Springer OK 73458-9722


Casey Campbell
Wilson State Bank
PO box 707
Russell KS 67665


Campbells Tire and Service
515 N LL and G Ave
Anthony KS 67003


Cannonball Trail Chapter
American Red Cross
114 N Main Ste B
Pratt KS 67124


Canyon Exploration Comp
PO Box 15205
Amarillo TX 79105


Cara Ventures Inc
CO Paul Carageannis
PO Box 771189
Wichita KS 67277-1189


Vaughn Carter
1524 Regency Dr
Lincoln NE 68506

Eldin Carter
435 N Stark Weather
Pampa TX 79065


Donald Carter
4591 S Cedardale Ave
Wichita KS 67216-2904


Cameron Carter
635 Highland Avenue
Salina KS 67401-4216


Willard R Carter
733 East 12th
Russell KS 67665


Donald  Louise Carter
Irrevocable Trust DTD 1107
PO Box 800
Salina KS 67401


Cascade Energy LP
PO Box 7849
Dallas TX 75209


Brandon Cates


Dustin Cates
215 N Hamilton
Pratt KS 67124


Barbara E Caughron
9615 South Rock Road
Valley Center KS 67147


CDS
620 N Main
Pratt KS 67124


Michael Cekosky
917 British
Grand Prairie TX 75050

Robert Cekosky
PO Box 534
Defuniak Springs FL 32435


Paul J Cella Jr
1658 Ivy Street
Denver CO 80220


Central Fuel and Services INC
PO Box 396
Coldwater KS 67029


Central Truck Equipment INC
10213 Lake Road
Pratt KS 67124


Chain Land  Cattle Co
Ralph Chain - President
RT 1 PO Box 159
Canton OK 73724


Bill Chapin
co Helen Abt
PO Box 121
Medicene Lodge Ks 67104


Dwight Chapin
PO Box 121
Medicine Lodge KS 67104


Troy Chapman
1006 W 1st
Pratt KS 67124


Charles L Cherry  Associates
12084 Nectar Lane
Brookwood AL 35444-3752


Chesapeake Energy Marketing
Attn Jeff Harris
PO Box 18496
Oklahoma City OK 73154

Chevron HRSC
PO Box 382064
Pittsburgh KS 15251


Chieftain Oil Company Inc
PO Box 124
Kiowa KS 67070-0124


Chieftain Supply Co
PO Box 124
Kiowa KS 67070


Laverne S Childers
26870 Augusta Drive
Sun City CA 92586-2903


Chisholm Energy LTD
PO Box 25313
Dallas TX 75225


Choctaw Energy LTD
PO Box 6387
San Antonio TX 78209


Robert W Christensen
PO Box 148
Medicine Lodge KS 67104


Clarence R Christians
1961 NE 40th Ave
Hoisington KS 67554-1532


Albert Earl Christians
220 W McPherson
Lindsborg KS 67456


Alan Christians
PO Box 386
Lindsborg KS 67456


Bradley D Christians  Kathy L JT
79 Lost Pond Circle
The Woodlands TX 77381

Shirley Nelson Christiansen
22 Grandview Ct
Lake Ozark MO 65049-6310


Dimitrios Christie
6614 Redding Road
Houston TX 77036


Steve Christie
PO Box 741763
Houston TX 77274


Chuck and Rhonda Touchstone
616 W 1st Street
Pratt KS 67124


Alvera C Chvilicek
206 North A
Marienthal KS 67863-5040


Cimarron Health Center
2340 E Main
Cushing OK 74023


Cirgina Lee Elliott Family TR
CO Omega Bank Trust Dept
PO Box 298
State College PA 16804-0298


City of Pratt
PO Box 519
Claflin KS 67525


City of Russell
Electronic Department
PO Box 112
Russell KS 67665


Anne C Clack
201 Catharine
Morganville KS 67468-9104

Claflin Golf Course Inc

Claflin KS 67525


Claflin Pump and Supply
PO Box 519
Claflin KS 67525


Clara Barton and Russell Clinics
252 W 9th Street
Hoisington KS 67544


Clark County Treasurer
PO Box 185
Ashland KS 67831


Clearwater Truck Company
5650 N Broadway Street
Park City KS 67219


Cliff Keller Dirt
Construction
PO Box 442
Pratt KS 67124


Stephen E Cline
2704 Derenda Drive
Hutchinson KS 67502


Lloyd D Clothier
241 Old Oaks
Kerrville TX 78028


Coast of Colorado
6803 E 47th Ave Unit G
Denver CO 80216


Cobra Petroleum Company
PO Box 136355
FT Worth TX 76136-0355


Gary Cole
23502 S Andre Road
Langdon KS 67583

Ruth K Collingwood
4949 E Orme Street
Wichita KS 67218


Bernard G Collins
1201 W River Blvd Apt 206
Wichita KS 67203


Colorado Dept of Revenue
Severance Tax Section
Denver CO 80261


State of Colorado Oil and Gas
Conservation Commission
1120 Lincoln Street Ste 801
Denver CO 80203


Colorado Plains Medical Center
1000 Lincoln Street CS 4200
Fort Morgan CO 80701


Colorado Public Utilites
Commission
PO Box 2327
Englewood CO 80150


Columbine II LTD Partners
A S Pollack
PO Box 22854
Denver CO 22854


Deborah L Conway
1749 Wildfire Road
Estes Park CO 80517


Adeline B Cook
50333 Red Arrow HWY
Lawrence MI 49064-8782


Charles W Cook
6248 S Niagra Court
Englewood CO 80111-4442

Cooper Tire of Pratt INC
1202 E 1st Street
Pratt KS 67124


Coot Oil Company
1614 Cypress Point drive
Lawrence KS 66044


Constance S Corcoran
1307 Luther Street
Emporia KS 66801-6038


Corlena Production Co
619 Tyler Ste 210
Amarillo TX 79101


Corporate Estimated Tax
KS Dept of Revenue
915 SW Harrison
Topeka KS 66625


Corporate Resource Service
11318 N May Ste C
Oklahoma City OK 73120


Larry Coss
510 N Thompson Street
Pratt KS 67124


Russell County Treasurer
Acct for Fannie N Goodnow
PO Box 855
Russell KS 67665


Michael B Cox
201 Wilcrest Apt 504
Houston TX 77042


Cox Communications
PO Box 22142
Tulsa OK 74121

Marvin M Cox Jr
8809 Clubside Ct
Wichita KS 67206


R Gene Craig
217 W 15th
Hays KS 67601


Ward D Craig
DBA Craig Oil Company
15 South Main
Russell KS 67665


Joseph D  Julianne J Craig
JTS OR
2502 Woodward Blvd
Tulsa OK 74114


Merwyn  Donna Crandell JTWROS
PO Box 639
Russelville AL 35653


Creative Apparel
101 S Coats St
Sawyer KS 67134


Crestveiw Country Club
1000 N 127th Street East
Wichita KS 67206


Larry L  Jean L Croissant
4936 Wild County Road 83
Briggsdale CO 80611


Larry Cross
510 N Thompson Street
Pratt KS 67124


Laveda I Cross
PO Box 375
Lewis KS 67552-0375

Crosseyed Customs
Jason and Michelle Fahring
134 West Ave A
Attica KS 67009


Tina Crump
289 Jupiter Drive
Littleton CO 80124


CT Operating Company
4214 N Sweet Bay
Wichita KS 67226


Cloyd D Cully
1214 S Oliver Road
South Haven KS 67140


Cunningham Ready Mix and Const LLC
PO Box 64
Cunningham KS 67035


Phillip L Curtis
1403 W Broadway 41
Apache Junction AZ 85220


Thomas Curtis
347 SE 80th Ave
Ellinwood KS 67525


Lee Curtis
Rt 2 Box 163
St John KS 67576-9401


CWB Company
PO Box 186
Hays KS 67601


D and M Investments LLC
PO Box 184
Hays KS 67601

D D  B Farm Corp Inc
CO Leroy Donovan
PO Box 894
Great Bend KS 67530-0894


D S  W Well Servicing Inc
403 W Front Street
Claflin KS 67525


Dallas Crude Oil Association

Dallas TX


Damar Development Co
PO Box 70
Hays KS 67601-0070


Cortney J Damm
5548 Oil Center Road
Great Bend KS 67530


Maurice J Damm
5845 Hemlock
Great Bend KS 67530


Dana Properties A Partnership
PO Box 68
Dumont CO 80436-0068


Joan Daniel
9810 W Murdock Street
Wichita KS 67212-4456


Terri W Danielson
2212 Warren Avenue N
Seattle WA 98109


Dans Safe and Lock Service
10257S Hwy 281
PO Box 173
Pratt KS 67124

Darby Production Co
3939 S Troost Avenue
Tulsa OK 74105


Dark Horse Oil Company
34861 Forest Park Drive
Elizabeth CO 80107-7879


Dark Oil Company
PO Box 246
Attica KS 67009


Darks Landing
137 W Ave C
Attica KS 67009


Dartmouth Sand and Gravel
120 East 11th
Hoisington KS 67544


David L Wesseler Rev Trust
PO Box 19
Lorraine KS 67549-0019


Catherine L Davis
11902 Stepping Stone Lane
Houston TX 77024-5009


Alan F Davis
1324 N Fieldcrest
Wichita KS 67230


Drake Davis
21 Briar Hollow Lane 209
Houston TX 77027


Danny S Davis
5005 Riverway Drive S-440
Houston TX 77056


LD Davis
7 SW 26th Ave
Great Bend KS 67530

Marian Legge Davis
7000 Soldiers Road
Penngrove CA 94951-9739


Warren Davis
PO Box 404
Pratt KS 67124


Davis and Davis Company
PO Box 9922
Denver CO 80209


Davis Chiropractic Center
122 E 3rd
Pratt KS 67124


Dawson-Markel Exploration
PO Box 2446
Oklahoma City OK 73101-2446


Daylight Donuts
310 S Main
Pratt KS 67124


Dewey Dean
707 S Knoxville Ave
Tulsa OK 74112-3841


Mary Ann Dean
CO Janet Crane
4615 Camelot Dr E
Great Bend KS 67530


Lawrence L  Shelby Debes
805 W 4th
Larned KS 67550


Charles K DeForest
1211 Davis Court
El Dorado KS 67042

Richard L Deforest
726 N Yale
Wichita KS 67208


Malcolm Deisenroth Jr
PO Box 2558
Broken Arrow OK 74103-2558


Tom Denning
DBA TDI Oil Operations
1310 Bison Road
Hays KS 67601-9696


Dennis J Michaelis Life Estate
445 Silver Bluff Road
Aiken SC 29803-7889


Kansas Dept of Revenue
Severance Tax Section
915 SW Harrison St
Topeka KS 66625


Lenatta Deutsch
Charles Gustin POA
1976 NW 100th Ave
Olmitz KS 67564


Deutsch Oil Company
8100 E 22nd St North Building 600
Wichita KS 67226


Barney L Deweese
6333 Carson Dr
Olive Branch MS 39654-8743


DHP Investments LTD
212 Old Grande Blvd Ste C100
Tykler TX 75703


Diamond J Trucking LLC
714 N Franklin
Anthony KS 67003

Diamondback Exploration
PO Box 51242
Amarillo TX 79159


Verla J  William T Dickey
35444 W 52nd
Orrick MO 64077


Gertrude M Dietz
4400 W 115th 253
Leawood Park KS 66221


Connie S Dietz
624 Terrace Drive
Pratt KS 67124


Rose F Dietz
6735 W 108th Terr
Shawnee Mission KS 66211


Carla Y Dillard
1525 W Maple
Durant OK 74701


Dillions
1108 E 1st Street
Pratt KS 67124


Leroy A Dinges
1113 Stonecrest Road
Hays KS 67601-9752


Norman G Dinges
3181 SE Sam Jackson Park Road
Portland OR 97201


Jason Dinges
DBA J  D Investments
1584 Smoky Hill River
Hays KS 67601

District Court of Russell Co
Acct Casey Campbell
PO Box 429
Russell KS 67665


Diversfield Operating Corp
1500 West 6th Ave 102
Golden CO 80401


Steve Dixon
4300 Rock Canyon Road
Edmond OK 73003-2934


DNO LLC
PO Box 372
Hays KS 67601


Dobbins Family Trust
Mary F Robbins Trustee
4160 Jade Street 63
Capitola CA 95010


Dalene Dohm
11076 SE Walstead
Sharon KS 67138


Don C Stabb
Attorney at Law
1301 Oak Street
Hays Kansas 67601


Donald A Wilkens Trust 1
ME Wilkens C A Miller
1201 Aylward Ave
Ellsworth KS 67439


Donald D Karst Rev Trust DTD 12892
Todd Templeton
PO Box 863
Russell KS 67665


Doonan Oil Inc
PO Box 1466
Great Bend KS 67530-1466

Doonan Peterbilt of Great Bend
PO Box 1286
Great Bend KS 67530


Doonan Trailer LLC
36 NE Hwy 156 Bldg B
Great Bend KS 67530


James V Doran
PO Box 335
St John KS 67576-0335


Dorchester Minerals LP
PO Box 840127
Dallas TX 75284-0127


Dorothy I Brinson LVG Trust DTD 112808
1198 NE 160 Rd
Claflin KS 67525-9193


Doug Reh Chevrolet
1501 E 1st Street
Pratt KS 67124


Winifred Dove
312 S Gray Street
St John KS 67576


Dr Chris D Hawthorn DDS
120 East Broadway
Cushing OK 74023


Dr Bernard Dreiling
1500 E Woodrow Wilson Avenue
Jackson MS 39216-5116


Dreiling Living Trust Date
3 Mulligan Court
Ocala FL 34472-5010

Dreiling Bieker  Hoffman LLP
Robert Diehl
111 West 13th Street
PO Box 579
Hays Kansas 67601


