UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
CENTRAL KANSAS CRUDE, L.L.C. ) Case No. 09-13798
) Chapter 11
Debtor. )
_____ )

**LIMITED OBJECTION TO INTERIM ORDER AUTHORIZING USE
OF CASH COLLATERAL**

COMES NOW Peoples Bank of Pratt, a creditor and party in interest herein, and for its limited objection to the *Interim Order Authorizing Use of Cash Collateral* states and alleges as follows:

1. This case was filed pursuant to Chapter 11 of Title 11 of the United States Code on or about November 17, 2009.

2. Shortly thereafter, the Debtor filed its *Motion for Use of Cash Collateral* and a hearing was held on November 25, 2009.

3. An Interim Order was entered December 3, 2009, authorizing the use of cash collateral.

4. In the *Interim Cash Collateral Order,* in paragraph 12 (c) Termination Date provides that the cash collateral order be effective from the commencement date of the case through May 16, 2010.

5. The Bank objects to the six-month period of time for existence of the cash collateral order without interim review and seeks a shortening of the period of time for the termination of cash collateral order to March 16, 2010.

WHEREFORE, Peoples bank prays that the Court enter a final order approving the use

1

of cash collateral through and including March 16, 2010; and, for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

  s/Steven L. Speth
Steven L. Speth #12282
SPETH & KING
300 West Douglas, Suite 230
Wichita, Kansas 67212
Telephone: 316-264-3333
  Attorney for Peoples Bank of Pratt
slsdebtor@spethking.kscoxmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2009, I have electronically filed and have sent electronically or by first class mail a copy of the above and foregoing *Limited Objection to Interim Order Authorizing Use of Cash Collateral* to:

| Edward J. Nazar & | Richard Weiland | William H. Zimmerman |
| Nicholas R. Grillot | U.S. Trustee | Attorney for AGV Corp |
| Attorneys for Debtor | | . |

    s/Steven L. Speth