REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CENTRAL KANSAS CRUDE, LLC | ) | Case No. 09-13798 |
| | ) | Chapter 11 |
| _____Debtor-in-Possession_____ | ) | |

## DEBTOR'S FIRST MOTION TO EXTEND ITS USE OF CASH COLLATERAL AND ADEQUATE PROTECTION PAYMENTS

COMES NOW the Debtor-in-Possession, Central Kansas Crude, LLC ("Debtor"), by and through its attorneys Edward J. Nazar and Nicholas R. Grillot of Redmond & Nazar, L.L.P. and requests the Court for an order allowing the Debtor-in-Possession to continue use of cash collateral pursuant to the terms established in prior cash collateral orders and to make certain adequate protection payments established to the Peoples Bank of Pratt, N.A.

In support of its motion, the Debtor states the following :

### Background

1.      On the date hereof (the "Commencement Date"), the debtor commenced with this Court a voluntary case under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The debtor is authorized to operate its business and manage its property as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

### Jurisdiction and Venue

2.      This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. §1334.

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Central Kansas Crude, LLC.
         Bankruptcy Case No. 09-13798
         Debtor's First Motion to Extend Its Use of Cash Collateral
Page 2

3.      This is a core proceeding pursuant to 28 U.S.C. §157(b).  Venue is proper before this Court

pursuant to 28 U.S.C. §1408 and 28 U.S.C. §1409.

### Central Kansas Crude's Business

4.      The debtor was formerly a Crude broker located in Pratt, Kansas.  It historically purchased

crude from local operators and then re-sold that crude to other, larger entities including

SemCrude at various injection points throughout Kansas.

5.      The debtor's operation is located at 413 N. Main, Pratt, Kansas and has been in that location

for approximately five years.

6.      In June and July 2008, the debtor purchased approximately $25,000,000.00 of crude from

various operators in Oklahoma, Colorado, and Kansas.  That crude was sold and delivered

to SemCrude, LP at various injection points throughout Kansas.

7.      In July 2008, SemCrude, LP filed for relief under Chapter 11, Title 11 of the United States

Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.  At

that point, the debtor had delivered a substantial amount of crude to SemCrude, LP but had

not received payment for that crude.  This left the debtor with the insufficient cash to pay the

operators for the crude purchased as well as the severance taxes due as the first purchaser

of that crude.

8.      The debtor did not immediately file bankruptcy based upon that lack of cash flow, however.

Rather, Central Kansas Crude attempted to negotiate settlements with the operators

regarding the amounts due.  In that proposition, Central Kansas Crude offered to pay each

In the United States Bankruptcy Court for the District of Kansas
IN RE: Central Kansas Crude, LLC.
Bankruptcy Case No. 09-13798
Debtor's First Motion to Extend Its Use of Cash Collateral
Page 3

operator 25% of the amount owed, and amortize the remaining amount over five years with quarterly payments being made. Several operators agreed to that payment arrangement, but several operators did not.

9. Central Kansas Crude funded that payoff to the accepting operators by borrowing against the equity in the fleet of trucks owned and operated by Central Kansas Crude. The Peoples Bank of Pratt, N.A. (the "Bank") provided the financing.

10. However, with the declining crude market and the lack of participation of the operators in the pre-bankruptcy reorganization, the debtor devolved into a trucking business, in which it takes receipt of crude from operators and delivers it to various injections points throughout Kansas. The debtor is then paid for its services.

## Argument

11. Currently, the debtor's gross revenue is approximately $165,000.00 a month. A copy of the proposed budget is attached hereto as Exhibit 1.

12. The total cash flow of the Debtor, after payment of operating expenses, professional fees, interest payments and adequate protection payments, exceeds $158,575.00 per month.

13. The sole party with interest in cash collateral is The Peoples Bank of Pratt, N.A. (the "Bank"). The Bank holds a security interest in equipment, accounts, inventory and personal property (herein after defined as the "Collateral") of the debtor pursuant to two (2) promissory notes totaling approximately $3,221,074.00.

