B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Kansas

In re Central Kansas Crude LLC , Case No. 09-13798

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nexen Energy Marketing U.S.A. Inc. | Nexen Marketing U.S.A., Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Greg W. Curry        Susan L. Schulli
Thompson & Knight, LLP   Nexen Marketing U.S.A., Inc.
1722 Routh Street, #1500   801-7th Avenue S.W.
Dallas, TX 75201      Calgary, AB, Canada T2P 3P7

Phone: 214-969-1700
Last Four Digits of Acct #: 6693

Court Claim # (if known): 200
Amount of Claim: $3,610,691.52
Date Claim Filed: 03/17/2010

Phone: 1-403-699-5065
Last Four Digits of Acct. #: 6693

Name and Address where transferee payments should be sent (if different from above):
  same

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Susan Schulli          Date: Apr. 4/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.