Duckwall and Company
PO Box 580187
Tulsa OK 74158


Merle Dumler
2340 33rd Ave
Greeley CO 80634-7523


Calvin F Dumler
5606 Navajo Road
Great Bend KS 67530


Robert R Dumler
9513 Ketstone Dr
Lees Summit MO 64086-9719


David M Dumler
9809 Howard Road
Lees Summit MO 64086-9539


Charles Duncan Jr  Ruth L
Family Trust-Survivors Trust
Inn At The Park
10 Marquette Apt 118
Irvine CA 92612


Bernadette A Duto

Randolp UT 5060


DXP Enterprises INC
PO Box 201791
Dallas TX 75320


E  V Oil Company Inc
122 NW 130 Road
Hoisington KS 67544

E I A LLC
18144 E Weaver Drive
Aurora KS 80016


E K Haggerty Rev Trust
2303 Oak River Court
Troy MI 48098-5413


E L A Incorporated
208 West A Street
Ellinwood KS 67526


EDJ Inc
PO Box 1005
Great Bend KS 67530


Dolores Y Earnest
629 E Margaret Street
Russell KS 67665-3110


Edith G Vansyckle Family Trust
PO Box 840738
Dallas TX 75284-0738


Robert Catlett Edmiston
PO Box 1001
Kellyville OK 74039


Almond A Edward
368 Orange Lane
Tampa FL 33610-9368


Edward County Treasurer
Acct for Blackburn Oil and Gas
PO Box 246
Kinsley KS 67547


Edward Lee Markewell Jr REV
Lifetime Trust 6397
PO Box 2446
Oklahoma City OK 731012446

Edwin  Mary Mermis Rev LVG Trust
PO Box 33
Gorham KS 67640


Edwin H Organ Estate
Larry Helsep Exec
1109 Vanscoy Drive
Gillette WY 82718-6222


Egging Roustabout Service
PO Box 8642
Pratt KS 67124


Dwayne Ehrlich
1919 Lime Tree Drive
Edgewater FL 32141-3903


Randolph A Ehrlich
19409 4-Corners Rd
Bunker Hill KS 67626


Chad Ehrlich
3510 21st Street
Great Bend KS 67530


Shirley Lynn Ehrlich
3600 Darwin Dr
Fremont CA 94555-3328


EIA llC
18144 E Weaver Drive
Aurora KS 80016


EIV Petroleum Interests LLC
PO Box 961207
Fort Worth TX 76161-0207


EL Paso EP Company LP
PO Box 200682
Houston TX 77216-0682


Elaine J Brinson LVG Trust DTD 103108
7301 Waverly Ave
Kansas City  KS 66109-2465

Elfrieda Woydziak Trust
Trust DTD 1406 Trustees
PO Box 464
Claflin KS 67525


Elinor M Walton Trust
 Greg Alexander
16 Circle Drive
Mulvane KS 67110


Elizabeth Schreiner Rev Trust
209 N Main
Sharon KS 67138


Ellinwood Oil Reclaiming
210 E 7th
St John KS 67576


Paul Charles Ellison
4308 N Interstate 20
Trent TX 79561


John R Elmore III
PO box 3733
Lawrence KS 66046-0733


Enbridge Pipelines Ozarks
5465 Paysmere Circle
Chicago IL 60674


Energy Projects Inc
7476 Nuthatch Circle
Parker CO 80134


Energy Royalties LLC
5100 Westheimer Ste 200
Houston TX 77056


Bruce L  Sharon R Engelland
1109 N Nickerson Road
Nickerson KS 67561

Barbara Erickson
205 Rehobeth Way
Fayetteville GA 30214


Marsha Erway
1504 R Road
Larned KS 67550


T R Esfeld
314 SW 50th Ave
Great Bend KS 67530


Mike Eslinger
756 W Hwy 2
Anthony KS 67003


Estate of Henry L Donley
Elsie E Donley Executor
621 E Lyon Street
Lyons KS 67554-2905


Estate of Marjorie Sue Hassell
Amis
555 Republic Drive 200
Plano TX 75074


Estate of Ruth M Conley
John F Conely Jr Executor
3419 58th Street
Lubbock TX 79413-4724


Esther F Adams Trust
Commerce Bank Trustee
PO Box 3480
Oil  Gas Department
Omaha NE 68103


Moshe I  Ruth Ettinger
Trustees Ettinger Family Trust
1304 Colony Plaza
Newport Beach CA 92660


Evans Tank Service
PO Box 813
Russell KS 67665

F Judson Hipps Rev Trust
F Judson Hipps Trustee
494 Pine Shore Drive
Brevard NC 28712


Farm and Ranch Hand LLC
9 NW 10th Ave
Anthony KS 67003


Farmers Co Operatice Union
PO 159
Sterling KS 67579


The Farmers Cooperative
Equity Co
PO Box 978
Isabel KS 67065


Lottie E Farr
806 Ada Street
Scott City KS 67871-1369


Adrian M Farver
1595 27th Road
Little River KS 67457-9027


Fastenal Company
PO Box 978
Winona MN 55987


Marguerite Feist
810 N Humbolt Ave
Ellinwood KS 67526-1106


Greg Feist
PO Box 16
Claflin KS 67525


Christine M Ferguson
31219 Northwoods Circle
Buena Vista CO 81211-8708

Darwin Ferguson
5949 Anchor Way
Great Bend KS 67530


Wayne or Mary Ann Fetherston
1501 N Alexander
Hoisington KS 67544


Fields and Sons INC
2500 E First
Pratt KS 67124


Linda Finch
PO Box 50732
Midland TX 79710-0732


Charles A Fincham
110 S Tarabury Lane
Wichita KS 67209


Gilbert W Finley
3418 Meadowlark Lane
Winfield KS 67156


First Insurance Funding Corp
8075 Innovation Way
Chicago IL 60682


First Publications INC
316 Main Street
Spearville KS 67876


First State Bank of Spearman
CO Lenis Simpson
PO Box 9955
Amarillo TX 79105


Lee Fischer
1325 160th Ave
Larned KS 67550-9803


Robert P Fischer
725 W 15th
Hutchinson KS 67502

Charlene Fischer-Crask
106014 W 31st Street North
Wichita KS 67205


Anthony M Fisher
204 W 17th
Hays KS 67601


Brian G Fisher
5762 N Charles
Wichita KS 67204


Flame Royalties Inc
PO Box 702281
Tulsa OK 74170-2281


Flatwork Specialist
11716 SW 80th Street
Spivey KS 67142


Eleanor Jones Florance
400 E Parkswood Ave Apt 170
Friendswood TX 77546-5161


The Flower Shop
201 E 4th Street
Pratt KS 67124


Floyd A Blasi Revocable Trust
Floyd  Marcella Blasi Trustee
607 W 10th Street
Pratt KS 67124


Foley Tractor


Charles J Folz
No Current Address


Katie June Forbes
7771 Ladore Street
Commerce CO 80022-1028

Marc A Forman
552 Mill Street
Middeltown IN 47356


Fortis


Coena L Foster
14200 E Boston Street
Wichita KS 67230


Mary W Foster
CO Lorna Matthieson
PO Box 23265
Oklahoma City OK 73132


Fred Bowman Inc
PO Box 58
Kenedy TX 78119


Edward L  Janetta K Freeman
615 S Jackson St
Pratt KS 67124


T A Freund
4134 State Hwy 86
Ridgedale MO 65739


Walter P Friend
RR School St
East Greenwich RI 2818


David Funk
331 North Brooks
Russell KS 67665


GA Consultants INC
PO Box 8
Hoisington KS 67544


Geraldine A Kirby A Gardner
JTWROS
3503 N Halstead
Hutchinson KS 67502

Thomas Garner
Trenton L Teager JTWROS
305 E 7th
St John KS 67576


Norma Garrett
3920 Bayou Wood Lane
Lake Charles LA 70605


Carol Garwood
629 Brook Meadow Drive
St Louis MO 63021


Garys Glass Service
1916 W Jones Ave
Garden City KS 67846


J Gaut
4211 I-40 West 204
Amarillo TX 79106


Gee Oil Service
PO Box 453
St John KS 67576


GEFCO Valves and Automation
1224 W 6th Ave
El Dorado KS 67042


Gary Gensch
224 S Crestway St
Wichita KS 67218


Genuine Parts Company
PO Box 848033
Dallas TX 75284


Jeannette Clift George
CO JP Morgan Chase Bank TTEE
PO Box 99084
Fort Worth TX 76199-0084

Shirley George
PO Box 27368
Houston TX 77227


Gerald Michaelis Oil
979 NW 230th Road
Russell KS 67665


Giant Communications INC
PO Box 231
Holton KS 66436


Giant Holdings LLC
223 W 4th St
Hutchinson KS 67501


Cindy Fosdick Bowery Gibbons
CO A Fosdick
6140 Bartonsville Road
Frederick MD 21704


R William Gilbert
87 Cunningham Drive
New Smyrna Beach FL 32168-5905


David F Gillen
1507 N Lark Lane
Wichita KS 67212-1261


Lynda Gillen
4530 Westlake Ct
Bel Aire KS 67220


Ginn Manufacturing Co
921 S K49
Caldwell KS 67022


Globe Exploration Inc
PO Box 12
Great Bend KS 67530-0012


Linda Burke  Greg Goff
1914 Lamesa Drive
Dodge City KS 67801

Goldking Energy Partners I LP
910 Louisana St Ste 5030
Houston TX 77002


Good Ole Boys Hot Oil Treating INC
201 E Ave B
Pratt KS 67124


Dean A Goodheart
2820 N Range Ae
Colby KS 67701-9124


Edith M Goodwin
1334 Main Street
Tewksbury MA 01876-2044


Juanita M Green
220 W Douglas Suite 110
Wichita KS 67202


Jerry  Susan Green JTWRS
4350 Keystone
Hays KS 67601


Robert I Greenberg
CO Greenwold Oil Co
1240 Glenbrook Drive
Oklahoma City OK 73118-1033


Louise B Greene
PO Box 520639
Longwood FL 32752-0639


Greensburg Oilfield Services
715 E Kansas Ave
Greensburg KS 67054


Greenwoods Collection
PO Box 188
957 N Meridian Street
Sunman IN 47041

Gregory L Bauer
Bauer Pike Pike  Johnson Chartered
1310 Kansas Ave
PO Box 1349
Great Bend KS 67530-1349


Griffin Management LLC
PO Box 670
Byers CO 80103


Fred Grunder
DBA Grunder Oil
122 S Main
St John KS 67576-2117


Celeste C Grynberg
5299 DTC Blvd 500
Greenwood Village CO 80111


Grynberg Oil Company
5299 OTC Blvd
Greenwood Village CO 80111


Jill K Guggisberg
2558 Claiborn Circle
Wichita KS 67226


Guitar One
PO Box 5620
Harlan IA 51593


Guitar Player
PO Box 291807
Kettering OH 45429


H  W Oil Company
875 Petersburg
Munjor KS 67601


H2E LLC
CO Steve Hirsch
124 S Penn Ave
Oberlin KS 67749-2243

Anna Heinz Habiger
265 Ave C Box 53
Bushton KS 67427


Anna Lee Habiger
601 1st Street
PO box 163
Bushton KS 67427-0163


Dewey Dean Haddon
Rt 2 box 30
Great Bend KS 67530


Randy  Jimalene Haddon JT
535 SE 50th Ave
Ellinwood KS 67526


DL Hale Jr
PO Box 2478
Pampa TX 79066-2478


Leo J  Jane F Hall
1754 NE 20th Ave
Great Bend KS 67530


Eric Hamilton

Pratt KS 67124


Angela J and Keith D Hammeke
410 N Wilhelm Ave
Ellinwood KS 67526-1531


Hampel Oil Distributors
PO Box 875477
Kansas City MO 64187


Candis Suzanne Hancock
11300 S Lynn Lane Road
Broken Arrow OK 74011-4015

Delores Hanhardt
PO Box 316
120 East Pine
Bison KS 67520-0316


Harbor Real Asset Fund LP
J Martin Tate
7659 South 700 West
Midvale UT 84047


Deborah Cox Hardin
1522 North Plum Creek Dr
Spring TX 77386


Harnden Backhoe and Ditching
520 East Ave E
Attica KS 67009


Harold E Thomas Trust 9382
Edward R Brill Trustee
15 Elm Street
Jamestown OH 45335-1567