14. The Bank also has security interest in the Debtor's trucking fleet, equipment, and other items of personal property.

In the United States Bankruptcy Court for the District of Kansas
IN RE: Central Kansas Crude, LLC.
        Bankruptcy Case No. 09-13798
        Debtor's First Motion to Extend Its Use of Cash Collateral
Page 4

15.    The Debtor has proposed and made adequate protection payments to the Bank of approximately $17,447.00. The constitute interest only payments to the Bank on the two promissory notes identified in paragraph 13 above.

16.    The initial order for use of cash collateral expires on March 16, 2010. The Debtor has obtained the agreement of the Bank, AGV Corporation, Tom Pyle Petroleum, and other interested creditors to continue its use of cash collateral pursuant to the terms of the first cash collateral order, including certain exclusions regarding money received by the Debtor pursuant to its SemCrude 503(b)(9) claim, and certain tax refund the Debtor may receive. The parties have agreed to allow the Debtor to continue use of the cash collateral through June 16, 2010.

17.    The Debtor proposes to utilize its cash and cash equivalents that are cash collateral of the Bank for payment of monthly interest payments due the Bank and monthly operating expenses as set forth on the attached budget for its normal operating expenses.

18.    The Debtor requests the Court for an order extending the use of cash collateral as set forth in the budget attached hereto, including payment of professional fees for the Debtor's counsel and accountant fees. The remaining proceeds, after payment of management fees and operating expenses, adequate protection payments and interest payments will be held in the debtor-in-possession account.

19.    Under the provisions of 11 U.S.C. §362(d)(3)(B), the Debtor proposes to continue adequate protection payments to the Bank. The Debtor seeks a finding that such constitutes adequate protection sufficient to preclude the granting of any relief from stay under 11 U.S.C. §362,

In the United States Bankruptcy Court for the District of Kansas
IN RE: Central Kansas Crude, LLC.
        Bankruptcy Case No. 09-13798
        Debtor's First Motion to Extend Its Use of Cash Collateral
Page 5

provided that the Debtor is in compliance with all terms and conditions of the order granting

the use of cash collateral and adequate protection.

WHEREFORE the debtor respectfully requests that this Court grant the relief requested

herein and such other and further relief as it deems just and proper.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.


/s/ Nicholas R. Grillot
Edward J. Nazar, #09845
Nicholas R. Grillot, #22504
Attorney for Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ngrillot@redmondnazar.com