Harper County Treasurer
County Court House
201 Jennings
Anthony KS 67003


Wynn  Mary Harrell
16947 Buffalo Valley Path
Monument CO 80132


Robert D Harris
407 W 37th St Apt B
Hays KS 67601-2713


Veloris N Harrison


Catherine Hart
RR  1
St John KS 67576

Hart Energy LLC
Attn Bill hart
6903 S 78th East Avenue
Tulsa OK 74133


Haskins PTO
901 School Street
Pratt KS 67124


Haydock Land Company LLC
PO Box 56
Ashland KS 67821-0056


Hays Body Shop
2601 E 1st
Pratt KS 67124


The Hays Daily News
PO Box 857
Hays KS 67601


Hays Mack Sales and Service
1595 Chetolah Gold Road
Hays KS 67601


Hays Medical Center
PO Box 8110
Hays KS 67601


Winifred A Healy
116 Chandller St
Boston MA 02116-6015


Heartland Pathology
PO Box 26343
Oklahoma City OK 73126


Don Hein
No Current Address


Ed Williams Heirs
Manager agent Mary Jane Stepp

Patricia Lou Hellstrom
8349 Stonybridge Cir
Highlands Ranch CO 80126-7012


Steve Henke
120 S Pine
Pratt KS 67124


David Hensley
101 N Pine
Pratt KS 67124


Lezlie F Hensley
2119 Dove Road
Bennington KS 67422


Cassandra E Herbert
1200 Humboldt St 906
Denver CO 80218


Alvin Herdt
1506 Cason Trail
Murfreesboro TN 37128-6751


Michelle L Herdt
5433 Royal Lytham Rd
Keller TX 76248


William E Herdt
5433 Royal Lytham Road
Keller TX 76248


Moris Herl
Trustee of the Firma Herl Trust 1
1809 E 26th Street
Hays KS 67601


Danny Herrman
10561 112th Road
Dodge City KS 67801

Hess Services Inc
2670 E 9th St
PO Box 843
Hays KS 67601


Orville Jack Hickman
244 Indian Hill Blvd
Livingston TX 77351-1283


Hickman Revocable Trust
Michael C Hickman  Gary
201 Ridgefield Street
Bentonville AR 72712


High Sierra Crude Oil  Marketing LLC
400 N Woodlawn Ste25
Wichita KS  67208


Brett A Hildebrand
1104 Nixon Drive
Norton KS 67654


Partick or Elaine Hilger
JTWROS
207 Amber Drive
Russell KS 67665-9317


Mark Hill
PO Box 2446
Oklahoma City OK 73101-2446


Hireright Solutions Inc
23883 Network Place
Chicago IL 60673


Marilyn Hitz
404 S Main
PO Box 23
Hudson KS 67545


HJehle Energy Group
CO Gary P Schneider
100 Creekwood Ct
Southlake TX 76092-9437

Arthur Scott Hodge
8201 North Poiunt Blvd
Pensucola FL 32514


Alan J  Kathyleen A Hoffman
1492 NW 10th Ave
Hoisington KS 67544


Carol M Hoffman
40 Des Moines Ave
South Hutchinson KS 67505


Wayne V Or Melanine Hoffman
975 Road 1100
Red Cloud NE 68970


Gene W Holland
202 S Pine
Pratt KS 67124


Nancy Holland
PO Box 206
Russell KS 67665-0206


Home Lumber and Supply Co
803 N Main
Pratt KS 67124


Home Oil amnd Supply Inc
PO Box 673
Hays KS 67601


Louise Hinckley Hood


Virlinda M Hoon
400 Lave Avenue NE E405
Largo FL 33771


Cody Hopkins
624 N Ninnescah
Pratt KS 67124

Horiba Intrusments Inc
17671 Armstrong Ave
Irvine CA 92614


Barbara Hornbuckle
35 Harvest lane
Hutchinson KS 67502


Connie Hoss
3326 Meadowlark Lane
Great Bend KS 67530


Rodger House
1115 NE Falcon
Medicine Lodge KS 67104


Robert Householter
416 W Kansas
Medicene Lodge KS 67104


Casey J Hubble
249 Sunrise Lane
McGregor TX 76657


Dennis Huebner
204 Circle Drive
Hays KS 67601-1639


Irene W Huebner
PO Box 203
Bushton KS 67427


Huebner Family Trust DTD 2592
Ronald  Sherry Heubner Trustee
7909 W County Gables Drive
Peoria AZ 85831-4331


Beverly J Huff
257 North Moreland Ave
Monroe Falls OH 44262-1721


Rhonda K Hughes
3204 Forrest
Great Bend KS 67530

Stephen R Hughs
CO Capital Federal Savings
PO Box 678
Shawnee Mission KS 66201-0678

Cheryl Ann Hutchinson
116 Eves Drive
Russell KS 67665-2808

Gary L Hutchinson
855 Swandyke Drive
Castle Rock CO 80108

Hutchinson Clinic
2101 N Waldron
Hutchinson KS 67502

Hydro Chem Spray Services
PO Box 843
Great Bend KS 67530

I 70 Truck Repair
PO Box 921
Hays KS 67601

IBEX Resources Co LLC
Attn Revenue Section
1021 NW Grand Blvd
Oklahoma City OK 73118

Independent Red Book
Oil and Gas Directory of Kansas
226 N Emporia
Wichita KS 67202

Betty Ingram
Acct 01 1001 3245
908 Davis Drive
Manhattan KS 66502

Insurance Planning Inc
PO Box 430
Great Bend KS 67530

Intelligent Direct Inc
Po Box 119
Wellsboro PA 16901


Internal Revenue Service
Department of Treasury
Cincinnati OH 45999


Internal Revenue Service
Marsha K Waterbury
Ste 3000 Mailstop 5131
271 W Third Street N
Wichita KS 67202


Charles Leroy Isaacs
6516 Almaden Road
San Jose CA 95120


Edward Isern Jr
PO Box 535
Attica KS 67526-0535


J and J Pumping and Weed Spraying
30401 SW 90th Street
Coats KS 67028


J and K Automobile LLC
405 North Myrtle
Attica KS 67009


J H R Corporation
533 Washington Ave Ste 100
Pittsburg PA 15017-2015


The Jack Olsta Co
810 IH 45 N
Huntsville TX 77320


Rosalyn M Jackson
12 Via Empanada
Rancho Sta Margarit CA 92688

Edgar J James
4732 South Elizabeth Court
Cherry Hills Villag CO 80110


James S Jameson
11611 Campos Drive
Houston TX 77065-2702


Sherry Jean Janke
5159 Overland Drive Apt C
Roanoke VA 24014-5650


Cynthia M Janssen
1580 Clermont Drive 202
Naples FL 34019


David E Janssen
328 S Terrace Drive
Wichita KS 67218-1404


Royce C Janssen
845 Chisholm Rd
Inman KS 67546-8076


Jason Oil
PO Box 701
Russell KS 67665


Jayhawk Oilfield Supply Inc
PO Box 7
Spivey KS 67142


Jehle Energy Group
CO Gary P Schneider
100 Creekwood Ct
Southlake TX 76092-9437


Jene C Darmstetter
138 Courtleigh
Wichita KS 67218

Joseph W  Cheryl Jeter
JTWRS
1117 Oakmont
Hays KS 67601


Jimlo Glass Center Inc
1205 Kansas Street
Pratt KS 67530


JJ Keller and Associates Inc
PO Box 548
Neeah WI 54957


JO Ann Foods
7115 N Bridlewood Ct
Richmond TX 77469


John O Farmer IV Rev Trust
PO Box 352
Russell KS 67665


Johns Shoe Repair
502 S Main
Pratt KS 67124


Anna M Johns
3122 S Hiram Ave
Wichita KS 67217-2026


Vernon Johnson
1263 Country Club Road 40
Auburn IN 46706-9543


Donald R Johnson
1800 Burr Parkway
Dodge City KS 67801


Dale F Johnson
1975 W 16th Street
Marion IN 46953-1251


Mary E Johnson
2517 Mathews
Ft Collins CO 80525

Wayne E Johnson
2524 Fox Point
Quinlan TX 75474-9047


Polly Schroeder Johnson
26785 Camino Seco
Temecula CA 92590-3518


Rex E Johnson
2910 North County Rd 50 West
Columbia CIty IN 46725


Brian K Johnson
303 S Broadway
Denver CO 80209


Kent A Johnson
7862 S Valentia Way
Englewood CO 80112-2762


Max L Johnson
903 W US Highway 40
Cloverdale IN 46120-9644


Raymond Earl Johnson
PO Box 477
Sutter Creek CA 95685-0477


Mary Ann Johnston
PO Box 40
Langley OK 74350


Johnston and Eisenhauer
PO Drawer 825
Pratt KS 67124


Mary F Joiner
2507 Russell PKWY
Great Bend KS 67530-2421


Marian Lea Jones
10 Maple Court Unit A
Orange City FL 32763

```
Steve  Jeni Jones
112 N Grey
St John KS 67576-1923


Mary Ellen Jones
234 N Broadview
Wichita KS 67208


Aimee Jones
321 S Park
McPherson KS 67460


Betty H Jones
5911 Ballina Canyon Lane
HoustonTX 77041


Anne Marie Jones
640 N Rock Road Unit 17
Wichita KS 67206


Joseph  Hollander PA
Ross A Hollander
Michael A Priddle
500 N Market Street
Wichita KS 67214


Junction Service and MFG
PO Box 1032
Pratt Ks 67124


K  B Norton Oil Investments
PO Box 572
Hays KS 67601-0572


K and G Electric
PO Box 448
Pratt KS 67124


K and S Tire Inc
PO Box 6
Alva OK 73717
```

```
Kansas Bar Foundation
1200 SW Harrison Street
Topeka KS 66612


Kansas City Peterbilt
8915 Woodend Rd
Kansas City KS 66111


Kansas CMB LLC
6100 S Yale Suite 2010
Tulsa OK 74136


Kansas Corp Commision
1500 SW Arrowhead Rd
Topeka KS 66604


Kansas Corporate Tax
915 SW Harrison
Topeka KS 66699


Kansas Corporation Commission
1500 SW Arrowhead Road
Topeka KS 66604-4027


Kansas Department of Revenue
Mineral Tax Return
915 SW Harrison Street
Topeka KS 66625


Kansas Department of Revenue
Motor Carrier Services Bureau
PO Box 12003
Topeka KS 66612


Kansas Dept of Health and Enviroment
Storage Tank Section
1000 SW Jackson Ste 410
Topeka KS 66612


Kansas Dept of Revenue
915 SW Harrison St
Topeka KS 66625
```

Kansas Dept of Revenue
Division of Prop Valuation
R B Docking Office Bldg
Topeka KS 66612


Kansas Dept of Revenue
Division of Property Valuation
915 SW Harrison Street
Topeka KS 66612


Kansas Dept of Revenue
Division of Taxation Mineral Tax Bureau
915 SW Harrison St
Topeka KS 66601


Kansas Dept of Revenue
Motor Fuel Tax
915 SW Harrison Street
Topeka KS 66625


Kansas EMP Security Fund
KS Dept of Revenue
PO Box 400
Topeka KS 66601


Kansas Employment Security Fund
PO Box 400
Topeka KS 66601


Kansas Franchise Tax
915 SW Harrison
Topeka KS 66699


Kansas Gas Service
PO Box 3535
Topeka KS 66601


Kansas Geological Society
212 N Market Ste 100
Wichita KS 67203


Kansas Manufactures Directory
1633 Central St
Evanston IL 60201

Kansas Motor Carriers ASN Association
PO Box 1673
Topeka KS 66601


Kansas Oil and Gas Resource Fund
PO Box 757
Wichita KS 67201


Kansas Payment Center
PO Box 758599
Topeka KS 66675


Kansas Secretary of State
Corporation Division
120 SW 10th Ave Room 100
Topeka KS 66612


Kansas Secretary of State
Memorial Hall 1st Floor
120 SW 10th Ave
Topeka KS 66612


Kansas Turnpike Authority
Electronic Toll Collections
PO Box 780007
Wichita KS 67278


Kanza Corp
PO Box 175
Iuka KS 67066


Patricia Karns
7216 NE 46th Street
Kansas City MO 64117


Alber H Jr  Janet Kasishke
7236 S Birmingham Ave
Tulsa OK 74136-5509


Violet Kasselman
604 N Wilhelm Ave
Ellinwood KS 67526-1335

Kaw Pipe Line Company
PO Box 1404
McPherson KS 67460


KBW Oil  Gas Company
625 S 10th
PO Box 124
Kiowa KS 67070-0124


Larry E Keenan
PO box 459
Great Bend KS 67530-0459


Keith Rickert Estate
Vickie Sue Schuckman  Connie Degoering CO-Adm
1329 Oaklane Street
McPherson KS 67460