# CENTRAL KANSAS CRUDE
## ESTIMATED CASH FLOW
### THREE MONTHS ENDED JUNE 30, 2010

| | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|
| **SALES** | | | | |
| TRUCKING INCOME | $ 165,000.00 | $ 165,000.00 | $ 165,000.00 | $ 165,000.00 |
| THRU PUT INCOME | $ - | $ - | $ - | $ - |
| **TOTAL SALES** | $ 165,000.00 | $ 165,000.00 | $ 165,000.00 | $ 165,000.00 |
| | | | | |
| **COST OF SALES** | | | | |
| COS - REVENUE | | | | |
| COS - TAXES | | | | |
| COS - TRUCKING SUB CONTRACT | | | | |
| **TOTAL COST OF SALES** | $ - | $ - | $ - | $ - |
| | | | | |
| **GROSS PROFIT** | $ 165,000.00 | $ 165,000.00 | $ 165,000.00 | $ 165,000.00 |
| | | | | |
| **EXPENSES** | | | | |
| ADVERTISING | $ - | $ - | $ - | $ - |
| CHEMICALS | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| CONTRACT LABOR | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| DRUG TESTING | $ 90.00 | $ 90.00 | $ 90.00 | $ 90.00 |
| DUES & SUBSCRIPTIONS | $ 118.00 | $ 118.00 | $ 118.00 | $ 118.00 |
| EMPLOYEE BENEFITS | $ 233.00 | $ 233.00 | $ 233.00 | $ 233.00 |
| EMPLOYEE HEATH INSURANCE | $ 8,514.00 | $ 8,514.00 | $ 8,514.00 | $ 8,514.00 |
| EQUIPMENT RENTAL | $ - | $ - | $ - | $ - |
| FUEL & OIL | $ 16,721.00 | $ 16,721.00 | $ 16,721.00 | $ 16,721.00 |
| INSURANCE | $ 383.00 | $ 383.00 | $ 383.00 | $ 383.00 |
| INTERNET | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| LEGAL & ACCOUNTING | $ 17,500.00 | $ 17,500.00 | $ 17,500.00 | $ 17,500.00 |
| LICENSE & FEES | $ 387.00 | $ 387.00 | $ 387.00 | $ 387.00 |
| MEALS & ENTERTAINMENT | $ 1,022.00 | $ 1,022.00 | $ 1,022.00 | $ 1,022.00 |
| MISC & BANK CHARGES | $ 39.00 | $ 39.00 | $ 39.00 | $ 39.00 |
| OFFICE SUPPLIES | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| OFFICER LIFE INSURANCE | $ 106.30 | $ 106.30 | $ 106.30 | $ 106.30 |
| OTHER TAXES | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| PAYROLL TAXES | $2,461.86 | $2,461.86 | $2,461.86 | $2,461.86 |
| PENALTIES | $2,350.00 | 2,350 | 2,350 | 2,350 |
| POSTAGE | $ 108.79 | $ 108.79 | $ 108.79 | $ 108.79 |
| PROFESSIONAL FEES | $ 4,282.00 | $ 4,282.00 | $ 4,282.00 | $ 4,282.00 |
| PROPERTY TAXES | $ 6,529.00 | $ 6,529.00 | $ 6,529.00 | $ 6,529.00 |
| REIMBURSED EXPENSES | $ 1,032.00 | $ 1,032.00 | $ 1,032.00 | $ 1,032.00 |
| RENT | $ 3,930.00 | $ 3,930.00 | $ 3,930.00 | $ 3,930.00 |
| REPAIRS & MAINTENANCE | $ 4,071.00 | $ 4,071.00 | $ 4,071.00 | $ 4,071.00 |
| SUPPLIES | $ 202.00 | $ 202.00 | $ 202.00 | $ 202.00 |
| TELEPHONE | $ 341.00 | $ 341.00 | $ 341.00 | $ 341.00 |
| TELEPHONE - MOBILE | $ 2,446.00 | $ 2,446.00 | $ 2,446.00 | $ 2,446.00 |
| TRAVEL EXPENSE | $ 242.00 | $ 242.00 | $ 242.00 | $ 242.00 |
| TRUCKING EXPENSE | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| UNIFORMS | $ - | $ - | $ - | $ - |
| UTILITIES | $ 3,640.00 | $ 3,640.00 | $ 3,640.00 | $ 3,640.00 |
| WAGES | $ 43,165.00 | $ 43,165.00 | $ 43,165.00 | $ 43,165.00 |
| WAGES - OFFICER | $ 11,042.00 | $ 11,042.00 | $ 11,042.00 | $ 11,042.00 |
| **TOTAL OPERATING EXPENSES** | $ 140,575.95 | $ 140,575.95 | $ 140,575.95 | $ 140,575.95 |
| | | | | |
| **NET INCOME (LOSS)** | $ 24,424.05 | $ 24,424.05 | $ 24,424.05 | $ 24,424.05 |
| | | | | |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| LOANS FROM BANK | | | | |
| LOAN PAYMENTS TO BANK | $ (18,000.00) | $ (18,000.00) | $ (18,000.00) | $ (18,000.00) |
| **TOTAL CASH FLOW ADJUSTMENTS** | $ (18,000.00) | $ (18,000.00) | $ (18,000.00) | $ (18,000.00) |
| | | | | |
| **ADJUSTED CASH FLOW** | $ 6,424.05 | $ 6,424.05 | $ 6,424.05 | $ 6,424.05 |
| | | | | |
| **CASH BALANCE, BEGINNING OF MONTH** | $ 3,000.00 | $ 9,424.05 | $ 15,848.10 | $ 22,272.15 |
| | | | | |
| **CASH BALANCE, END OF MONTH** | $ 9,424.05 | $ 15,848.10 | $ 22,272.15 | $ 28,696.20 |



EXHIBIT

tabbies