Keller Tank Services II Inc
620 EE Road
Zurich KS 67663


Bruce D Kelso
PO Box 209
Chase KS 67524


Kessler Construction


Larry Douglas Key
227 Henning Drive
Camano Island WA 98282-7339


Clara M Belden Kilbourn
26818 West 69th Avenue
Sterling KS 67579


Doris King
130 Banklick Sta Road
Independence KY 41051


Kingman County Treasurer
130 N Spruce Street
Kingman KS 67068

Kiowa Co Memorial Hospital
PO Box 616
Greensburg KS 67054


Kiowa Supply LLC
PO Box 25
100 S Main
Mullinville KS 67109


Loren Kiser
120 State Ave 1467
Olympia WA 98501


Kits Manufacturing
10172 Bluestem Blvd
Pratt KS 67124


Audrey Michaelis Klassmeyer
10924 W 100th St
Overland Park KS 66214


Ralph Klaus
10501 E 35th Circle South
Wichita KS 67210


Elvin B Klein
4901 W 85th Street
Prairie Village KS 66207-1815


Richard E Klepper
1248 NE 40th Road
Ellinwood KS 67526-9801


William R Klepper
208 Galvin Drive
Sequin TX 78155


Lawrence A Klepper
344 NE 130th Ave
Ellinwood KS 67526


Marilyn Klepper
5810 4th Street
Great Bend KS 67530

Klima Oil Inc
PO Box 48
Great Bend KS 67530-0048


Klima Well Service Inc
PO Box 48
Great Bend KS 67530


Scott J or Leslie L Klug
511 N Maple St
Hoisington KS 67544


Kansas Department of Revenue
KMCA
PO Box 1673
Topeka KS 66601


Patsy L Knox
3723 HWY 283
Lenora KS 67645


Norma Louise Kober
4205 Hallmont Sr
Grapevine TX 76051-6505


Linda A Koch
6822 5th Avenue
Kenosha WI 53143


Jeri Koch
KS


Marcia D Koeppen
201 N Logan
Attica KS 67009


Thomas W Kolosik
4206 N 113 Court
Kansas City KS 66109


Virginia McFarlane Kolter
1123 Enclave SQ W
Houston TX 77077-7612

Roberta H Konda
217 E 113th St Apt 16
Kansas City MO 64114-5453


Donald G  Collen Kopfman
875 Petersburg
Hays KS 67601


Darrell J Kozisek
170 Neeley Road
Fayatteville GA 30214


Ark Kramer
108 10th Street
Eneseo KS 67444


Bryan N Kramer
1901 Patton Rd
Great Bend KS 67530


Paul D Krehbiel
2589 SE 70th Street
Kingman KS 67068


Tom or Shirley Krier
12001 McKee
Excelsior Springs KS 64024


Darryl Krier
309 E 2nd Street
Ellinwood KS 67526


Roger Krier
PO Box 763
Great Bend KS 67530-0763


Kroff Oil
PO Box 595
Coldwater KS 67029


Donald  Sanda Krug
710 Main
Russell KS 67665

Richard D Krug
PO box 587
Russell KS 67665-0587


Steven H or Connie K Krug JT
PO Box 468
Russell KS 67665


Kendall L Krugg
Katrina Hess JTWROS
2203 Cantebury Drive
Hays KS 67601-2341


KS Independent Oil and Gas Association
105 S Broadway 500
Wichita KS 67202


KS Motor Carriers Assn
PO Box 1673
2900 SW Topeka Blvd
Topeka KS 66601


KS Univ Endownment Assoc
PO Box 928
Lawrence KS 66044


KTs Signs by Design LLc
10510 W US Hwy 54
Pratt KS 67124


Donna Jean Kuhn
PO Box 285
Gorham KS 67640-0285


Kuhn Oil Company Inc
PO Box 129
Timber Lake SD 57656


L-10 Aggri-Venture Partnership
1404 NE 120th Avenue
Claflin KS 67525-9190

Sheila Lahmann
2321 SW Madrid Court
Blue Springs MO 64015


Patricia Lake
2418 SW Golf View Drive
Topeka KS 66614


Larry Stephen Landers
7428 NW 103rd Terrace
Oklahoma City OK 73162-4400


Rosemary Aley Landon
1505 Alamo Ave
Colorado Springs CO 80907-7303


Palla  Kenneth Lang Sr
2110 Antler Ridge
Garden City KS 67846


Larned Lube and Tire
224 Broadway
Larned KS 67550


Larry Gene  Jamee Dannebohm
628 N Main
Ellinwood KS 67526


Larry Haynes as assigned to
Standard Royalty Corp
4160 Burning Lane South
Jacksville FL 32223


Larry Michaelis
co Aleo Oil Co
5907 W Broadway
Great Bend KS 67530


Larrys Oil
PO Box 537
Johnson City KS 67855

Donna Mae  Ivan W Larson TIC
925 North County Road 13
Berthoud KS 80513


David B Lawrence Jr
13507 Alchester Lane
Houston TX 77079-7105


David Lawson
421 S 7th Street
Kiowa KS


Lawson Products Inc
2689 Paysphere Circle
Chicago IL 60674


Marian Aley Layher
206 E 20th St
Hays KS 67601-3231


Daniel W Leavitt
685 Washington Street
Whitman MA 02382-1313


Leblanc Living Trust
DTD 61006
2349 N Stoneybrook Court
Wichita KS 67226


Dan Lebovics
2021 Ocean Ave 303
Santa Monica CA 90405-1050


Jerry Leclair
PO Box 574
Eldon MO 65026


Legacy Resources LLC
15625 Bald Cypress Cove
Edmond OK 73013

Laura Lensgraf
PO Box 2446
Oklahoma City OK 73101


Leo Michaelis Trust Agreement
5907 W Broadway
Great Bend KS 67530


Ronnie L Linda S Leonard
PO Box 289
Holcomb KS 67851


Marshall W Levitt
14 Hougton Lane
Littleton MA 0160-1978


Ann Scott Licholat
1714 Robb St 305
Lakewood CO 80215


Lies Exploration LLC
17 Stonebridge Circle
Wichita KS 67230


Lies Ready Mix LLC
255 W Sherman
Kingman KS 67068


Lifeline Family Medicene P A
Prairie Star Family Practice
Daniel J Sanchez MD PA
300 South Colorado
Plainville KS 67663


Lillian S Baker Trust
5325 East 51st Street Ste 115
Tulsa OK 74135


Beverly Holmes Lindsay
7212 S gary Ave
Tulsa OK 74136-5900

Linweld Inc
1844 S Florence CT
Wichita KS 67209


Lisa Ralls Schriefer Rev Trust
L B Schreifer Rev Trust
8424 E Tipperary Street
Wichita KS 67206-1839


John P Little
10514 Sw Sunflower Dr
Pratt KS 67124


LJP Holdings LLC
4168 W 12600 South 300
3rd Floor
Riverton UT 84096


Locust Grove Oil Company
2169 Locust Grove Rd
Hays KS 67601


Herman Loeb
PO Box 524
Lawrenceville IL 62439


Ruth Logan
105 Chestnut Road
Warner Robins GA 31088-5549


Leslie D AndOr Barbara Logan
211 8th Street
Claflin KS 67525


Linda S Long
12980 K-177 Hwy
Alta Vista KS 66834


Marlene Longnecker
214 Pioneer PL
Mulvane KS 67110-1116

Loretta Tindall Test Trust
Shirley Shellenberger Trustee
6005 SW Shady Ridge Road
Topeka KS 66610-9666


Lorraine George Estate
JP Morgan Chase Bank NA
PO Box 99084
Fort Worth TX 76199-0084


Lorranie I Krug Rev Trust
527 W Jewell
Russell KS 67665-8832


Lost Creek Energy LP
341 King St STE D
Charleston SC 29401


Bernard W Lounsbury
PO Box 369
Andover KS 67002


Loves
1 Street
Pratt KS 6724


Lucas Living Trust DTD 32102
22595 W 151st Street South
KellyvilleOK 74039


Lucky Seven Inc
601 W 93rd Street N
Valley Center KS 67147-7810


Bobby Luibbers
890 N Hwy 14
PO Box 66
Harper KS 67058


Teddy G Vickie J Lukens
507 N Cedar St
Medicine Lodge KS 67104

Luman Energy Corp
10001 W 54 HWY
Pratt KS 67124


Keith Lumpkins
PO Box 1304
Great Bend KS 67530


Dannie G Luthi
7804  S E Gerland
Hazelton KS 67061


Cassie Luthi
848 N Broadview St
Wichita KS 67208


Lynde Royalty Company
15 W 6th Street 2505
Tulsa OK 74119


Lyons  Lyons
PO Box 14148
Tulsa OK 74159


Lyons Truck and Trailer Wash Inc
PO Box 413
Lyons KS 67554


M and M Trucking
260 SW 15th Ave
Anthony KS 67003


MAC Clet Electric
1110 Paxanne Drive
PO Box 411
Great Bend KS 67530


D Michael Macleod
9 Calle Francesca
Santa Margarita CA 92688

Magdalene L Hott Family Trust
PO Box 1203
Great Bend KS 67530-1203


Scott Magill
318 SW Eyerly Ave
Port St Lucie FL 34983


Larry G  Judith E Mans
PO Box 341
Attica KS 67009


Melinda Manson
100309 SE 10th Ave
Sawyer KS 67134


Theodore  Paula Maple
Rt 404 E Pawnee
Ulysses KS 67880


Marcelene R Proffitt Trust
Marcelene R Proffitt Trustee
4002 Jupiter Hills Drive
Hutchinson KS 67502-8075


Marcella Blasi Revocable Trust
Floyd  Marcella Blasi Trustee
607 W 10th Street
Pratt KS 67124


Mary Ann Marchand
3939 Ellston Pl
Colorado Springs CO 80907-4140


Richard R Marchand
542 Schwarz Rd
Lawrence KS 66049-4225


Margaret C Wilke Trust
13736 Cherokee Trail
Middlesburg Heights OH 44130

Marian Isern Trust C
AMG National Trust Bank TTE
PO Box 339
Boulder CO 80306-0339


Marian Isern Trust D
Edward D Jones Co Trustee
PO Box 3480
Mineral MGMT Dept
Omaha NE 68103-0480


Marianne E Boyd Trust 3789
CO Bruno Mark Financial
2881 S Valley View Blvd 8
Las Vegas NV 89102-0172


Randy Marintzer
1621 Emmerman Road
Hays KS 67601


Daryl Markel
224 S Collingwood
Pretty Prairie KS 67570


Markus Williams Young and Z
1700 Lincoln Street 4000
Denver CO 80203


Edward Lee Markwell III
PO Box 2446
Oklahoma City OK 73101-2446


MARMAX LLC
100 N Main Ste 700
Wichita KS 67202-1384


Paula M Marteney
431 Spring Meadow Dr
Moody TX 76557


Martha Bay Black Rev Trust
Martha Bay Black Trustee
1655 S Georgetown St Apt 118
Wichita KS 67218-4120

Robert Martin
100 N Broadway St Ste 500
Wichita KS 67202-2205


Mary Dolores Collins Crum Trust
Mary Delores Crum Trustee
6201 E 8th Street North
Wichita KS 67208-3609


Keith W Mason
327 SE 100th Street
Saywer KS 67134


Mastercard
Box B
Pratt KS 67124


Max A McReynolds Rev Trust
10750 240th Rd
Chanute KS 66720-6450


Rita L Mayhew
Box 3161
Estes Park CO 80517


Douglas B McCallum
191 University Blvd 839
Denver CO 80206-4613


McCulliss Resources Co Inc
PO Box 3248
Littleton CO 80161-3248


McDonald Tank and Equipment Co
PO Box 1265
Great Bend KS 67530


Betty McFadden
803 Gilman Ave
Dodge City KS 67801-5820


Mary Helen McFarlane
4109 Firstview Drive
Austin TX 78731-3903

```
Joe R McFarlane Jr
Nix Professional Bldg 400
414 Navarro Street
San Antonio TX 78205-2516


MCGE Inc
PO Box 885
Great Bend KS 67530


Vincent D McGuire
215 N Basque
Fullerton CA 92833


Colin McGuire
2926 Cardington Court
Wichita KS 67205


Sheila McGuire
4430 Haskell Ave
Encino CA 91436


Aaron D McGuire
4862 Hamer Dr
Placentia CA 92870


Michael John McGuire
9682 SE Pleasant Hill Rd
Sharon KS 67138


Ruth A McGuire
CO Sharon McGuire Buske
13765 Woodlawn Rd
Byhalia MS 38611


McJunkinred Man
PO Box 676316
Dallas TX 75267


McKee Generation Skip Trust
5051 Lincoln 9-H
Wichita KS 67218


Ted B McKinley
```

David  E Or Peggy A McMillon
South Highway 281
Hoisington KS 67544


McNeil Energy Holdings LLC
2508 N Rosemont Street
Wichita KS 67228


Mead Lumber
PO Box 1007
Pratt KS 67124


Mead Rental Center
1502 East First
PO Box 1007
Pratt KS 67124


Charles G Meckfessel
Living Trust  Meckfessel
3763  48th St
Tulsa OK 74135-1930


Medicene Lodge Chamber of Comm
Oil and Gas Tourney Sponsorship
Box 274
Medicene Lodge KS 67104


Stephanie A Meis
9722 Adelaide Ct
Highlands Ranch CO 80130


Melvin O Nuss Trust 1
Mor R Nuss J Adams Co TRTTEE
PO Box 2080
Great Bend KS 67530-2080


Cleta M Menard
CO Anita Tiesher
14192 Fennsberry Dr
Tampa FL 33627


Loretta Mentlick
1100 Terrace Drive
Colby KS 67701

Chris Merriman
704 Countrywood Drive
Franklin TN 37064


Nancy Hardy Merry
PO Box 29855
Bellingham WA 98228


Lynden M Messenger
14600 SE 70th Ave
Zenda KS 67159


Messenger Petroleum
525 S Main
Kingman KS 67068


Messenger Ranch Inc
CO WC Messenger
PO Bpx 449
Westcliffe CO 81252


R D Messinger
12100 E 29th Street North
Wichita KS 67226


Marilyn L Messinger
12100 East 29th Street North
Wichita KS 67226


Metal Edge
806 S Pearl
Pratt KS 67124


Metco Inc
305 S 102nd Street
Enid OK 73701


Metrosoft LLC
71559 S 230 Rd
Wagner OK 74467


Meyer Living Trust DTD 6493
1710 N 3rd
Garden City KS 67846

```
Michael Savage Credit Shelter
Martha Savage  Jean Atkins TR
2858 Trelaway Dr
Clarkville TN 37043


Corry Michaelis
1111 Loula
Olathe KS 66214


Larry Michaelis
1309 E 47th Street
Texarkana AR 71854


Michael D Michaelis
1601 E Maine
Enid OK 73701


Alma Michaelis
18740 Michaelis Road
Russell KS 67665-8830


Tonya Michaelis
212 Hoisington Street
Susank KS 67580


Kevin Michaelis
255 W 3rd Street
Hoisington KS 67544


Arnold C  Amelia G Michaelis
3799 183rd St
Russell KS 67665-8712


Brenda Michaelis
407 E 12th St
Grand Island NE 68801-3825


Dennis J Michaelis
445 Silver Bluff Road
Aiken SC 29803-7889


Dorothy Michaelis
5241 Ridgegate Way
Fair Oaks CA 95268-3648
```

Reatha Michaelis
5907 W Broadway
Great Bend KS 67530


Rusty Michaelis
7205 Shadow Brook
Texarkanna TX 75503


Ricky Michaelis
PO Box 182
Genoa AR 71840


Dwane Michaelis
PO Box 184
Quinlan TX 75474


Mid American Financial Inc
9434 Old katy Road Ste 210
Houston TX 77055


Mid Continent LP Service Inc
PO Box 369
Great Bend KS 67530


Mid West Oilfield Service LLC
PO Box 150
Medicene Lodge KS 67104


Midco Exploration Inc
414 Plaza Drive Suite 204
Westmont IL 60559-1265


Midco Kansas Ventrure 11-79
414 Plaza Drive Suite 204
Westmont IL 60559-1265


Midwest Energy Inc
PO Box 898
Hays KS 67601


Marlene K Mighell
PO Box 406
Russell KS 67665-0406

Mikes Service and Alignment
412 N Fowler Ave
Medicene Lodge KS 67104


Mildred F Yoder Trustee
900 S Pleasant Ridge Rd
Bloomington IN 47401-4236


Max R Miller
2011 Fleming Street
Garden City KS 67846


Ann Miller
Bristow Road
Independence KY 41051


Robert M Miller
PO Box 217
Ellinwood KS 67526-0217


Loretta Kay Miller
RR 3 Box 82B
Great Bend KS 67530


Miriam Zela Trust
Celeste Grynberg Trustee
303 17th Ave Suite 600
Denver CO 80203


Misco Industries Inc
co Mid America Coach
8809 E 350
Raytown MO 64133-5621


Tammy Mitchell
1066 N Ash
Russell KS 67665


MKJ Oil Company LLC
Kenneth Bergman
57 NW 80 Road
Harper KS 67058

Mobile Oil Corporation
PO Box 951082
Dallas TX 75395


Moeder Oil Co Inc
PO Box 653
Great Bend KS 67530


Susan C Dumler Moffatt
5059 Donovan Drive
Alexandria VA 22304-7759


Molz Oil Company
19159 SW Clairmont
Kiowa KS 67070


Monica M Hendricks Living Trust
RL  M Hendricks CO Trustee
4654 SE Catalpa Road
Sharon KS 67138


Montgomery Petroleum Inc
PO Box 600490
Dallas TX 75360-0490


Elam P Moomau
DBA Gubi Enterprises
411 N 6th Street 2703
Emery SD 57332


Moorhous Inc
DBA Moorhous Irrigation and Trenching
200 Wyoming Street
Culberston NE 69024


Morenergy Exploration Co
410 17th Street Suite 1150
DenverCO 80202-4414


Morgan Diesel Inc
Box 405
Chase KS 67524

Morganstern Family Equities
PO Box 168
Russell KS 67665


Donald Morgenstern
1274 ME 20th Ave
Hoisington KS 67544


Todd Morgenstern
8 North Main St
Ellinwood KS 67526


Shirly B Jones Moyer
5260 Hiddencrest Ct
Concord CA 94521-5449


Ruth M Moyer
PO Box 104
Lorraine KS 67459-0104


Elma Muir


Louis Arlene Mullins
PO Box 303
Keyes OK 73947-0303


Cynthia Kiser Murphey
1871 Columbia Crest Ct
Las Vegas NV 89117-8903


F Michael Murphy
31219 Whistler Ct
Evergreen CO 80439-9447


Bill Myers
1011 E Prescott Rd
Salina KS 67401


Tom Myers
17430 Olive Tree Circle
Yorba Linda CA 92886

Charles Myers
5239 House Drive
Shawnee Mission KS 66205


Myers Oilfield Trucking LLC
820 NW 90th Ave
Attica KS 67009


Linda Myrick
331 Rio Tinto Drive
El Paso TX 79912-3007


Rita Hain Naab
12751 Jewell Rd
Spearville KS 67876-8738


Page Putnam Nabors
2501 Woodstone Ct
Flower Mound TX 75022-8032


Jerry Nash
PO box 8747
Pratt KS 67124


Dwane E Nation
PO Box 285
Fort Morgan CO 80701


National Geological Services
7922 S Buchanan Way
Aurora CO 80016


Rick Navarro
1124 N Amidon Ave
Wichita KS 67203


Paula Wood Neal
3853 S Florence Place
Tulsa OK 74105


Nebraska Department of Revenue
PO Box 91818
Lincoln NE 68509

Daine K Nemnich
513 W 6th Street
Ellinwood KS 67526-1318


Randall  Christine Nevil
4050 Cedar Lake Road
Goddard KS 67052-9245


Randy  Rebecca S Newberry
PO Box 195
Attica KS 67009


Donald Newman
11698 Country Road H
Perryton TX 79070


Newsberry Family Auto
890 N Hwy 14
PO Box 66
Harper KS 67058


Nexan Marketing USA Inc
801 7 Ave SW
Calgary Alberta
Canada
T2P 3P7


Nexen Marketing USA Inc
801 7 Ave SW
Calgary Alberta
Canada
T2P 3P7


Nexen Marketing USA Inc
801 7 Ave SW
Calgary Alberta
Canada
T2P 3P7


Nicholas Service Inc
PO box 115
Zenda KS 67159

Celia G Nicholson
3705 Country Lane
Hays KS 67601-1524


Steven L Niedens
4105 N Garfield Ave Lot 22
Loveland CO 80538-8404


Marjorie M Night
23836 SE 47th Place
Issaquah WA 98029


Ninnescah Rural Electric
PO Box 967
Pratt KS 67124


Marcia Kay Noel
3742 Mae Ct
PO Box 782
Wellington CO 80549-0782


Norma Briggman Trust - TRSTEE
825 W 5th
Pratt KS 67124


Norman E Wood Trust
CO Darrell Wood
Rt 1 Box 120
Lewis KS 67552


Norman Haws ABF LLC
PO Box 470164
Tulsa OK 74147


Craig James Norris
4805 W 149th Street
Leawood KS 66224


Northcutt Inc
PO Box 4278
Wichita KS 67204

Northeast Fire Safety
PO Box 935
Ft Morgan CO 80701


Northglenn LTD
PO Box 1005
Great Bend KS 67530


Kenneth A Norton
PO Box 572
Hays KS 67601


Debra L Nossaman
3212 Brookridge Road
Chickasha OK 73018


Leann Novaria
7227 W Canaberra St Dr
Greeley CO 80634-9799


Nuss Live Trust DTD 41797
Eugene A Velda M Nuss TTEES
933 E 1st Street
Russell KS 6765


Ruby J ODell
206 SE 50th Ave
St John KS 67576-9723


Oberle Sand and Gravel
941 E Hwy 4
Claflin KS 67525


Lavern Oetken
1116 NW 10 Road
Great Bend KS 67530


Janet E Offutt
812 N Bell
Beloit KS 67420

OK Oilfiend Directory
112 S Hwy 99
Cushing OK 74023


Oklahoma Severance Taxes
2501 Lincoln Blvd
Oklahoma City OK 73194


Oklahoma Tax Commission
Audit Division
Energy Resources
Revolving Fund
PO Box 269056
Oklahoma City OK 73126


Oklahoma Tax Commission
Audit Division Marginal
PO Box 269056
Oklahoma City OK 73126


Oklahoma Tax Commission
Gross Production Section
PO Box 26740
Oklahoma OK 73126


Theresa M Oldham
35600 N 183rd
Leavenworth KS 66048


Edwin W Olsen
1070 E Wichita Ave 22
Russell KS 67665-2622


One Stop
17556 Saunders Road Ste 2
Fort Morgan CO 80701


Onstar Subscription Center
PO Box 77000
Detroit MI 48277


Original Blue Book
PO Box 456
Wichita KS 67201

Orscheln Farm and Home
1601 E 1st Street
Pratt KS 67124


Otto  Rosie Niedens Rev Trust
Gerald  Doyle Niedens Trustee
14002 E State Rt 2
Harrisonville MO 64701-8354


Otto C Von Lintel Revocable Trust
117 E 16th Street
Hays KS 67601-3634


Outlaw Tank Service Inc
301 Wieland
Ellinwood KS 67526


Owen McQuade Trust DTD 92906
Owen  Edith M McQuade Trustee
640 E Sunset Ave
Russell KS 67665-3128


OXY USA Inc
Mid Continent Region
PO Box 841698
Dallas TX 75284-1698


P and S Electric
PO Box 1757
Great Bend KS 67530


P S I Software
PO Box 3843
Wichita Ks 67201


Carol Page
PO Box 72
Bloomingdale MI 49026-0072


Palla Lang or Maurine Huber
2110 Antler
Garden City KS 67846

Panhandle Meter Service Inc
PO Box 1444
Pampa TX 79065


Marlene A Panning
152 SW 50th Road
Great Bend KS 67530


Maryann Papke
1400 N Homestead
Wichita KS 67208


Park Hills Golf and Supper Club
PO Box 10424
Pratt KS 67124


Roy E Parrish Jr
PO Box 396
Chickamauga CA 30707-0396


Paso Junction
1900 East First
Pratt KS 67124


Patricia A Camp Rev Trust
Patricia  Rowan Camp Trustees
18514 Lincoln Blvd
Russell KS 67665-8884


Patrick G Sullivan Rev Trust
7713 E 109th South
Tulsa OK 74133


Andrew or Marjorie Patterson
PO Box 1055
Laquinta CA 92247


Paul M Young Living Trust
2121 Meadowlark Road Apt 235
Manhattan KS 66502-7503


Pauls Oilfield Service Inc
PO Box 1773
Great Bend KS 67530

Elaine Paulson
919 E Claflin Avenue
Salina KS 67401-6320


PCS Unlimited LLC
210 S Main Street
Pratt KS 67124


Loren J Or Liana D Pearson
1107 Oakmont
Hays KS 67601


The Peoples Bank
222 S Main
Pratt KS 67124


Pepco Inc
Don Pierini
3981 S Birch Street
Englewood CO 80113


Betty Jean Percy
421 S 18th
Clinton OK 73601


Karen Jean Perry-Hayes
304 Point Drive
Great Bend KS 67530


Linda Lawrence Perschall
435 Fairway Drive
New Orleans LA 70124


Susan Pershing
5372 South Cat Claw Drive
Gold Crown AZ 85219-7182


Personal Concepts
2865 Metropolitan Place
Pomona CA 91767


Personal Touch Consulting LLC
1064 B Helman Drive 2319
Gardenville NV 89410

Peterbilt of Great Bend
PO Box 1286
Great Bend KS 67530


Arlen R Peterson
133 Phesant Rd
Waterville KS 66548-9090


Petroleum Growth Fund - 2003 LTD
PO box 2677
Abilene TX 79604


Petroleum Investments LLC
Dan A Nixon Manager
207 W 12th Street
Hays KS 67601-3810


Anna Pfenninger
PO Box 1301
Kennesaw GA 30156-8301


Phil Wagner Truck Service
PO Box 768
Great Bend KS 67530


Philip R Stonestreet Family Trust
Kreg  Kent P Stonestreet Trustee
14632 Grant
Overland Park KS 66222


James B Phillips
1601 N Sagebrush
Wichita KS 67230


Marni Phillips
PO box 2446
Oklahoma City OK 73101


Phillips Breckinridge Rev Trust
Patricia Breckinridge Trustee
14632 Grant
Overland Park KS 66222

T Ray Phillips IV
PO Box 2446
Oklahoma City OK 73101


William T Philo
Betty Jean Philo
708 Sunny Ln
Corsicana TX 75110-1149


Phils Repair
201 S Jennings
Anthony KS 67003


Pikepass Customer Service Center
4401 W Memorial Rd 130
Oklahoma City OK 73134


Pioneer Resources
177 W Limestone Rd
Philliosburg KS 67661


Pioneer Tank and Steel Inc
PO Box 866
Airport Industrial Park
Pratt KS 67124


Lavone Pirner
535 SEmerson Street
Wichita KS 67209-2161


Pizza Hut
1228 E 1st Street
Pratt KS 67124


Jenna Polok
East 54 Hwy
Pratt Ks 67124


Doris M Poltera Rev Trust
504 Coronado Dr
Hutchinson KS 67502

Duane F  Patricia A Polzin
620 N Center
Hoisington KS 67544


Duane H  Cheryl Popp
1204 Park
Hoisington KS 68544


Pops LLC
225 N Market Suite 300
Wichita KS 67202


Port Inc
Attn W D Porter
15 Lovegrass Lane
Austin TX 78745


Nellie Porter
9204 W Caribou Road
Pocatello ID 83204


Post Master
KS


Post Office
202 E 3rd Street
Pratt KS 67124


Kenneth W Poston
PO Box 214
Anthony KS 67003


Powell G McGuire Trust 1
1904 Maple
Alva OK 73717


S P Powers


Joanee R Collins Powers
PO Box 9855
Rancho Sante Fe CA 92067-4855

Prairie Land Electric Coop
PO Box 360
Norton KS 67654


Prairie Skies LLC
8329 Sandowne Lane
Huntersville NC 28078-5603


Prairie Vista LLC
10378 N 281 HWY
Pratt KS 67124


Pratt After Prom Frog Bash
PO Box 42
Pratt KS 67124


Pratt Air Inc
PO Box 432
Pratt KS 67124


Pratt Airport Authority
PO Box 867
Pratt KS 6724


Pratt Area Oil and Gas
c o Pratt Well Service Inc
PO Box 847
Pratt KS 67124


Pratt Auto and Equipment Inc
1115 E 1st Street
PO Box 455
Pratt Ks 67124


Pratt Baseball
10510 W Hwy 54
Pratt KS 67124


Pratt Community College
348 NE SR 61
Pratt KS 67124

Pratt County Fair Assc
824 W 1st St
Pratt KS 67124


Pratt County Health Dept
712 S Main
Pratt KS 67124


Pratt County Humane Society
1402 W 1st Street
Pratt Ks 67124


Pratt County Landfill
619 S Main
Pratt KS 67124


Pratt County Register of Deeds
Courthouse
Pratt Ks 67124


Pratt County Sheriff
Law Enforcement Publication
2348 W A J Hwy 173
Morristown TN 37814


Pratt County Treasurer
PO Box 905
Pratt KS 67124


Pratt Glass
210 S Jackson
Pratt Ks 67124


Pratt Internal Medicene Group
420 Country Club Road
Pratt KS 67124


Pratt Oilfield Services Inc
PO Box 36
Spivey KS 67142


Pratt Recreation Department
PO Box 807
Pratt KS 67124

Pratt Regional Medical Center
Patient Accounts
200 Commodore
Pratt KS 67124


Pratt Tribune
320 S Main St
Pratt KS 67124


Pratt Well Service Inc
PO Box 847
Pratt KS 67124


Larry Preisser
105 SE 130th Avenue
Cunningham KS 67038


Prime Time
823 N Main
Pratt KS 67124


Pro Window Cleaning Inc
212 Garfield
Pratt KS 67124


Process Agent Service Co Inc
PO Box 1065
Sioux Falls SD 57101


Professional Secretarial
Secretarial Services Inc
PO Box 427
Pratt Ks 67124


Professional Software Inc
PO Box 3843
Wichita KS 67201


Proffitt Farms Inc
1135 S Douglas Ave
Lyons KS 67554-3701

Proffitt Link LLC
13819 Hardy Street
Overland Park KS 66223-1139


Norman Jane Teague Pryon
9332 Stratford Way
Dallas TX 75220


Adele C Pulliam
1823 N Rutland St
Wichita KS 67206-1016


Thomas J Purgason MD
3600 Matlock Road 100
Arlington TX 76015


Brian C Putnam
2816 Weston Drive
Denton TX 76209-4862


Earl Tom Pyle
212 Old Grande Blvd Ste C100
Tyler TX 75703


Pyle Petroleum
212 Old Grand Blvd
Tyler TX 75703


Quadem Company
17430 Olive Tree Circle
Yorba Linda CA 92886


Quint Retail and Wholesale Liquor
501 E 1st
Pratt KS 67124


R  B Jett Oil Lerado
PO Box 195
Attica KS 67009

```
R  B Oil  Gas Inc
Lerado Field Revenue Account
PO Box 195
Attica KS 67009


Ethan B Rabe
818 E 4th
Kinsley KS 67547


Rachel Susan Trust
303 17th Ave Ste 600
Denver CO 80203


Cynthia J Rainbolt
PO Box 30113
Flagstaff AZ 86003-0113


Ralph B Thomas Rev Trust
Ralph B Thomas Trustee
7520 E 10th Circle N
Wichita KS 67206-3855


Bruce A Randle
12156 Melody Dr
Building 6 Apt 202
Westminster CO 80234


Brad E Randle
6225 Eldridge St
Arvadam CO 80004



Terry Randy
PO Box 522
Canton KS 67428


Rapidcare P C
408 Knollwood Drive
Rapid City SD 57701


Rave Energy Inc
910 Louisana St Ste 5030
Houston TX 77002
```

Ray L Johnson
347 S 500 E
Marion IN 46953-9759


Raymond L  Barbara A Sullivan Family Trust Tr
8300 E Dixileta St 282
Scottsdale AZ 85262


Raymond Sand and Gravel
408 Beverly Drive
Ellinwood KS 67526


Red Rain Portable Welding
713 S Pine
Pratt KS 67124


Redboot Production Inc
PO Box 216
Stafford KS 67578-0216


Preston W Redd


Redland Resource Inc
6001 NW 23rd Street
Oklahoma City OK 73127


Redmond and Nazar
245 N Waco Ste 402
Wichita KS 67202


Gary L Reed
14200 Brookline Court
Wichita KS 67230


Susan Reed
35 40th Street
Bloomington MI 49026-9519


D Cramer Reed
7373 E 29th N Apt E-203
Wichita KS 67226-3431

Reed Family Trust Rev
J Reed  P Reed Trustees
23824 S Harmony Way
Sun Lakes AZ 85248


Marilyn Regier
8511 N Buhler Rd
Buhler KS 67522


Regions Interstate Billing SVC
Dept 1265
PO Box 2153
Birmingham AL 35287


Douglas V Reh
1501 E 1st Street
Pratt KS 67124


REH Oil  Gas LLC
1501 E 1st Street
Pratt KS 67124


Benjamin Reida
5770 SE 150th Street
Rago KS 67142


Reida Pest Service LLC
101 N Main Street
Kingman KS 67068


REIF Oil  Gas LLC
PO Box 298
HoisingtonKS 67544


Joel Rein
1802 Tracy Lane
Hutchinson KS 67501


Elsie A Rein
229 E 2nd  Street
Russell KS 67665

Rein Revoc Trust DTD 31391
1415 W 6th St
Silver City NM 88061-3701


Donald Reinhardt
513 W Barton Street
Russell KS 67665


Remington Commercial Advisors
9176 S 300 West Ste 1A
Sandy UT 84070


Reuben Dreiling
6365 W 6th Ave
Denver CO  80214-2362


Laurel AnneReynolds
820 NW 46th Street
Oklahoma City OK 73118-6402


Gregory Mitchell Reynolds
PO Box 3885
Bernice OK 74331


Rice County Treasurer
c o Lucille F Brooks
Warrant 7192
101 West Commercial
Lyons KS 67554


Rice County Treasurer
For John Porter
PO Box 59
Lyons KS 67554


Rice County Treasurer
For Walter Hendrickson
PO Box 59
Lyons KS 67554


Terry or Kelly Richardson
271 Lake Road
Pratt KS 67124

Barton P Richardson
7284 W Palmetto Park
Boca Raton FL 33433


Ben P Richardson
7319 Waterline way
Willis TX 77318


Larry J  Linda Richardson
JTS
101 N Brookforest
Derby KS 67037


J T Richardson Jr
1305 Newport Drive
Carrloton TX 75006


Richland Oil Investments LLC
PO Box 166
Palco KS 67657


Robert andor Dianna Ricke
8371 SE Naron
Sharon KS 67138


Lawrence Rickert
502 Isern Street
Ellinwood KS 67526


Right Choice Construction
413 S Main
Pratt KS 67124


RJN LP
260 N Rock Rd 160
Wichita KS 67206


RMR Enterprises LLC
CO Roger A Schulz
PO Box 483
114 S Main St
Canton KS 67428-0483

Richard Robba
3302 Sprindletree Drive
Grapevine TX 76051-6554


Robert Barrow Living Trust
Terry Barrow Trustee
366 NE 60th Ave
Great Bend KS 67530


Robert E McCann Rev Trust
DTD 9298
1508 Robin Ridge Circle
Wichita KS  67230


Robert L Dannebohm Trust
651 SE 90th Ave
Ellinwood KS 67526


Robert M Collins Trust UA DTD
Robert M Collins Trustee
100 N Main St 508
Wichita KS 67202-1309


Robert W Challquist
Kansas Department of Revenue
Legal Services
915 SW Harrison Street
Topeka KS 66612-1588


Shelly Lynn Roberts
2937 S Zeno Way
Aurora CO 80013-6144


Roberts  Reh LLC
10151 Country Club Rd
Pratt KS 67124


Don Leroy Roberts Jr
2937 S Zeno Way
Aurora CO 80013-6144


Donna Robinett
PMB F 191737
3590 Round Bottom Rd
Cincinnati OH 45244-3026

Brian C Robinson
18262 Rd 8
Wiggins CO 80654


Beverely Francis Robinson
303 Downing Rd
Scott City KS 67871-1224


Robinson Manufacturing Co Inc
604 S 10th Street
Broken Arrow OK 74012


Raymond Robl
204 E D Street
Ellinwood KS 67526


Vernon F Robl
2514 Shawnee Drive
Great Bend KS 67530


Martin G Robl
9704 Craighill Dr
Britstow VA 20136


Rock Chalk Royalties LTD
FBO Acct 41472845
PO Box One
Wichita KS 67201


Rock Minerals
PO Box 663
Russell KS 67665


Rodger D Wells Rev Trust
Rodger D Wells Trustee
80 Windmill Dr
Phillipsburg KS 67661


Rodgers Pork Inc
1548 S Oxford Rd
Geuda Springs KS 67051

Craig E Roembach
PO Box 514
Cheney KS 67025


Roger Jatko
Michael W Coriden
Grynberg Petroleum Company
5299 DTC Boulevard Suite 500
Greenwood Village CO 80111-3321


Roger Michaelis
CO Aleo Oil Co
5907 W Broadway
Great Bend KS 67530


Adele M Ronen
518 E 39th Court
Hutchinson KS 67502


Elanore O Rost
3155 SW Shadow Lane
Topeka KS 66604


Shirley Roth
1780 Royal Ave
Pahrump NV 89060-3537


Rowan Camp Rev Trust
18514 Lincoln Rd
Russell KS 67665-8884


Rodger L  Elsie D Rowland
Living Trust
PO Box 11
Great Bend KS 67530


Andra Rowlette
RR 1A Box 502
Campbellsburg KY 40011

Roy E Stewart Trust
6563 W 113th Ave
Westminister CO 80020


Royalty Funds Company
PO Box 52790
Tulsa OK 74152-0790


RTR Royalties LP
Barbara L Wiley
PO Box 1340
Hilltop Lakes TX 77871-1341


Kimberly Ann Ruark
2988 Overwood Lane
Snellville GA 30078-3511


Robert Melvin Rube
11903 Hills Lane
Kearney MO 64060-9070


Rubena Friesen Living Trust
CO Rubena  Dave Trustees
3142 Gracefield 617
Silver Spings MD 20904


Ruby Kyle Tedrow Trust
TV Corns Trustee
304 S Spruce
Greensburg KS 67054


Mike Rucker
7103 SE Blackmore
Medicine Lodge KS 67104


Rudys G T O
113 Central Ave
Wiggins CO 80654


Rudys G T O
405 E Edison
Brush CO 80723

Larry Gene Rusco
1225 Chick Avenue
Maryville MO 64468-2740


Rush Truck Center Greeley
26956 Weld CR 47
Greeley CO 80631


Mary Ann Russell
RR 1 Box 75A
Great Bend KS 67530-9801


Russell County Treasurer
Acct for Ervin Slick
PO Box 855
Russell KS 67665


Russell County Treasurer
Acct for Marland E Stopple
PO Box 855
Russell KS 67665


Russell County Treasurer
Acct Gari Linh Herdt
PO Box 855
Russell KS 67665


Russell County Treasurer
c o Aimee Jones 6730
PO Box 855
Russell Ks 67665


Russell County Treasurer
Hinckley Keith Allen
PO Box 855
Russell KS 67665


Russell County Treasurer
Moorman Deborah Olsen
PO Box 855
Russell KS 67665


Russell County Treasurer
PO Box 855
Russell KS 67665

```
Russell County Treasurers
Property Taxes for Interest OW
PO Box 855
Russell KS 67665


Ruth Ann Welsh Trust
7390 Pembroke Drive
Reno NV 89502-9760


Ruth E Huebner Trust 1
Ruth E Heubner Trustee
204 Circle Drive
Hays KS 67601-1639


James Lee Ryan
24900 CR4
Weldona CO 80653


James F Ryan
CO Paula Lee Ryan
1017 280th Street
Viola IL 61486


Carrie Lee Ryan
CO Paula Lee Ryan Custodian
1017 280th Street
Viola IL 61485


David S Ryan
Sylvester Axman
1017 280th Street
Viola IL 61486


S  C Properties
PO Box 601295
Dallas TX 75360-1295


S and J Embroidery
318 W 9th
Harper KS 67058


S C Telcom
PO Box Drawer B
Medicene Lodge KS 67104
```

Safelite Auto Glass
PO Box 633197
Cincinnati OH 45263


Sams Club
PO Box 9001907
Louisville KY 40290


Samuel J Boyd Trust  52689
CO Bruno Mark Financial
2881 S Valley View Blvd 8
Las Vegas NV 89102-0172


Ralph Sanger


Sarah G Foster Trust
CO Gorham State Bank
PO Box 199
Gorham KS 67640-0199


Michael Rodgers Savage

Northridge CA 91325-2926


Saxon Oil Company
CO Sioux Sinnott
5910 N Central Expressway Suite 1250
Dallas TX 75206


Sayler A Suspense


Vernon A Schaffer
2300 Kimball Ave
Manhattan KS 66502-3317


Bertha A Schaffer
2428 Dickens Ave
Manhattan KS 66502


Larry Schaffer
3717 Fairway Drive
Hays KS 67530

Sarah Elizabeth Scheer
1455 Moran Drive
Green River WY 82935-6304


Martha M Scheibe
625 27 12 Rd Unit 349
Grand Junction CO 81506-5106


Jayson M Scherer
421 S New
Pratt KS 67124


Lynette Scheufler
108 E 2nd Street
Ellinwood KS 67526


John L Schmeidler
DBA Locust Grove Oil Co
2169 Locust Grove Road
Hays KS 67601


Gillian Schmidt
6726 Fontana
Prairie Village KS 66208


Robert E Schmidt
PO Box 817
Hays KS 67601-0817


Schmidt Family LLC
CO Larry E Schmidt Trustee
PO Box 2097
Hobbs NM 88241


Betty J Schneider
1212 N Green
Hoisington KS 67544


Shawn  Angela Schneider
JTWROS
225 S Culp
Russell KS 67665

Schneider Energy Services Inc
PO Box 297
Fort Morgan CO 80701


Schneider Oil  Gas LLC
PO Box 297
Ft Morgan CO 80701


Elizabeth Schreiner
209 N Main
Sharon KS 67138


Schreiner Farms Inc
CO Jim Schreiner
2361 SE Catalpa Rd
Sharon KS 67138


Bill Schremmer
1216 N Green Street
Hoisington KS 67544


Tim Schremmer
513 Crestview Drive
Hoisington KS 67544


Tyler Schremmer
905 E 5th Street
Hoisington KS 67554


Charles E Schrepel
301-B East Fredricks Street
Barstow CA 92311


Warren L Schrepel
811 N Silver
Truth or Consequences NM 87901-1948


Norman C Schrepel Jr
PO box 34
Walsh CO 80190-0034

Paul H Schroeder
Jane E Schroeder Trustee
6411 S River Dr Unit 29
Tempe AZ 85283-3334


Schulein Company
Robert Schulein
1775 Sherman St 2950
Denver CO 80203


Schultz Family Partners
CO Thomas J Schultz
2634 Peachleaf Lane
Flower Mound TX 75028-1482


Scott Lutz Irrevocable Trust
Thomas C Lutz Trustee
PO Box 1766
Fayetteville AR 72702-1766


Scotts Welding Service Inc
2907 26th
Great Bend KS 67124


Vina Ruth Carpenter Scrogin


Shirley S Scrogin
114 Ruxton Ave
Manito Springs CO 80829-1915


Richard Alan Scrogin
1414 E 23rd Ave
Hutchinson KS 67502


Robert T Sellars Jr
8004 E 9th Ave
Denver CO 80230


Semcrude LP
One greenway Plaza St 700
Houston TX 77046

```
Kevin L or Pamela J Settler JTWROS
158 W Hwy 4
Hoisington KS 67544


Vivian R  Robert Sexton JT
11926 W 66th Street
Shawnee KS 66216


Jimmy R Sheppard
681 Bird Court
San Marcos CA 92069


Marie L Sherrard
1532 SW 16th St
Topeka KS 66604-2709


Shirley A Lawton Rev Trust
507 Welton St
Pratt KS 67124


Shirley A Tillotson Revocable
Trust Dated 5306
PO Box 366
Ulysses KS 67880


Shirley Brown  Aleo Oil Comany
5907 W Broadway
Great Bend KS 67530


Charles D Shrake
3411 Grove Place
Columbus IN 47203-1601


Silverado Electric Inc
PO Box 53
Great Bend KS 67530


Charlotte Simpson
1060 NE 10th Ave
Hoisington KS 67544
```

Wyvonna E Sindt
607 S Lorraine Street
Wichita KS 67211-3025


Bernice Ann Singleton
2606 August Lane Apt A
hays KS 67601-4819


Brad Siroky
3209 N Ridgeport
Wichita KS 67205


Brent Siroky
PO Box 303
Pratt KS 67124


Sistrunk Oil  Gas Inc
7230 Briar Cove Dr
Dallas TX 75254-8002


Marvin L Sittner
1554 NE 70th Ave
Hudson KS 67545-9022


Larry M Sittner
1560 NE 70th Ave
Hudson KS 67545-9022


Skaggs Ace Hardware
107 S Main St
Pratt KS 67124


Tom Slick
1611 W K 157 Hwy
Junction City KS 66441-7853


Richard C Smith
16171 W Kellogg 17
Goddard KS 67052


Martha A Smith
2502 Sherman 119
Hays KS 67601

Gene Smith
620 Country Club Rd Lot 20
Pratt KS 67124


Vernon Leslie Smith
PO Box 142
Ensign KS 67841-0142


Patricia M Smith
PO Box 434
Claflin KS 67525-0434


Ollie Mae Smith
PO box 553
Sulphur OK 73086-0553


Cory Smith
PO Box 111
Pratt KS 67124


Smith Backhoe Service
86514 W Longveiw Road
Sylvia KS 67581


Smith Dozer Service
PO Box 312
Attica KS 67009


Smoky Hill Country Club Inc
PO Box 204
Hays KS 67601


Sneed Company
15 W 6th St Ste 2505
Tulsa OK 74119-5149


Wilmetta Snodgrass
4602 S Park Avenue
Tacoma WA 98408


Anna Peck Snouffer
112 Sycamore Rd
Mount Airy MD 21771-5635

Charles Max Snouffer
11504 Fenchurch Ct
German Town MD 20876-1630


Snyder Family Trust
2417 Walden Drive 202
Wichita KS 67226-1055


David Raymond Soulsby
3614 S Toledo Avenue
Tulsa OK 74135


Susan Alice Soulsby
PO Box 472312
Tulsa OK 74147


South Central Telephone
Medicene Lodge
Dept SCTA
PO Drawer B
Medicene Lodge KS 67104


South Central Wireless Inc
101 S Main
PO Drawer B
Medicene Lodge KS 67104


SouthernPioneer Electric Co
PO Box 347
Medicene Lodge KS 67104


Southwest Petroleum Company
PO Box 702377
Dallas TX 75370-2377


Southwest Truck Parts Inc
1630 E 1st Street
Pratt KS 67124


Kimberly Specht
909 Susank Road
Hoisington KS 67544

Marvin Speier
1903 SW Valley Glen Rd
Topeka KS 66615-1113


Bret Spicer
13231 Long Street
Overland Park KS 66213


Mike Spicer
966 Amy
Garden City KS 67846


Sam Spicer
9984 SE Kochia Rd
Hazelton KS 67061-9515


Spiro Resources LTD
PO Box 6387
San Antonio TX 78209


Spivey Oilfield Service Inc
115 S Main
Spivey KS 37142


Charlotte A Springer
261 Keene Road
Achshnet MA 02743-1307


St John National Bank
Attn After Prom Party
PO Box 347
St John KS 67576


St John Short Stop
434 N US Highway 281
Saint John KS 67576


Robert L  Linda Staab JT
3710 JP Drive
Hays KS 67601

Stafford Country Club
Rr 2
Saint John KS 67576


Stafford County Sheriffs Property Taxes
209 N Broadway
St John KS 67576


Richard Stalcup
PO box 1794
Great Bend KS 67530


Gladys Standley
421 S Van Houten
Russell KS 67665-9801


Stanion Wholesale
PO Drawer F
812 S Main
Pratt KS 67124


Dorothy Evelyn Stanley
1602 Holly Circle
Pleasanton CA 94566-4761


Doris L States
PO Box 65
Logan KS 67646


Steckel Farms
PO Box 2204
Longmont CO 80502


Leonard  Ruth Steinle JTWROS
3959 281 HWY
Russell KS 67665


Stephen Mark Trust
CO Jeff Barker
303 17th Ave Ste 600
Denver CO 80203

Shay Stephens
KS


Steve Six
Attorney General
2nd Floor Memorial Hall
120 SW 10th Ave
Topeka KS 66612-1597


Steven W Hirsch
Hirsch  Pratt LLP
124 So Penn--Box 296
Oberlin KS 67749-0296


Steven W Hirsch
Hirsch  Pratt LLP
124 So Penn--Box 296
Oberlin  KS 67749-0296


Nelson Stone
PO Box 872
Great Bend KS 67530


Marsha A Stoner
8125 McHenry St
Burlington WI 53105-8717


Marland E Stoppel
2124 E Donner Drive
Tempe AZ 85282-7422


Lawrence or Jo Ann Stoskopf
4408 Country Estates Circle
Salina KS 67401-9646


Donna Stout
2761 W Bonnie Lane
Queen Creek AZ 85242


Dennis V Stowers
2310 Chestnut
Pampa TX 79065

Striker Portable Welding Service LLC
PO Box 436
Pratt KS 67124


Charles M Strobl
505 W 6th
Ellinwood KS 67526


Lyle  Mary J Stroup
3106 Tam O Shanter
Hays KS 67601-1832


William L Stump
1605 Ando
Grand Island NE 68803


Stump Properties LP
7511 W Cottontail St
Wichita KS 67212-3521


Linda B Stumpf
8901 Stonebriar Drive
Clarence Center NY 14032


Sturdi Bilt Garage Doors
3909 Stacy Road
Hutchinson KS 67501


Carol Jean Sullivan
Park St Deluth At 232
3315 Peachtree Industrial
Deluth GA 30096


Sulton Group Meter Check
PO Box 730564
Dallas TX 75373


Wayne A Sundling CPA
PO Box 333
147 S White Oak Ave
Republic MO 65738

Sunrise Oilfield Supply
105 S Broadway Ste 610
Wichita KS 67202


Sunrise Trading LLC
441 S Main
Pratt KS 67124


Superior Fire
210 S Jackson
Pratt KS 67124


Sayler A Suspense


Richard L  Betty Jo Swayden
1861 NW US HWY 281
Medicine Lodge KS 67104-8363


R K Sweetman
310 N Rainbow Lakes Road
Wichita KS 67235


Synergy Energy Inc
10378 N 281 Hwy
Pratt KS 67124


T and D Oilfield Services LLC
119 E 3rd
Pratt KS 67124


Tadpole Designs
328 N Main
Medicene Lodge KS 67104


Taft 1840 Soledad Ave Rev Tr
6338 Muirlands Drive
Lajolla CA 92037


Gayla Jean Taylor
357 N Dellrose Street
Wichita KS 67208

Taylor Mart
Pratt KS 67124


Taylor Printing Inc
PO Box 922
405 S Main
Pratt KS 67124


Tim Terry
318 E Union Ave
Lasalle CO 80645


The Aurora Company LLC
7301 Carmel Executive Ste 222
Charlotte NC 28226


The Jack Olsta Company
810 LH 45 N
Huntsville TX 77320


The Peoples Bank
Post Office Box 8
Pratt KS 67124


The Reida Trust
Arnold Ray  Joyce E Reida
5998 SE 150th Street
Rago KS 67142


The Sulton Company Inc
PO Box 7736
Moore OK 73160


Therese C Theyson
424 Shrewsbury Lane
Matthews NC 28105


Thimesch Electric
719 N Pine
Pratt KS 67124

Thomas  Jenifer A Board Trust
Jenifer A Board Trust
462 W Jamison Place
Littleton CO 80120


Thomas M Trantham Trust
DTD 4705 Bonnie Snyder TRSTEE
2463 NE Well Road
Medicine Lodge KS 67104


Dwight H Thompson Jr Rev Trust 3809
8406 Tamarac Street
Wichita KS 67206-2340


Three D Inc
CO Deborah K Miller
2505 Windy Road
Virginia Beach VA 23455


Tiger Oil  Gas
2400 N Woodlawn Boulevard
Wichita KS 67220


Timberline Oil  Gas Corp
24535 Juniper Road
Hermosa SD 57744


Timee LU Hillenburg Rev Trusts
Timee LU Hillenburg Trustee
11400 S Lynn Lane Road
Broken Arrow OK 74011-4017


TKO Investments Inc
10881 W Mcarter Road
Dodge City KS 67801-6763


TKO Royalty Partners
PO Box 25313
Dallas TX 75225-5313


TMT Truck Permitting Inc
1516 Taylor Plaza
Garden City KS 67846

Told Inc
10867 W Mcarter Road


Tom and Dans Tire Service
710 S Main
South Hutchinson KS 67505


Tomahawk Auto Truck Plazas
181 E 56th Ave 6th Floor
Denver CO 80216


Total Lease Serivce Inc
1309 Toulon Ave
Hays KS 67601


James J Touchstone
112 N High
Pratt KS 67124


Zack Touchstone
613 S Main
Pratt KS 67124


Chuck Touchstone
616 W 1st Street
Pratt KS 67124


Dianna Touchstone
806 N Oak Grove Rd
Drumright OK 74030


Touchstone Properties
413 S Main
Pratt KS 67124


Touchstone Trading and Transportation
411 S Main
Pratt KS 67124


Town  Country Supermarket Inc
818 N Elm Street
Hoisington KS 67544

Rory Traffas
109 Abbe Circle
Medicine Lodge KS 67104


Tim Traffas
3772 SE Bluestem Road
Sharon KS 67138


Larry V  Julia Traffas JTWROS
6541 SE Lone Tree Road
Sharon KS 67138


Trailer Specialties Inc
PO Box 457
Ellinwood KS 67526


Bill OR Elaine Trantham
11505 Pleasnt Hill Rd
Sharon KS 67138


Treva Sullivan Family Trust
Peggy Sullivan Trustee
3780 D Alabama
Los Alamos NM 87544


Tri-Ex Petroleum LP
720 S Tyler
Amarillo TX 79101


Trinity United Methodist Church
PO Box 397
Carrizozo NM 88301-0397


Triple S Tank Truck Service
11216 E Longview Rd
Burrton KS 67020


Robert Tritsch
PO Box 10
Pratt KS 67124

Milton Tritsch
Walter Tritsch  Alice Tritsch POA
4300 Pin Oak
Hutchinson KS 67502


Truck Stuff Inc
427 N Washington
Wichita KS 67202


Trunk Bay Partners LTD
PO Box 671099
Dallas TX 75367


Elizabeth Turner
PO Box 460
Great Bend KS 67530


David Michael Tutten
9559 Rovensworth Drive
Houston TX 77031-3510


TWE Mineral Partnership
PO Box 840738
Dallas TX 75284-0738


UMB Bank
Branch 246
130 N Market Street
Wichita KS 67202


Unifirst Corporation
1707 N Mosley
Wichita KS 67214


United Methodist Church
 Robert Stadler
10360 Lazy Creek Road
Westmoreland KS 66549-9621


United Methodist Church
600 Lincoln Street
Wamego KS 66547

United Methodist Church
PO Box 31
Hamilton KS 66853-0031


United Methodist Church
PO Box 399
3rd  Washington
Lacrosse KS 67548-0399


United States Treasury
271 W 3rd St N
Wichita KS 67202


United World Life Insurance Co
3316 Farnam Street
Omaha NE 68175


Universal Lubricants LLC
PO Box 2920
Wichita KS 67201


University of Ozazrks Endowment
Bank One Trust CO NA Trust
PO Box 99084
Fortworth TX 76199-0084


Uptown Club D Est
202 S Main
Pratt KS 67124


Usis Commerical Services Inc
23883 Network Place
Chicago IL 60673


Susan E Van Bergen
2403 Moss Hill
Houston TX 77080


Van Oil Company
445 Ft Worth Club Bldg
306 W 7th Street
Fort Worth TX 76102-4905

Van Slyke Body Shop
40162 N Hwy 281
Pratt KS 67124


Megan Vandervoort
3721 Labadie
Richland Hills TX 78118


George G Vaught Jr
PO Box 13557
Denver Co 80201-3557


Venture Royalties
502 N 1st Street
Mulvane KS 67110


Vern M DeWeese
Box 270
Penrose CO 81240


Veta M Fischer Trust TD 1110
839 A Fairdale Road
Salina KS 67401


Kenneth I Vickery
324 W 6th
Newkirk OK 74647


Vincent Joseph Duncan Trust
66 Inverness Lane East
Englewood CO 80112


Vincent Oil Operation
155 N Market Street Ste 700
Wichita KS 67202-1821


Virgil W Wood Rev LVG Trust
3232 S Yorktown Ave
Tulsa OK 74105-2231


Virgina Lee Elliott Family Tr
CO Omega Bank Trust Dept
PO Box 298
State College PA 16804-0298

Albert J Vogel
9984 SE Kochia
Hazelton KS 67061-9011


Andrew J Von Rein
PO Box 339
North Bend NE 68649


Alan J Vonfeldt
128 Eves Drive
Russell KS 67665


Vosburgh Exploration LLC
13018 Pinehurst
Wichita KS 67230


W B Thomspon Rev Trust
8907 E Douglas
Wichita KS 67207-1207


Mary Helen Wade
1527 N 13th St
Duncan OK 73533


Robert S Wadick
2014 Laurel Dr
Perry GA 31069-2207


Vernon J Wagoner
213 S Belmont
Wichita KS  67218


Carole A Wait
729 Willow Circle
Bellevue NE 68005-2875


Robert Walker
Pratt KS 67124


Wallace Energy Inc
771 Steele St
Denver CO 80206

WalMart
2003 East 1st Street
Pratt KS 67124


Charles M Ward
No Current Address


Joyce M Ware
2621 Timberlcreek Street
Wichita KS 67204-2349


Warren Bros Inc
PO Box 1879
Great Bend KS 67530


Warren Doonan Truck and Equipment Inc
PO Box 64
Great Bend KS 67530


Warren R Janke
1013 Valley View Dr SW
Los Lunas NM 87031-6177


Mattie E Watson
2561 NW 20th
Kingman KS 67068


Waxene Products Company
2023 N Broadway
Wichita KS 67214


Wilmer or Joan Waymaster
934 E 1st Street
Russell KS 67665-2426


Lisa Marie Wayne
551 N Madison LN
Lindenhurst IL 60046


Virginia Weathers
11832 N 119 St
Scottsdale ZX 85259

Webbs Water Truck Service
PO Box 58
Indianola NE 69034


Webco Oil Company
2136 NE 90th Ave
Hoisington KS 67544-9734


Roy J Weber
2064 NE 90th Ave
Hoisington KS 67544


N R Weber
2136 NE 90th Ave
Hoisington KS 67544


Jeffery P Weber
Bobcat Services
PO Box 220
Pratt KS 67124


Sherry Webster
1725 150th Ave
Larned KS 67550


Weed Control Specialist
70383 SW 100th Ave
Pratt KS 67124


Lloyd Charles Weibel
1700 Mass
Box 615
Lawrence KS 66044


Leon F Weigel
PO Box 878
Russell KS 67665-0878


Chelsea Porter Weiss
9146 Liberty Village Way
Union Bridge MD 21791

Rodger D  Lorraine M Wells
80 Windmill Dr
Phillipsburg KS 67661


George P Wells
Testamentary Trust
PO Box 306
Sterling KS 67579


Wells Oil Company LLC
Byron L Wells
5330  Westridge Dr
Boulder CO 80301


Maxine Werner
10665 SE Pleasant Hill
Sharon KS 67138


Larry W Werner
1716 Avenue N
Ellsworth KS 67439


Edith P Werner
No Current Address


Werts Welding and Tank Service
400 N Oil St Louis Rd
Wood River IL 62095


Dorothy Mae Wessler
5051 E Lincoln Street APT 7D
Wichita KS 67218-2467


David Louis Wessler II
PO Box 19
Lorraine KS 67549-0019


Westar Energy
PO Box 758500
Topeka KS 66675


Western Cooperative Electric Association
635 S 13th Street
Wakeeney KS 67672

Westhoff Plumbing Heating and Air Conditioning Inc
410 S Main
Pratt KS 67124


Westhusings Inc
PO Box 546
Stockton KS 67669


Westmoreland Community Care Home Inc
PO Box 156
Westmoreland KS 66549-0156


Wichita Trailer Inc
335 E 49th Street North
Park City KS 67219


Wichita Truck and Tank Wash Inc
805 E 26th Street North
Wichita KS 67219


Carl Wicklund
No Current Address


Richard C Widener
PO Box 177
Granada CO 81041-0177


Monte  Rachelle Widener JTWROS
310 W 3rd St
Ellinwood KS 67526-1506


Wilbur Gibson
RR 1 Box 42
Haviland KS 67059


Barbara L Wiley
RTR Royalities LP
PO Box 1340
Hilltop Lakes TX 77871


Harlan R Wilkens
4507 Winesap Dr
Hutchinson KS 67502-1719

```
William D Johnston
Adams W Poff
James L Higgins
The Brandywine Building
1000 West Street 17th Floor
Wilmington DE 19801


William D Johnston Esq
Adam W Poff Esq
Youngm Conaway Stargatt  Taylor LLP
1000 West Street 17th Floor
Wilmington Delware 19801


William D Woelk Trust
Sarah Woelk Trustee
4101 Ave C
Austin TX 78751


William E Keller Trust
707 Ridgeway Ave
Pratt KS 67124


William Lewis  Nancy Marchand
801 Sycamore Street
Lacyane KS 66040-7118


William R Boyd Trust 5188
2881 5 Valley View Blvd 8
Las Vegas NV 89102-0172


William S Boyd trust II
3883 Howard Hughes PK - 9th FL
Las Vegas NV 89169


Cillie B Williams
300 Gilpin Street
Denver CO 80218-4014


Gerald D Williams
905 E 6th
Pratt KS 67124


Lee E Williford
2978 Lamplighter Court
```

Ray F Williford
41 Melissa Lane
Sterling KS 67579-9083


Georgia Willis
1308 E 5th
Pratt KS 67124


Jason M Willis
515 W 10th
Pratt KS 67124


Eileen E Wilson
1021 Claremont
Weatherford OK 73096-3407


Lenora Wilson
13508 State Hwy 76
Lindsay OK 73052


Ruth E Wilson
3100 Bryon Ave
Odessa TX 79762-7982


Larry  Eileen Wineland JTWROS
PO Box 53
304 N 3rd
Otis KS 67565-0053


Mark R Wisdom
820 Live Oak Rd NE Apt C
Albuquerque NM 87122


Ricky L Wittig
514 N Ninnescah
Pratt KS 67124


Wittig Investments
PO Box 1327
McPherson KS 67460


Wittig Transport Inc
PO Box 1327
McPherson KS 67460

Leon G  Carol L Wittner
11022 36th Ave
Gig Harbor WA 98332-8914


Sarah E Woelk
4101 Ave C
Austin TX 78751


Carolyn Wolfberg
8 Dartmouth Drive
Rancho Mirage CA 92270


Melinda I Wolfram
2922 Manila
Houston TX 77043


Womble Carlyle Sandridge and Rice PLLC
PO Box 601879
Charlotte NC 28260


Delores B Wood
9078 Grameray Sr
San Diego CA 92123-4503


Woodbine Financial Corp
PO Box 52296
Tulsa OK 74152-0296


Bill Or Vicki Woodtral JTWROS
PO box 321
Great Bend KS 67530


Betty J Woydziak
336 Poston Rd Apt M
Rose Hill KS 67133


Woydziak Family Trust
10708 W 128th Place
Overland Park KS 66213-4516


Wrap Pack and Ship
209 S Main
Pratt KS 67124

Nancy Wray
1750 W 93rd Street North
Valley Center KS 67147-7825


Irene Wright
607 S High
Pratt KS 67124


Wright Truck Stop and Indian Grill
301 W Fowler
PO Box 367
Medicene Lodge KS 67104


Mona Marie Wysong
1015 W 13th St
Larned KS 67550-1909


Vernon or Arlene Yarmer
18018 Michaelis Road
Russell KS 67665


Steven B Yates
1829 N Lark Circle
Wichita KS 67212


Mark A Yates
3808 Cherry Hills Dr
Hutchinson KS 67502


Darold D  Carol Lee Yates
433 N Westfield Ct
Wichita KS 67212-3754


Kendall Yates
PO Box 2446
Oklahoma City OK 73101-2446


Steve P  Tammy A Yeakley
846 NW 10th Ave
Hoisington KS 67544


YMC Royalty Company LP
PO Box 201366
Dallas TX 75320-1366

Melvin A  Gerti Yoder
3610 Mohawk Rd
Hutchinson KS 67501


Marie Yoder
Colony Plaza
404 St Louis Ave 801
Excelsior Springs MO 64024-2152


Yvonne B Sittner Estate
8201 E Harry 1406
Wichita KS 67207-4654


Robert E Zaloudek
PO Box 187
Kremlin OK 73753-0187


Eleanor A Zecha
1461 NE 110th Ave
Claflin KS 67525-9110


Zee Medical Inc
PO Box 781523
Indianapolis IN 46278


Maurine Zimmerman
344 NW 80 Rd
Harper KS 67058


Shirley E Zink
1600 Cookson
Ponca City OK 74604


Leon J  Diane C Zoglman
4501 S 295th West
Cheney KS 67025


Arlene Zorn
3600 Robin Road
Great Bend KS 67530

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   Central Kansas Crude LLC                          ,
                                    Debtor

Case No. _____

Chapter        11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 145 pages, is true,

correct and complete to the best of my knowledge.

Date _____        Signature        /s/ Charles Touchstone
                                                              _____

                                                              CHARLES TOUCHSTONE,
                                                              Managing Member

Nicholas R. Grillot
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361
316-263-0610

In re   Central Kansas Crude LLC                                      ,
                              Debtor

Case No. _____

Chapter        11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| David Lawson<br>421 S 7th Street<br>Kiowa KS | | Equity Only |
| Chuck Touchstone<br>616 W 1st Street<br>Pratt KS 67124 | 0 | 50% Ownership |
| Rhonda Touchstone<br>616 W 1st Street<br>Pratt KS 67124 | 0 | 50% Ownership |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -

B203
12/94

# United States Bankruptcy Court
### District of Kansas

In re   Central Kansas Crude LLC

Case No.  _____

Chapter  _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………….......... $ _____0_____

Prior to the filing of this statement I have received .......…………….................... $ _____0_____

Balance Due .................................…………………..................………….............. $ ____0____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in any contested matter or in any adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____          /s/ Nicholas R. Grillot
_____          _____
              *Date*                                *Signature of Attorney*

                                         Redmond & Nazar, L.L.P.
                                         _____
                                                *Name of law firm*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 33342 -